AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **2:22-CV-01440-TLF**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **REAL TIME RESOLUTIONS, INC.**
was recieved by me on  **10/17/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **C T Corporation System**, who is designated by law to accept service of process on behalf of **REAL TIME RESOLUTIONS, INC.10/17/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 83.50** for services, for a total of **$ 83.50**.

I declare under penalty of perjury that this information is true.

Date:  10/17/2022

*Server's signature*

**Kevin Nakai**
*Printed name and title*

**207 Goldmyer Dr
Chehalis, WA 98532**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jeff Miner who indicated they were the person authorized to accept with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with a beard.**



Tracking #: **0095092405**

