ZBS Law, LLP                                          Honorable Lauren King
11335 NE 122nd Way, Suite 105
Kirkland, WA 98034
Phone: (206) 209-0375
Facsimile: (206) 374-2252

Attorneys for Defendant
North Star Trustee, LLC

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

|  |  |
|---|---|
| GABRIEL MARQUEZ VARGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>RRA CP OPPORTUNITY TRUST 1, REAL TIME RESOLUTIONS, INC., and NORTH STAR TRUSTEE, LLC,<br><br>Defendants. | No.: 2:22-CV-01440-LK<br><br>**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT NORTH STAR TRUSTEE, LLC** |

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant NORTH STAR TRUSTEE, LLC ("NST" or "Defendant NST"); by and through its undersigned counsel, hereby answers the Complaint[1] of Plaintiff GABRIEL MARQUEZ VARGAS ("Plaintiff" or "Mr. Marquez"). Except as expressly admitted or denied herein below, Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations of each and every paragraph of the Complaint and therefore denies same.

## I.    PARTIES AND JURISDICTION

---

[1] Plaintiff's Complaint is identified as filed at ECF #1.

1. Responding to the allegations contained in paragraph 1 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST admits that Plaintiff's claim of residence in King County, commonly known property address, and legal description therein. Other than specifically admitted herein, Answering Defendant NST deny the truth of the remaining allegations contained in paragraph 1 of the Complaint.

2. Responding to the allegations contained in paragraph 2 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint and therefore denies same contained in paragraph 2 of the Complaint.

3. Responding to the allegations contained in paragraph 3 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint and therefore denies same contained in paragraph 3 of the Complaint.

4. Responding to the allegations contained in paragraph 4 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Complaint and therefore denies same contained in paragraph 4 of the Complaint.

5. Responding to the allegations contained in paragraph 5 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint and therefore denies same contained in paragraph 5 of the Complaint.

6. Responding to the allegations contained in paragraph 6 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-2-

ZBS Law, LLP
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint and therefore denies same contained in paragraph 6 of the Complaint.

7.    Responding to the allegations contained in paragraph 7 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint and therefore denies same contained in paragraph 7 of the Complaint.

8.    Responding to the allegations contained in paragraph 8 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8 of the Complaint and therefore denies same contained in paragraph 8 of the Complaint.

9.    Responding to the allegations contained in paragraph 9 of the Complaint, Answering Defendant NST responds as follows: Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint and therefore denies same contained in paragraph 9 of the Complaint.

10.    Responding to the allegations contained in paragraph 10 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint and therefore denies same contained in paragraph 10 of the Complaint.

11.    Responding to the allegations contained in paragraph 11 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint and therefore denies same contained in paragraph 11 of the Complaint.

12.    Responding to the allegations contained in paragraph 12 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge

or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint and therefore denies same contained in paragraph 12 of the Complaint.

13. Responding to the allegations contained in paragraph 13 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint and therefore denies same contained in paragraph 13 of the Complaint.

14. Responding to the allegations contained in paragraph 14 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint and therefore denies same contained in 14 of the Complaint.

15. Responding to the allegations contained in paragraph 15 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint and therefore denies same contained in paragraph 15 of the Complaint.

16. Responding to the allegations contained in paragraph 16 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint and therefore denies same contained in paragraph 16 of the Complaint.

17. Responding to the allegations contained in paragraph 17 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST admits it is a nonjudicial foreclosure trustee; Defendant NST denies it is a debt collector pursuant to 15 U.S.C. Sections 1692a(6) & f(6) and denies all remaining allegations and claims of paragraph 17 of the Complaint. *See Obduskey v. McCarthy & Holthus LLP*, 139 S.Ct. 1029 (2019) and *Diaz v. North Star Trustee, LLC*, 16 Wash.App.2d 341, 481 P.3d 557 (2021)(*review denied* 198 Wash.2d 1002).

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-4-

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

18.     Responding to the allegations contained in paragraph 18 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST admits it uses mail, telephone, and internet to conduct its business; Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations directed toward Real Time in paragraph 18 of the Complaint; Defendant NST denies all remaining allegations and claims same contained in paragraph 18 of the Complaint.

## II.     FACTS

Defendant does not admit any "facts" stated in the Complaint, unless otherwise specified, but only use Plaintiff's designated title for all sections of the Complaint for ease of tracking.

19.     Responding to the allegations contained in paragraph 19 of the Complaint, Answering Defendant NST responds as follows: Paragraph 19 provides no actual claims or "facts", but serves purely as argument, allegations, and conclusory claims; nevertheless, answering Defendant NST denies all allegations and claims contained in paragraph 19 of the Complaint.

20.     Responding to the allegations contained in paragraph 20 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint and therefore denies same contained in paragraph 20 of the Complaint.

21.     Responding to the allegations contained in paragraph 21 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST does not deny the verbatim provisions of the Loan Agreement which speak for themselves; Answering Defendant denies all Plaintiff's claims, allegations and inferences contained in paragraph 21 of the

NORTH STAR TRUSTEE, LLC'S ANSWER                    -5-
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

Complaint.

22.    Responding to the allegations contained in paragraph 22 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST does not deny the verbatim provisions of the Loan Agreement which speak for themselves; Answering Defendant denies all Plaintiff's claims, allegations and inferences contained in paragraph 22 of the Complaint.

23.    Responding to the allegations contained in paragraph 23 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST does not deny the verbatim provisions of the Loan Agreement which speak for themselves; Answering Defendant denies all Plaintiff's claims, allegations and inferences contained in paragraph 23 of the Complaint.

24.    Responding to the allegations contained in paragraph 24 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint and therefore denies same contained in paragraph 24 of the Complaint.

25.    Responding to the allegations contained in paragraph 25 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint and therefore denies same contained in paragraph 25 of the Complaint.

26.    Responding to the allegations contained in paragraph 26 of the Complaint,

Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Complaint and therefore denies same contained in paragraph 26 of the Complaint.

27.     Responding to the allegations contained in paragraph 27 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST admits Mr. Marquez executed a "Deed of Trust" recorded on December 15, 2005, as King County, Washington Instrument 20051215002817, to secure the Loan Agreement; Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations in paragraph 27 of the Complaint and therefore denies same contained in paragraph 27 of the Complaint.

28.     Responding to the allegations contained in paragraph 28 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST admits the Deed of Trust named Landsafe Title of Washington as the Trustee. Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations in paragraph 28 of the Complaint and therefore denies same contained in paragraph 28 of the Complaint.

29.     Responding to the allegations contained in paragraph 29 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST admits the Deed of Trust named the Beneficiary as "Mortgage Electronic Registration Systems, Inc. as designated nominee for Countrywide Home Loans, Inc." Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations in paragraph 29 of the Complaint and therefore denies same contained in paragraph 29 of the Complaint.

NORTH STAR TRUSTEE, LLC'S ANSWER                    -7-
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

ZBS Law, LLP
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

30.     Responding to the allegations contained in paragraph 30 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Complaint and therefore denies same contained in paragraph 30 of the Complaint.

31.     Responding to the allegations contained in paragraph 31 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the Complaint and therefore denies same contained in paragraph 31 of the Complaint.

32.     Responding to the allegations contained in paragraph 32 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Complaint and therefore denies same contained in paragraph 32 of the Complaint.

33.     Responding to the allegations contained in paragraph 33 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST does not deny the verbatim provisions of the Deed of Trust, which speak for themselves; Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations in paragraph 33 of the Complaint and therefore denies same contained in paragraph 33 of the Complaint.

34.     Responding to the allegations contained in paragraph 34 of the Complaint,

Answering Defendant NST responds as follows: Answering Defendant NST does not deny the verbatim provisions of the Deed of Trust, which speak for themselves; Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations in paragraph 34 of the Complaint and therefore denies same contained in paragraph 34 of the Complaint.

35.     Responding to the allegations contained in paragraph 35 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 35 of the Complaint and therefore denies same contained in paragraph 35 of the Complaint.

36.      Responding to the allegations contained in paragraph 36 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 36 of the Complaint and therefore denies same contained in paragraph 36 of the Complaint.

37.     Responding to the allegations contained in paragraph 37 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 37 of the Complaint and therefore denies same contained in paragraph 37 of the Complaint.

38.     Responding to the allegations contained in paragraph 38 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without

knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 38 of the Complaint and therefore denies same contained in paragraph 38 of the Complaint.

39.     Responding to the allegations contained in paragraph 39 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 39 of the Complaint and therefore denies same contained in paragraph 39 of the Complaint.

40.     Responding to the allegations contained in paragraph 40 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 40 of the Complaint and therefore denies same contained in paragraph 40 of the Complaint.

41.     Responding to the allegations contained in paragraph 41 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 41 of the Complaint and therefore denies same contained in paragraph 41 of the Complaint.

42.     Responding to the allegations contained in paragraph 42 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 42 of the Complaint and therefore denies same contained in paragraph 42 of the

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-10-

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

Complaint.

43.     Responding to the allegations contained in paragraph 43 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 43 of the Complaint and therefore denies same contained in paragraph 43 of the Complaint.

44.     Responding to the allegations contained in paragraph 44 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 44 of the Complaint and therefore denies same contained in paragraph 44 of the Complaint.

45.     Responding to the allegations contained in paragraph 45 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 45 of the Complaint and therefore denies same contained in paragraph 45 of the Complaint.

46.     Responding to the allegations contained in paragraph 46 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 46 of the Complaint and therefore denies same contained in paragraph 46 of the Complaint.

47.     Responding to the allegations contained in paragraph 47 of the Complaint,

Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 47 of the Complaint and therefore denies same contained in paragraph 47 of the Complaint.

48.    Responding to the allegations contained in paragraph 48 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 48 of the Complaint and therefore denies same contained in paragraph 48 of the Complaint.

49.    Responding to the allegations contained in paragraph 49 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 49 of the Complaint and therefore denies same contained in paragraph 49 of the Complaint.

50.    Responding to the allegations contained in paragraph 50 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 50 of the Complaint and therefore denies same contained in paragraph 50 of the Complaint.

51.    Responding to the allegations contained in paragraph 51 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-12-

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

paragraph 51 of the Complaint and therefore denies same contained in paragraph 51 of the Complaint.

52.  Responding to the allegations contained in paragraph 52 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 52 of the Complaint and therefore denies same contained in paragraph 52 of the Complaint.

53.  Responding to the allegations contained in paragraph 53 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 53 of the Complaint and therefore denies same contained in paragraph 53 of the Complaint.

54.  Responding to the allegations contained in paragraph 54 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 54 of the Complaint and therefore denies same contained in paragraph 54 of the Complaint.

55.  Responding to the allegations contained in paragraph 55 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 55 of the Complaint because Plaintiff fails to provide a true and correct copy of the referenced "2017 ADOT," and therefore denies same contained in paragraph 55 of the

Complaint.

56.     Responding to the allegations contained in paragraph 56 of the Complaint, Answering Defendant NST responds as follows: The recorded "2017 ADOT" speaks for itself; Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations in paragraph 56 of the Complaint and therefore denies same contained in paragraph 56 of the Complaint.

57.     Responding to the allegations contained in paragraph 57 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 57 of the Complaint and therefore denies same contained in paragraph 57 of the Complaint.

58.     Responding to the allegations contained in paragraph 58 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 58 of the Complaint because Plaintiff fails to provide a true and correct copy of the referenced "October 4, 2021" Notice and references "ZBA Law, LLP," which speaks for itself, and therefore denies same contained in paragraph 58 of the Complaint; Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations in paragraph 58 of the Complaint and therefore denies same contained in paragraph 58 of the Complaint.

59.     Responding to the allegations contained in paragraph 59 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without

knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 59 of the Complaint and therefore denies same contained in paragraph 59 of the Complaint.

60.    Responding to the allegations contained in paragraph 60 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 60 of the Complaint and therefore denies same contained in paragraph 60 of the Complaint.

61.    Responding to the allegations contained in paragraph 61 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 61 of the Complaint and therefore denies same contained in paragraph 61 of the Complaint.

62.    Responding to the allegations contained in paragraph 62 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 62 of the Complaint and therefore denies same contained in paragraph 62 of the Complaint.

63.    Responding to the allegations contained in paragraph 63 of the Complaint, Answering Defendant NST responds as follows: Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any allegations in paragraph 63 of the Complaint and therefore denies same contained in paragraph 63 of the

1    Complaint.

2        64.    Responding to the allegations contained in paragraph 64 of the Complaint,

3    Answering Defendant NST responds as follows: Answering Defendant NST admits it prepared

4    and served a Notice of Default on Plaintiff; Answering Defendant NST is without knowledge or

5    information sufficient to form a belief as to the truth of any remaining allegations in paragraph

6    64 of the Complaint because Plaintiff fails to provide a true and correct copy of the referenced

7    Notice of Default, which speaks for itself, and therefore denies same contained in paragraph 64

8    of the Complaint.

9

10       65.    Responding to the allegations contained in paragraph 65 of the Complaint,

11   Answering Defendant NST responds as follows: Answering Defendant NST is without

12   knowledge or information sufficient to form a belief as to the truth of any allegations in

13   paragraph 65 of the Complaint and therefore denies same contained in paragraph 65 of the

14   Complaint.

15

16       66.    Responding to the allegations contained in paragraph 66 of the Complaint,

17   Answering Defendant NST responds as follows: Answering Defendant NST admits it prepared,

18   served, and recorded a Notice of Trustee's Sale on Plaintiff; Answering Defendant NST is

19   without knowledge or information sufficient to form a belief as to the truth of any remaining

20   allegations in paragraph 66 of the Complaint because Plaintiff fails to provide a true and correct

21   copy of the referenced Notice of Trustee's Sale, which speaks for itself, and therefore denies

22   same contained in paragraph 66 of the Complaint.

23

24       67.    Responding to the allegations contained in paragraph 67 of the Complaint,

25   Answering Defendant NST responds as follows: Answering Defendant NST admits a Notice of

Foreclosure accompanied the Notice of Trustee's Sale; Answering Defendant NST is without knowledge or information sufficient to form a belief as to the truth of any remaining allegations in paragraph 67 of the Complaint because Plaintiff fails to provide a true and correct copy of the referenced Notice of Foreclosure, which speaks for itself, and therefore denies same contained in paragraph 67 of the Complaint.

### III.    CAUSES OF ACTION

1. **"Quiet Title Action Against RRA CP"**

68.    Responding to the allegations contained in paragraph 68 of the Complaint, Answering Defendant NST incorporates and reiterates each and every answer as though fully set forth to each preceding allegation of Plaintiff's paragraphs 1 through 67.

69.    This cause of action and paragraph 69 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

70.    This cause of action and paragraph 70 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

71.    This cause of action and paragraph 71 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

72.     This cause of action and paragraph 72 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

73.     This cause of action and paragraph 73 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

74.     This cause of action and paragraph 74 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

75.     This cause of action and paragraph 75 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

76.     This cause of action and paragraph 76 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

77.     This cause of action and paragraph 77 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

78.     This cause of action and paragraph 78 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

79.     This cause of action and paragraph 79 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

80.     This cause of action and paragraph 80 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

81.     This cause of action and paragraph 81 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

82.     This cause of action and paragraph 82 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

83.     This cause of action and paragraph 83 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-19-

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

84.     This cause of action and paragraph 84 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 68-84 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

## 2.   "Attempts to Collect a Time Barred Debt Violate Fair Debt Collection Practices Act"

85.     Responding to the allegations contained in paragraph 85 of the Complaint, Answering Defendant NST incorporates and reiterates each and every answer as though fully set forth to each preceding allegation of Plaintiff's paragraphs 1 through 84.

86.     This cause of action and paragraph 86 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

87.     This cause of action and paragraph 87 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

88.     This cause of action and paragraph 88 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

89.     This cause of action and paragraph 89 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the

allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

90.    This cause of action and paragraph 90 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

91.    This cause of action and paragraph 91 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

92.    This cause of action and paragraph 92 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

93.    This cause of action and paragraph 93 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

94.    This cause of action and paragraph 94 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

95.    This cause of action and paragraph 95 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the

NORTH STAR TRUSTEE, LLC'S ANSWER                -21-
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

ZBS Law, LLP
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

96.    This cause of action and paragraph 96 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

97.    This cause of action and paragraph 97 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

98.    This cause of action and paragraph 98 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

99.    This cause of action and paragraph 99 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

100.    This cause of action and paragraph 100 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

101.    This cause of action and paragraph 101 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-22-

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

102.    This cause of action and paragraph 102 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

103.    This cause of action and paragraph 103 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 85-103 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

3.  **"Unlawful Collection Attempts on Time Barred Debts in Violation of RCW 4.16.040(1)"**

104.    Responding to the allegations contained in paragraph 104 of the Complaint, Answering Defendant NST incorporates and reiterates each and every answer as though fully set forth to each preceding allegation of Plaintiff's paragraphs 1 through 103.

105.    Responding to the allegations contained in paragraph 105 of the Complaint, Answering Defendant NST denies same contained in paragraph 105 of the Complaint.

106.    Paragraph 106 states a legal claim or conclusion to which no response is needed; however, to the extent a response is required, Answering Defendant NST denies the truth of all allegations contained therein as it relates to Defendant NST.

107.    Responding to the allegations contained in paragraph 107 of the Complaint, Answering Defendant NST denies same contained in paragraph 107 of the Complaint as it relates to Defendant NST.

108.     Responding to the allegations contained in paragraph 108 of the Complaint, Answering Defendant NST denies same contained in paragraph 108 of the Complaint as it relates to Defendant NST.

109.     Responding to the allegations contained in paragraph 109 of the Complaint, Answering Defendant NST denies same contained in paragraph 109 of the Complaint as it relates to Defendant NST.

110.     Responding to the allegations contained in paragraph 110 of the Complaint, Answering Defendant NST denies same contained in paragraph 110 of the Complaint as it relates to Defendant NST.

111.     Responding to the allegations contained in paragraph 111 of the Complaint, Answering Defendant NST denies same contained in paragraph 111 of the Complaint as it relates to Defendant NST.

112.     Responding to the allegations contained in paragraph 112 of the Complaint, Answering Defendant NST denies same contained in paragraph 112 of the Complaint as it relates to Defendant NST.

113.     Responding to the allegations contained in paragraph 113 of the Complaint, Answering Defendant NST denies same contained in paragraph 113 of the Complaint as it relates to Defendant NST.

114.     Responding to the allegations contained in paragraph 114 of the Complaint, Answering Defendant NST denies same contained in paragraph 114 of the Complaint as it relates to Defendant NST.

115.     Responding to the allegations contained in paragraph 115 of the Complaint, Answering Defendant NST denies same contained in paragraph 115 of the Complaint as it relates to Defendant NST.

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-24-

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

116.    Responding to the allegations contained in paragraph 116 of the Complaint, Answering Defendant NST denies same contained in paragraph 116 of the Complaint as it relates to Defendant NST.

117.    Responding to the allegations contained in paragraph 117 of the Complaint, Answering Defendant NST denies same contained in paragraph 117 of the Complaint as it relates to Defendant NST.

118.    Responding to the allegations contained in paragraph 118 of the Complaint, Answering Defendant NST denies same contained in paragraph 118 of the Complaint as it relates to Defendant NST.

119.    Responding to the allegations contained in paragraph 119 of the Complaint, Answering Defendant NST denies same contained in paragraph 119 of the Complaint.

120.    Responding to the allegations contained in paragraph 120 of the Complaint, Answering Defendant NST denies same contained in paragraph 120 of the Complaint.

**4.    <u>Declaratory and Injunctive Relief Against Real Time</u>**

121.    Responding to the allegations contained in paragraph 121 of the Complaint, Answering Defendant NST incorporates and reiterates each and every answer as though fully set forth to each preceding allegation of Plaintiff's paragraphs 1 through 120.

122.    This cause of action and paragraph 122 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 121-127 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

123.    This cause of action and paragraph 123 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-25-

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

allegations numbered 121-127 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

124.     This cause of action and paragraph 124 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 121-127 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

125.     This cause of action and paragraph 125 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 121-127 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

126.     This cause of action and paragraph 126 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 121-127 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

127.     This cause of action and paragraph 127 has no claims against Answering Defendant NST and thus requires no response. To the extent a response is required to the allegations numbered 121-127 in the Complaint, Answering Defendant NST denies the truth of all allegations contained therein.

## **AFFIRMATIVE DEFENSES**

By way of affirmative defenses, Answering Defendant NST alleges as follows:

1.  Plaintiff has failed to state a claim for which relief may be granted.

2.  Any damages alleged by Plaintiff resulted from their own acts and/or omissions.

3.  Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK                                    -26-                    **ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

4. Answering Defendant NST did not proximately cause Plaintiff's damages, if any.

5. Plaintiffs' damages, which Defendant NST denies, if any, were caused by third parties other than Answering Defendant NST.

6. Plaintiff has suffered no compensable damages.

7. Plaintiff has failed to mitigate their damages.

8. Plaintiff has estopped from asserting the claims they have alleged.

9. Plaintiff's claims are barred by waiver.

10. Plaintiff's claims are barred by their failure to do equity.

11. Plaintiff's claims are barred by the associated statutes of limitation.

12. Answering Defendant NST was justified in undertaking all actions that Plaintiff has alleged.

13. Answering Defendant NST enjoyed absolute and/or qualified privilege with respect to all actions that Plaintiffs have alleged.

14. Plaintiff, at all material times, calculated, knew and understood the risks inherent in the situations, actions, omissions and transactions upon which they now base their various claims for relief, and with such knowledge, Plaintiff undertook and thereby assumed such risks and is consequently barred from all recovery by such assumption of risk.

15. Plaintiff is barred from recovery, or said recovery, if any, must be proportionately reduced, as any injury or damage allegedly suffered by Plaintiffs occurred as a proximate result of the negligence on their own part, in that Plaintiffs failed to exercise ordinary care on their own behalf at the time and place alleged.

16. The Complaint and each of the causes of action are barred, in whole or in part, on the ground that if Plaintiff's were damaged or a statute was violated in any manner whatsoever, such damage or violation, if any, was a direct and proximate result of the

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-27-

ZBS Law, LLP
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

intervening and superseding actions on the part of other parties and/or persons or entities and not Defendant NST, and any such intervening or superseding action of said parties and/or persons or entities bars Plaintiff's recovery.

17. Answering Defendant NST is excused from any and all liability under the facts alleged in Plaintiffs' claims for relief because, at all material times, Answering Defendant NST acted in good faith and conducted all material transactions in good faith.

18. Plaintiff was not a party to any transfer between Defendant NST, and therefore has no standing to make claims for declaratory relief, damages, violation of Consumer Protection Act, or otherwise any other form of relief or claims.

19. Defendant NST states that it presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated affirmative defenses. Defendant NST reserves its right to file an amended Answer asserting additional defenses, and/or to file a counter- or cross-complaint in the event that discovery indicates either is appropriate.

WHEREFORE, Answering Defendant NST respectfully requests that Plaintiffs' Complaint be dismissed in its entirety, with prejudice, that this Court award Answering Defendant NST its attorney's fees and costs incurred in this action, and for further such relief as this Court deems proper.

ZBS LAW, LLP

Dated: 11/14/2022_____          By: */s/ Tom B. Pierce*_____
                                          Tom B. Pierce, WSBA #26730
                                          Attorney for Defendant North Star Trustee,
                                          LLC

---

**ZBS Law, LLP**
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under the penalty of perjury pursuant to the laws of the State of Washington that I am an employee of ZBS Law, LLP, and not a party to nor interested in the within matter; that on the 14th day of November 2022, service was made of the:

1. **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT NORTH STAR TRUSTEE, LLC**

( ) by serving the below following party/parties electronically through email;

(x) by depositing a copy in the United States Mail postage prepaid to the parties listed below;

(x) by electronic service: Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed below who are registered with the Court's EC/ECF system:

V. Omar Barraza, as attorney for
Plaintiff Gabriel Marquez Vargas
Barraza Law PLLC
10728 16th Ave SW
Seattle, WA 98146
omar@barrazalaw.com

Geana M. Van Dessel, as attorney for
Defendants RRA CP Opportunity Trust 1 and Real Time Resolutions, Inc.
Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201
Geana.VanDessel@KutakRock.com
SpokaneLitigationFilings@KutakRock.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED November 14, 2022, at Kirkland, Washington.

_/s/ Jessica Lindsey_
Jessica Lindsey

NORTH STAR TRUSTEE, LLC'S ANSWER
AND AFFIRMATIVE DEFENSES
No.: 2:22-CV-01440-LK

-29-

ZBS Law, LLP
11335 NE 122ND Way, Suite 105
Kirkland, WA 98034
206-209-0375