# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

GABRIEL MARQUEZ VARGAS,

                    Plaintiff,

        v.

RRA CP OPPORTUNITY TRUST 1,
REAL TIME RESOLUTIONS, INC., and
NORTH STAR TRUSTEE, LLC,

                    Defendants

Case No.: 2:22-cv-01440-LK

[proposed] Order Granting
Defendants RRA CP Opportunity
Trust 1 And Real Time Resolutions,
Inc.'s Motion To Dismiss

Defendants RRA CP Opportunity Trust 1 and Real Time Resolutions, Inc. (collectively "RRA Defendants"), by and through their attorneys of record, move the court for an Order dismissing all claims against them with prejudice pursuant to Fed. R. Civ. P. 12(b) for failure to state claims upon which relief can be granted.

The Motion, having come on for hearing without oral argument on January 20, 2023, and having reviewed the pleadings and records on file herein, including:

1.      Plaintiff's First Amended Complaint with the accompanying Exhibit;

2.      Defendants RRA CP Opportunity Trust 1 and Real Time Resolutions' Motion to Dismiss with accompanying Exhibits ("Motion");

3._____;

4._____;

Proposed Order Granting Motion to Dismiss - 1
2:22-cv-01440-TLF

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Ave., Suite 800
Spokane, Washington 99201-0506
(509) 747-4040

The Court finds there is good cause to grant RRA Defendants' Motion to Dismiss with prejudice on all Plaintiff's claims against all Defendants.

Accordingly, it is ORDERED that Defendants RRA CP Opportunity Trust 1 and Real Time Resolutions' Motion to Dismiss (ECF No. _____) is **GRANTED**. All claims against the Defendants are **DISMISSED WITH PREJUDICE** consistent with the Motion, as the legal impediments to Plaintiff's claims cannot be remedied by amendment.

DATED THIS _____ DAY OF JANUARY 2023.

_____
UNITED STATES DISTRICT JUDGE

Presented by:


By: s/Geana M. Van Dessel
Geana M. Van Dessel, WSBA #51158
KUTAK ROCK, LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201
Geana.VanDessel@KutakRock.com

Proposed Order Granting Motion to Dismiss - 2
2:22-cv-01440-TLF

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Ave., Suite 800
Spokane, Washington  99201-0506
(509) 747-4040

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 29, 2022, she caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those enrolled in electronic service for the above captioned case.

V. Omar Barraza
Barraza Law, PLLC
10728 16th Ave SW
Seattle, WA 98146
omar@barrazalaw.com

Tom B. Pierce
Scott D. Crawford
Zieve, Brodnaz & Steele, LLP
11335 NE 122nd Way, Suite 105
Kirkland, WA 98034
tpierce@zbslaw.com
scrawford@zbslaw.com

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969

KUTAK ROCK LLP
Attorneys at Law
Cutter Tower
510 West Riverside Ave., Suite 800
Spokane, Washington  99201-0506
(509) 747-4040