# Exhibit 1-2

Exhibit 1-2 137


**REAL TIME**
*R E S O L U T I O N S.*

RTR File Number: ▆▆▆ 0162
Original Account Ending in: XXXXX0162
Payment Due Date: 11/25/2019
**Total Amount Due: $60,586.74**
*If payment is received after 12/10/2019,*
*a $76.12 late fee may be charged.*

## Review Your Account Activity

### Account Information

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 10/30/2019 | | 8.50000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's Original Creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $329.67 |
| Interest | $431.52 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $761.19 |
| | |
| Total Fees and Charges | $4,681.48 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $55,144.07 |
| Total Amount Due | $60,586.74 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

1 of 2                                                                                            110839-STMT-12217


**REAL TIME**
*RESOLUTIONS*
Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| RTR File Number: | ▆▆▆ 0162 |
|---|---|
| Payment Due Date: | 11/25/2019 |
| Regular Payment: | $761.19 |
| Total Amount Due: | $60,586.74 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 6109

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625  0000761192  0060586742  4

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 10/31/2019
Principal Balance: $59,761.05
Accrued Interest: $39,989.84
Other Fees: $0.00
Late Fees: $4,681.48
Payoff: $104,432.37

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**

113
Exhibit 1-2  139

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (09/29/2019 to 10/29/2019)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 10/11/2019 | Late Charge Assess | $78.42 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|------|------|------|------|------|
| 09/30/2019 | 31 | 0.000232877 | $59,761.05 | $431.52 |

Interest Finance Charges: $431.52
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 10/31/2019, you are 3,321 days delinquent on your account.

Recent Account History
Payment due 05/25/2019: Unpaid Balance Of $771.87
Payment due 06/25/2019: Unpaid Balance Of $786.61
Payment due 07/25/2019: Unpaid Balance Of $771.87
Payment due 08/25/2019: Unpaid Balance Of $786.61
Payment due 09/25/2019: Unpaid Balance Of $784.15
Payment due 10/25/2019: Unpaid Balance Of $757.52
Current Payment due 11/25/2019: Unpaid Balance Of $761.19

**Total Amount Due: $60,586.74.** You must pay this amount to bring your account contractually current.

### Financial Hardship

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                    114 10839-STMT-12219

Exhibit 1-2 140

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                         PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**115**

Exhibit 1-2  141



RTR File Number: █████0162
Original Account Ending in: XXXXX0162
Payment Due Date: 01/25/2020
**Total Amount Due: $62,232.31**
*If payment is received after 02/09/2020,
a $74.85 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 12/30/2019 | | 8.25000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's Original Creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $418.81 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $748.48 |
| Total Fees and Charges | $4,833.35 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $56,650.48 |
| Total Amount Due | $62,232.31 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-6659



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ████ 162 |
| Payment Due Date: | 01/25/2020 |
| Regular Payment: | $748.48 |
| Total Amount Due: | $62,232.31 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 3330

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

0123110162S 0000748483 0062232319 2

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 12/31/2019
Principal Balance: $59,761.05
Accrued Interest: $40,824.20
Other Fees: $0.00
Late Fees: $4,833.35
Payoff: $105,418.60

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**

> **\*Partial Payment, Suspense Account Balance, and Suspense Applied:** Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (11/29/2019 to 12/29/2019)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 12/11/2019 | Late Charge Assess | $76.12 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 11/30/2019 | 31 | 0.000226027 | $59,761.05 | $418.81 |

Interest Finance Charges: $418.81
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 12/31/2019, you are 3,382 days delinquent on your account:

Recent Account History
Payment due 07/25/2019: Unpaid Balance Of $771.87
Payment due 08/25/2019: Unpaid Balance Of $786.61
Payment due 09/25/2019: Unpaid Balance Of $784.15
Payment due 10/25/2019: Unpaid Balance Of $757.52
Payment due 11/25/2019: Unpaid Balance Of $761.19
Payment due 12/25/2019: Unpaid Balance Of $745.22
Current Payment due 01/25/2020: Unpaid Balance Of $748.48

**Total Amount Due: $62,232.31.** You must pay this amount to bring your account contractually current.

### Financial Hardship

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                   118 18339-STMT-8660

Exhibit 1-2  144

**Payment Options**

| | | |
|---|---|---|
| Pay Online: www.payrtr.com | Pay by phone: 1-877-469-7325 | Pay by mail: Real Time Resolutions, Inc. PO BOX 840923, DALLAS, TX 75284-0923 |

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

119
Exhibit 1-2  145



RTR File Number: ▓▓▓ 0162
Original Account Ending in: XXXXX0162
Payment Due Date: 12/25/2019
**Total Amount Due: $61,407.71**
*If payment is received after 01/09/2020,*
*a $74.52 late fee may be charged.*

## Review Your Account Activity

| Account Information | | |
|---|---|---|
| Regarding Property | | 4611 S 164TH ST TUKWILA, WA 98188 |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 11/29/2019 | | 8.25000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |
| **Your Payment Breakdown** | **Paid Last Month** | **Paid Year to Date** |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| | **Suspense Applied** | **Suspense Balance** |
| Suspense Account Balance* | $0.00 | $0.00 |

This account's Original Creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

| Explanation of Amount Due | |
|---|---|
| Principal | $329.67 |
| Interest | $415.55 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $745.22 |
| Total Fees and Charges | $4,757.23 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $55,905.26 |
| Total Amount Due | $61,407.71 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2                                                                                    110839-STMT-8853


Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

‖‖‖‖ ‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| | |
|---|---|
| RTR File Number: | ▓▓▓ 0162 |
| Payment Due Date: | 12/25/2019 |
| Regular Payment: | $745.22 |
| Total Amount Due: | $61,407.71 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 3327

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

01231101625 0000745222 0061407718 6

**120**
Exhibit 1-2  146

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 11/30/2019
Principal Balance: $59,761.05
Accrued Interest: $40,405.39
Other Fees: $0.00
Late Fees: $4,757.23
Payoff: $104,923.67

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**

121

Exhibit 1-2  147

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (10/30/2019 to 11/28/2019)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/10/2019 | Late Charge Assess | $75.75 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 10/31/2019 | 25 | 0.000232877 | $59,761.05 | $348.00 |
| 11/25/2019 | 5 | 0.000226027 | $59,761.05 | $67.55 |

Interest Finance Charges: $415.55
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 11/30/2019, you are 3,351 days delinquent on your account:

Recent Account History
Payment due 06/25/2019: Unpaid Balance Of $786.61
Payment due 07/25/2019: Unpaid Balance Of $771.87
Payment due 08/25/2019: Unpaid Balance Of $786.61
Payment due 09/25/2019: Unpaid Balance Of $784.15
Payment due 10/25/2019: Unpaid Balance Of $757.52
Payment due 11/25/2019: Unpaid Balance Of $761.19
Current Payment due 12/25/2019: Unpaid Balance Of $745.22

**Total Amount Due: $61,407.71.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

122 19039-STMT-6654

Exhibit 1-2 148

**Payment Options**

Pay Online: www.payrtr.com        Pay by phone: 1-877-469-7325        Pay by mail: Real Time Resolutions, Inc.
                                                                     PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**123**
Exhibit 1-2  149



RTR File Number: ▓▓▓▓ 0162
Original Account Ending in: XXXXX0162
Payment Due Date: 03/25/2020
**Total Amount Due: $63,849.30**
*If payment is received after 04/09/2020,
a $72.03 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | $59,761.05 | |
| Escrow Balance | $0.00 | |
| Interest Rate through 02/28/2020 | 8.25000% | |
| Deferred Amount(s) | $0.00 | |
| Prepayment Penalty | No | |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's Original Creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $390.63 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $720.30 |
| Total Fees and Charges | $4,982.72 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $58,146.28 |
| Total Amount Due | $63,849.30 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

> Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.**

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2 110839-STMT-6241



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ▓▓▓ 162 |
| Payment Due Date: | 03/25/2020 |
| Regular Payment: | $720.30 |
| Total Amount Due: | $63,849.30 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 3121

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000720304 0063849301 0

124
Exhibit 1-2 150

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 02/29/2020
Principal Balance: $59,761.05
Accrued Interest: $41,632.48
Other Fees: $0.00
Late Fees: $4,982.72
Payoff: $106,376.25

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
**- This Account's Original Creditor is Countrywide Financial Corp**

> **\*Partial Payment, Suspense Account Balance, and Suspense Applied:** Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (01/30/2020 to 02/27/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 02/10/2020 | Late Charge Assess | $74.85 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 01/31/2020 | 29 | 0.000225410 | $59,761.05 | $390.63 |

Interest Finance Charges: $390.63
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 02/29/2020, you are 3,442 days delinquent on your account:

Recent Account History
Payment due 09/25/2019: Unpaid Balance Of $784.15
Payment due 10/25/2019: Unpaid Balance Of $757.52
Payment due 11/25/2019: Unpaid Balance Of $761.19
Payment due 12/25/2019: Unpaid Balance Of $745.22
Payment due 01/25/2020: Unpaid Balance Of $748.48
Payment due 02/25/2020: Unpaid Balance Of $747.32
Current Payment due 03/25/2020: Unpaid Balance Of $720.30

**Total Amount Due: $63,849.30.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                                     126  18639-STMT-6242

Exhibit 1-2  152

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                         PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**127**
Exhibit 1-2  153



RTR File Number: ▇▇▇ 0162
Original Account Ending in: XXXXX0162
Payment Due Date: 02/25/2020
**Total Amount Due: $63,054.15**
*If payment is received after 03/11/2020,
a $74.73 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 | |
| Outstanding Principal | $59,761.05 | |
| Escrow Balance | $0.00 | |
| Interest Rate through 01/30/2020 | 8.25000% | |
| Deferred Amount(s) | $0.00 | |
| Prepayment Penalty | No | |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's Original Creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $417.65 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $747.32 |
| Total Fees and Charges | $4,907.87 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $57,398.96 |
| Total Amount Due | $63,054.15 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-8207



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ▇▇▇ 0162 |
| Payment Due Date: | 02/25/2020 |
| Regular Payment: | $747.32 |
| Total Amount Due: | $63,054.15 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 3104

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625  0000747325  0063054156  8

**128**
Exhibit 1-2  154

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 01/31/2020
Principal Balance: $59,761.05
Accrued Interest: $41,241.85
Other Fees: $0.00
Late Fees: $4,907.87
Payoff: $105,910.77

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (12/30/2019 to 01/29/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01/10/2020 | Late Charge Assess | $74.52 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|---|---|---|---|---|
| 12/31/2019 | 31 | 0.000226027 | $59,761.05 | $417.65 |

Interest Finance Charges: $417.65
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 01/31/2020, you are 3,413 days delinquent on your account:

Recent Account History
Payment due 08/25/2019: Unpaid Balance Of $786.61
Payment due 09/25/2019: Unpaid Balance Of $784.15
Payment due 10/25/2019: Unpaid Balance Of $757.52
Payment due 11/25/2019: Unpaid Balance Of $761.19
Payment due 12/25/2019: Unpaid Balance Of $745.22
Payment due 01/25/2020: Unpaid Balance Of $748.48
Current Payment due 02/25/2020: Unpaid Balance Of $747.32

**Total Amount Due: $63,054.15.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

130 10339-STMT-6208

Exhibit 1-2 156

**Payment Options**

Pay Online: www.payrtr.com    Pay by phone: 1-877-469-7325    Pay by mail: Real Time Resolutions, Inc.
                                                               PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**131**
Exhibit 1-2  157



RTR File Number: ▆▆▆ 0162
Original Account Ending in: XXXXX0162
Payment Due Date: 04/25/2020
**Total Amount Due: $64,666.35**
*If payment is received after 05/10/2020,
a $74.23 late fee may be charged.*

## Review Your Account Activity

| Account Information | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 03/30/2020 | | 7.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | **Paid Last Month** | **Paid Year to Date** |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | **Suspense Applied** | **Suspense Balance** |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's Original Creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

| Explanation of Amount Due | |
|---|---|
| Principal | $329.67 |
| Interest | $412.65 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $742.32 |
| | |
| Total Fees and Charges | $5,057.45 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $58,866.58 |
| Total Amount Due | $64,666.35 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2                                                                      110839-STMT-6051



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

▐█▌▐▌█▐▌██▐▌█▐▌██▐▌█▐▌

| RTR File Number: | ▆▆▆ 0162 |
|---|---|
| Payment Due Date: | 04/25/2020 |
| Regular Payment: | $742.32 |
| Total Amount Due: | $64,666.35 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

ıļ·ıļıļ·ıļ·ııļıļ·ıĬĬıĬ||ļ·ıļ·ıĬ||·ıļ·ıļļ·ıļ·ııļıļ·ıĬĬ·ıļ·ıĬ||ļ·ıļıļ·ıĬ·ıļ·ıĬ|ı

110839 · 3026

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

||·||·||·|·|·||||·||·||·|·||·|·|||·||·||·||·|·|||·||·||·|·|||·||·||·|·||·|·|||

01231101625 0000742320 0064666358 2

132
Exhibit 1-2 158

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 03/31/2020
Principal Balance: $59,761.05
Accrued Interest: $42,045.13
Other Fees: $0.00
Late Fees: $5,057.45
Payoff: $106,863.63

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1
- This Account's Original Creditor is Countrywide Financial Corp

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (02/28/2020 to 03/29/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 03/12/2020 | Late Charge Assess | $74.73 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 02/29/2020 | 25 | 0.000225410 | $59,761.05 | $336.75 |
| 03/25/2020 | 6 | 0.000211749 | $59,761.05 | $75.90 |

Interest Finance Charges: $412.65
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 03/31/2020, you are 3,473 days delinquent on your account:

Recent Account History
Payment due 10/25/2019: Unpaid Balance Of $757.52
Payment due 11/25/2019: Unpaid Balance Of $761.19
Payment due 12/25/2019: Unpaid Balance Of $745.22
Payment due 01/25/2020: Unpaid Balance Of $748.48
Payment due 02/25/2020: Unpaid Balance Of $747.32
Payment due 03/25/2020: Unpaid Balance Of $720.30
Current Payment due 04/25/2020: Unpaid Balance Of $742.32

**Total Amount Due: $64,666.35.** You must pay this amount to bring your account contractually current.

### Financial Hardship

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                           13419930-STMT-6052

Exhibit 1-2  160

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                          PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**135**
Exhibit 1-2  161



RTR File Number: �they 0162
Original Account Ending in: XXXXX0162
Payment Due Date: 06/25/2020
**Total Amount Due: $66,243.60**
*If payment is received after 07/10/2020,*
*a $72.18 late fee may be charged.*

## Review Your Account Activity

| Account Information | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 05/30/2020 | | 7.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's Original Creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

| Explanation of Amount Due | |
|---|---|
| Principal | $329.67 |
| Interest | $392.15 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $721.82 |
| Total Fees and Charges | $5,203.71 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $60,318.07 |
| Total Amount Due | $66,243.60 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2                                                                 110839-STMT-5687



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| RTR File Number: | ▓ 0162 |
|---|---|
| Payment Due Date: | 06/25/2020 |
| Regular Payment: | $721.82 |
| Total Amount Due: | $66,243.60 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2644

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000721820 0066243601 8

**136**

Exhibit 1-2  162

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday – Friday 8:30 a.m. – 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 05/31/2020
Principal Balance: $59,761.05
Accrued Interest: $42,816.78
Other Fees: $0.00
Late Fees: $5,203.71
Payoff: $107,781.54

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
**- This Account's Original Creditor is Countrywide Financial Corp**

137
Exhibit 1-2  163

> **\*Partial Payment, Suspense Account Balance, and Suspense Applied:** Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (04/29/2020 to 05/29/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 05/11/2020 | Late Charge Assess | $74.23 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 04/30/2020 | 31 | 0.000211749 | $59,761.05 | $392.15 |

Interest Finance Charges: $392.15
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 05/31/2020, you are 3,534 days delinquent on your account:

Recent Account History
Payment due 12/25/2019: Unpaid Balance Of $745.22
Payment due 01/25/2020: Unpaid Balance Of $748.48
Payment due 02/25/2020: Unpaid Balance Of $747.32
Payment due 03/25/2020: Unpaid Balance Of $720.30
Payment due 04/25/2020: Unpaid Balance Of $742.32
Payment due 05/25/2020: Unpaid Balance Of $709.17
Current Payment due 06/25/2020: Unpaid Balance Of $721.82

**Total Amount Due: $66,243.60.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

138 9339-STMT-5688

Exhibit 1-2  164

**Payment Options**

Pay Online: www.payrtr.com       Pay by phone: 1-877-469-7325       Pay by mail: Real Time Resolutions, Inc.
                                                                    PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**139**
Exhibit 1-2  165



RTR File Number: ▓▓▓▓▓0162
Original Account Ending in: XXXXX0162
Payment Due Date: 05/25/2020
**Total Amount Due: $65,447.55**
*If payment is received after 06/09/2020,
a $70.92 late fee may be charged.*

## Review Your Account Activity

### Account Information

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 04/29/2020 | | 7.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's Original Creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $329.67 |
| Interest | $379.50 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $709.17 |
| | |
| Total Fees and Charges | $5,129.48 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $59,608.90 |
| Total Amount Due | $65,447.55 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.**

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2                                                                110839-STMT-5723



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| RTR File Number: | ▓▓▓▓ 0162 |
|---|---|
| Payment Due Date: | 05/25/2020 |
| Regular Payment: | $709.17 |
| Total Amount Due: | $65,447.55 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2862

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000709170 0065447550 0

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 04/30/2020
Principal Balance: $59,761.05
Accrued Interest: $42,424.63
Other Fees: $0.00
Late Fees: $5,129.48
Payoff: $107,315.16

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**

141

Exhibit 1-2  167

*Partial Payment, Suspense Account Balance, and Suspense Applied:* Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (03/30/2020 to 04/28/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 04/10/2020 | Late Charge Assess | $72.03 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 03/31/2020 | 30 | 0.000211749 | $59,761.05 | $379.50 |

Interest Finance Charges: $379.50
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 04/30/2020, you are 3,503 days delinquent on your account:

Recent Account History
Payment due 11/25/2019: Unpaid Balance Of $761.19
Payment due 12/25/2019: Unpaid Balance Of $745.22
Payment due 01/25/2020: Unpaid Balance Of $748.48
Payment due 02/25/2020: Unpaid Balance Of $747.32
Payment due 03/25/2020: Unpaid Balance Of $720.30
Payment due 04/25/2020: Unpaid Balance Of $742.32
Current Payment due 05/25/2020: Unpaid Balance Of $709.17

**Total Amount Due: $65,447.55.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

142 16839-STMT-5724

Exhibit 1-2  168

**Payment Options**

| | | |
|---|---|---|
| Pay Online: www.payrtr.com | Pay by phone: 1-877-469-7325 | Pay by mail: Real Time Resolutions, Inc.<br>PO BOX 840923, DALLAS, TX 75284-0923 |

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**143**
Exhibit 1-2  169



RTR File Number: ████████0162
Account Number Ending in: XXXXX0162
Payment Due Date: 08/25/2020
**Total Amount Due: $67,609.05**
*If payment is received after 09/09/2020,
a $67.13 late fee may be charged.*

## Review Your Account Activity

| Account Information | | |
|---|---|---|
| Regarding Property | | 4611 S 164TH ST TUKWILA, WA 98188 |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 07/30/2020 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

| Explanation of Amount Due | |
|---|---|
| Principal | $329.67 |
| Interest | $341.62 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $671.29 |
| Total Fees and Charges | $5,346.81 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $61,590.95 |
| Total Amount Due | $67,609.05 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

110839-STMT-5849



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ████ 0162 |
| Payment Due Date: | 08/25/2020 |
| Regular Payment: | $671.29 |
| Total Amount Due: | $67,609.05 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2825

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

0123110162S 0000671293 00676090S5 6

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 07/31/2020
Principal Balance: $59,761.05
Accrued Interest: $43,379.79
Other Fees: $0.00
Late Fees: $5,346.81
Payoff: $108,487.65

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (06/29/2020 to 07/29/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 07/11/2020 | Late Charge Assess | $72.18 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|---|---|---|---|---|
| 06/30/2020 | 31 | 0.000184426 | $59,761.05 | $341.62 |

Interest Finance Charges: $341.62
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 07/31/2020, you are 3,595 days delinquent on your account:

Recent Account History
Payment due 02/25/2020: Unpaid Balance Of $747.32
Payment due 03/25/2020: Unpaid Balance Of $720.30
Payment due 04/25/2020: Unpaid Balance Of $732.54
Payment due 05/25/2020: Unpaid Balance Of $660.27
Payment due 06/25/2020: Unpaid Balance Of $671.29
Payment due 07/25/2020: Unpaid Balance Of $660.27
Current Payment due 08/25/2020: Unpaid Balance Of $671.29

**Total Amount Due: $67,609.05.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

146

Exhibit 1-2 172

**Payment Options**

| | | |
|---|---|---|
| Pay Online: www.payrtr.com | Pay by phone: 1-877-469-7325 | Pay by mail: Real Time Resolutions, Inc.<br>PO BOX 840923, DALLAS, TX 75284-0923 |

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

147
Exhibit 1-2  173



RTR File Number: ████████ 0162
Account Number Ending in: XXXXX0162
Payment Due Date: 07/25/2020
**Total Amount Due: $67,015.54**
*If payment is received after 08/09/2020,*
*a $70.10 late fee may be charged.*

## Review Your Account Activity

| Account Information | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 06/29/2020 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | **Paid Last Month** | **Paid Year to Date** |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| | **Suspense Applied** | **Suspense Balance** |
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

| Explanation of Amount Due | |
|---|---|
| Principal | $329.67 |
| Interest | $371.35 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $701.02 |
| Total Fees and Charges | $5,274.63 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $61,039.89 |
| Total Amount Due | $67,015.54 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2 110839-STMT-5743



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| RTR File Number: | ████ 162 |
|---|---|
| Payment Due Date: | 07/25/2020 |
| Regular Payment: | $701.02 |
| Total Amount Due: | $67,015.54 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2872

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000701020 0067015542 0

**148**
Exhibit 1-2  174

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 06/30/2020
Principal Balance: $59,761.05
Accrued Interest: $43,188.13
Other Fees: $0.00
Late Fees: $5,274.63
Payoff: $108,223.81

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (05/30/2020 to 06/28/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 06/10/2020 | Late Charge Assess | $70.92 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 05/31/2020 | 25 | 0.000211749 | $59,761.05 | $316.25 |
| 06/25/2020 | 5 | 0.000184426 | $59,761.05 | $55.10 |

Interest Finance Charges: $371.35
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 06/30/2020, you are 3,564 days delinquent on your account:

Recent Account History
Payment due 01/25/2020: Unpaid Balance Of $748.48
Payment due 02/25/2020: Unpaid Balance Of $747.32
Payment due 03/25/2020: Unpaid Balance Of $720.30
Payment due 04/25/2020: Unpaid Balance Of $742.32
Payment due 05/25/2020: Unpaid Balance Of $709.17
Payment due 06/25/2020: Unpaid Balance Of $721.82
Current Payment due 07/25/2020: Unpaid Balance Of $701.02

**Total Amount Due: $67,015.54.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                               150

Exhibit 1-2  176

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                          PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

151
Exhibit 1-2  177



RTR File Number: ▧▧▧ 0162
Account Number Ending in: XXXXX0162
Payment Due Date: 10/25/2020
**Total Amount Due: $69,073.77**
*If payment is received after 11/09/2020,*
*a $66.03 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 09/29/2020 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $330.60 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $660.27 |
| Total Fees and Charges | $5,479.97 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $62,933.53 |
| Total Amount Due | $69,073.77 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

110839-STMT-5611



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ▧▧▧ 0162 |
| Payment Due Date: | 10/25/2020 |
| Regular Payment: | $660.27 |
| Total Amount Due: | $69,073.77 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2808

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000660273 0069073779 2

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 09/30/2020
Principal Balance: $59,761.05
Accrued Interest: $44,052.01
Other Fees: $0.00
Late Fees: $5,479.97
Payoff: $109,293.03

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

153
Exhibit 1-2  179

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (08/30/2020 to 09/28/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 09/10/2020 | Late Charge Assess | $67.13 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 08/31/2020 | 30 | 0.000184426 | $59,761.05 | $330.60 |

Interest Finance Charges: $330.60
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 09/30/2020, you are 3,656 days delinquent on your account:

Recent Account History
Payment due 04/25/2020: Unpaid Balance Of $732.54
Payment due 05/25/2020: Unpaid Balance Of $660.27
Payment due 06/25/2020: Unpaid Balance Of $671.29
Payment due 07/25/2020: Unpaid Balance Of $660.27
Payment due 08/25/2020: Unpaid Balance Of $671.29
Payment due 09/25/2020: Unpaid Balance Of $671.29
Current Payment due 10/25/2020: Unpaid Balance Of $660.27

**Total Amount Due: $69,073.77.** You must pay this amount to bring your account contractually current.

### Financial Hardship

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                      154 419390-STMT-5612

Exhibit 1-2  180

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                          PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**155**
Exhibit 1-2  181



RTR File Number:        ▓▓▓▓0162
Account Number Ending in: XXXXX0162
Payment Due Date:      09/25/2020
**Total Amount Due: $68,346.37**
*If payment is received after 10/10/2020,*
*a $67.13 late fee may be charged.*

## Review Your Account Activity

### Account Information

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | $59,761.05 | |
| Escrow Balance | $0.00 | |
| Interest Rate through 08/30/2020 | 6.75000% | |
| Deferred Amount(s) | $0.00 | |
| Prepayment Penalty | No | |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)' | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance' | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $329.67 |
| Interest | $341.62 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $671.29 |
| Total Fees and Charges | $5,412.84 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $62,262.24 |
| Total Amount Due | $68,346.37 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-5813



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ▓▓▓▓ 162 |
| Payment Due Date: | 09/25/2020 |
| Regular Payment: | $671.29 |
| Total Amount Due: | $68,346.37 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2607

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000671293 0068346379 4

156
Exhibit 1-2 182

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 08/31/2020
Principal Balance: $59,761.05
Accrued Interest: $43,721.41
Other Fees: $0.00
Late Fees: $5,412.84
Payoff: $108,895.30

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's original creditor is Countrywide Financial Corp**

157

Exhibit 1-2 183

*Partial Payment, Suspense Account Balance, and Suspense Applied:* Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (07/30/2020 to 08/29/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 08/10/2020 | Late Charge Assess | $66.03 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|---|---|---|---|---|
| 07/31/2020 | 31 | 0.000184426 | $59,761.05 | $341.62 |

Interest Finance Charges: $341.62
*Periodic rate might vary

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 08/31/2020, you are 3,626 days delinquent on your account:

Recent Account History
Payment due 03/25/2020: Unpaid Balance Of $720.30
Payment due 04/25/2020: Unpaid Balance Of $732.54
Payment due 05/25/2020: Unpaid Balance Of $660.27
Payment due 06/25/2020: Unpaid Balance Of $671.29
Payment due 07/25/2020: Unpaid Balance Of $660.27
Payment due 08/25/2020: Unpaid Balance Of $671.29
Current Payment due 09/25/2020: Unpaid Balance Of $671.29

**Total Amount Due: $68,346.37.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

158

Exhibit 1-2 184

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                                                                 PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

159
Exhibit 1-2  185



# REAL TIME
RESOLUTIONS.

RTR File Number: ▓▓▓▓ 0162
Account Number Ending in: XXXXX0162
Payment Due Date: 12/25/2020
**Total Amount Due: $70,538.49**
*If payment is received after 01/09/2021,
a $66.03 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 11/29/2020 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $330.60 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $660.27 |
| Total Fees and Charges | $5,613.13 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $64,265.09 |
| Total Amount Due | $70,538.49 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

110839-STMT-S247



Dept. 107565
PO Box 1259
Oaks, PA 19456
REAL TIME
RESOLUTIONS Return Mail Only-No Correspondence

| RTR File Number: | ▓▓▓▓ 162 |
|---|---|
| Payment Due Date: | 12/25/2020 |
| Regular Payment: | $660.27 |
| Total Amount Due: | $70,538.49 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2624

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000660273 0070538496 6

**160**
Exhibit 1-2 186

## THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 11/30/2020
Principal Balance: $59,761.05
Accrued Interest: $44,724.23
Other Fees: $0.00
Late Fees: $5,613.13
Payoff: $110,098.41

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (10/30/2020 to 11/28/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/10/2020 | Late Charge Assess | $66.03 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 10/31/2020 | 30 | 0.000184426 | $59,761.05 | $330.60 |

Interest Finance Charges: $330.60
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 11/30/2020, you are 3,717 days delinquent on your account:

Recent Account History
Payment due 06/25/2020: Unpaid Balance Of $671.29
Payment due 07/25/2020: Unpaid Balance Of $660.27
Payment due 08/25/2020: Unpaid Balance Of $671.29
Payment due 09/25/2020: Unpaid Balance Of $671.29
Payment due 10/25/2020: Unpaid Balance Of $660.27
Payment due 11/25/2020: Unpaid Balance Of $671.29
Current Payment due 12/25/2020: Unpaid Balance Of $660.27

**Total Amount Due: $70,538.49.** You must pay this amount to bring your account contractually current.

### Financial Hardship

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2
162
Exhibit 1-2 188

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                          PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**163**
Exhibit 1-2  189



RTR File Number: ▮▮▮▮▮▮0162
Account Number Ending in: XXXXX0162
Payment Due Date: 11/25/2020
**Total Amount Due: $69,812.19**
*If payment is received after 12/10/2020,
a $67.13 late fee may be charged.*

## Review Your Account Activity

### Account Information

| | | |
|---|---|---|
| Regarding Property | | 4611 S 164TH ST TUKWILA, WA 98188 |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 10/30/2020 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)' | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $329.67 |
| Interest | $341.62 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $671.29 |
| Total Fees and Charges | $5,547.10 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $63,593.80 |
| Total Amount Due | $69,812.19 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-5497



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| RTR File Number: | ▮▮▮▮▮162 |
|---|---|
| Payment Due Date: | 11/25/2020 |
| Regular Payment: | $671.29 |
| Total Amount Due: | $69,812.19 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2749

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000671293 0069812194 8

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763, FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday – Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 10/31/2020
Principal Balance: $59,761.05
Accrued Interest: $44,393.63
Other Fees: $0.00
Late Fees: $5,547.10
Payoff: $109,701.78

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (09/29/2020 to 10/29/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 10/11/2020 | Late Charge Assess | $67.13 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 09/30/2020 | 31 | 0.000184426 | $59,761.05 | $341.62 |

Interest Finance Charges: $341.62
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 10/31/2020, you are 3,687 days delinquent on your account:

Recent Account History
Payment due 05/25/2020: Unpaid Balance Of $660.27
Payment due 06/25/2020: Unpaid Balance Of $671.29
Payment due 07/25/2020: Unpaid Balance Of $660.27
Payment due 08/25/2020: Unpaid Balance Of $671.29
Payment due 09/25/2020: Unpaid Balance Of $671.29
Payment due 10/25/2020: Unpaid Balance Of $660.27
Current Payment due 11/25/2020: Unpaid Balance Of $671.29

**Total Amount Due: $69,812.19.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

166 418339-STMT-5408

Exhibit 1-2 192

**Payment Options**

Pay Online: www.payrtr.com   Pay by phone: 1-877-469-7325   Pay by mail: Real Time Resolutions, Inc.
PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**167**
Exhibit 1-2  193



### REAL TIME RESOLUTIONS.

RTR File Number: ████████0162
Account Number Ending in: XXXXX0162
Payment Due Date: 02/25/2021
**Total Amount Due: $72,004.18**
*If payment is received after 03/12/2021,
a $67.22 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | | 4611 S 164TH ST  TUKWILA, WA 98188 |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 01/30/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |
| **Your Payment Breakdown** | **Paid Last Month** | **Paid Year to Date** |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| | **Suspense Applied** | **Suspense Balance** |
| Suspense Account Balance* | $0.00 | $0.00 |

*If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.*

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $342.49 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $672.16 |
| Total Fees and Charges | $5,735.37 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $65,596.65 |
| Total Amount Due | $72,004.18 |

This account's original creditor is Countrywide Financial Corp

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2                                                                                              110839-STMT-5121


**REAL TIME** RESOLUTIONS

Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ████ 162 |
| Payment Due Date: | 02/25/2021 |
| Regular Payment: | $672.16 |
| Total Amount Due: | $72,004.18 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2561

' GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000672160 0072004180 4

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 01/31/2021
Principal Balance: $59,761.05
Accrued Interest: $45,408.34
Other Fees: $0.00
Late Fees: $5,735.37
Payoff: $110,904.76

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

## Review Your Transaction Activity (12/30/2020 to 01/29/2021)

| Date | Description | Charges | Payments |
| --- | --- | --- | --- |
| 01/10/2021 | Late Charge Assess | $66.03 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
| --- | --- | --- | --- | --- |
| 12/31/2020 | 31 | 0.000184426 | $59,761.05 | $342.49 |

Interest Finance Charges: $342.49
*Periodic rate might vary

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 01/31/2021, you are 3,779 days delinquent on your account:

Recent Account History
Payment due 08/25/2020: Unpaid Balance Of $671.29
Payment due 09/25/2020: Unpaid Balance Of $671.29
Payment due 10/25/2020: Unpaid Balance Of $660.27
Payment due 11/25/2020: Unpaid Balance Of $671.29
Payment due 12/25/2020: Unpaid Balance Of $660.27
Payment due 01/25/2021: Unpaid Balance Of $671.29
Current Payment due 02/25/2021: Unpaid Balance Of $672.16

**Total Amount Due: $72,004.18.** You must pay this amount to bring your account contractually current.

### Financial Hardship

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                 170▇▇39-STMT-5122

Exhibit 1-2  196

**Payment Options**

Pay Online: www.payrtr.com      Pay by phone: 1-877-469-7325      Pay by mail: Real Time Resolutions, Inc.
                                                                 PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**171**
Exhibit 1-2  197



RTR File Number: ███████0162
Account Number Ending in: XXXXX0162
Payment Due Date:      01/25/2021
**Total Amount Due: $71,265.99**
*If payment is received after 02/09/2021,
a $67.13 late fee may be charged.*

## Review Your Account Activity

| Account Information | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 12/30/2020 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

| Explanation of Amount Due | |
|---|---|
| Principal | $329.67 |
| Interest | $341.62 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $671.29 |
| Total Fees and Charges | $5,669.34 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $64,925.36 |
| Total Amount Due | $71,265.99 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday – Friday 8:30AM – 5:30PM Central | www.payrtr.com

110839-STMT-5157



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

|||||||||||||||||||||||||||||||||||||||||

| RTR File Number: | ███████ 162 |
|---|---|
| Payment Due Date: | 01/25/2021 |
| Regular Payment: | $671.29 |
| Total Amount Due: | $71,265.99 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

||||||||||||||||||||||||||||||||||||||||||||||||

110839 - 2579

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216
||||||||||||||||||||||||||||||||||||||

01231101625 0000671293 0071265995 2

**172**
Exhibit 1-2  198

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 12/31/2020
Principal Balance: $59,761.05
Accrued Interest: $45,065.85
Other Fees: $0.00
Late Fees: $5,669.34
Payoff: $110,496.24

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (11/29/2020 to 12/29/2020)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 12/11/2020 | Late Charge Assess | $67.13 | N/A |
| 12/16/2020 | Late Charge Waive | N/A | $10.92 |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 11/30/2020 | 31 | 0.000184426 | $59,761.05 | $341.62 |

Interest Finance Charges: $341.62
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 12/31/2020, you are 3,748 days delinquent on your account:

Recent Account History
Payment due 07/25/2020: Unpaid Balance Of $660.27
Payment due 08/25/2020: Unpaid Balance Of $671.29
Payment due 09/25/2020: Unpaid Balance Of $671.29
Payment due 10/25/2020: Unpaid Balance Of $660.27
Payment due 11/25/2020: Unpaid Balance Of $671.29
Payment due 12/25/2020: Unpaid Balance Of $660.27
Current Payment due 01/25/2021: Unpaid Balance Of $671.29

**Total Amount Due: $71,265.99.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

174 419339-STMT-5158

Exhibit 1-2  200

**Payment Options**

Pay Online: www.payrtr.com

Pay by phone: 1-877-469-7325

Pay by mail: Real Time Resolutions, Inc.
PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**175**
Exhibit 1-2  201



REAL TIME
RESOLUTIONS.

RTR File Number: ▓▓▓▓▓0162
Account Number Ending in: XXXXX0162
Payment Due Date: 04/25/2021
**Total Amount Due: $73,449.82**
*If payment is received after 05/10/2021,
a $67.22 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 03/30/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)' | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $342.55 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $672.22 |
| Total Fees and Charges | $5,869.72 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $66,907.88 |
| Total Amount Due | $73,449.82 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-5045



REAL TIME
RESOLUTIONS.

Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ▓▓▓▓ 162 |
| Payment Due Date: | 04/25/2021 |
| Regular Payment: | $672.22 |
| Total Amount Due: | $73,449.82 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2623

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000672221 0073449829 6

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 03/31/2021
Principal Balance: $59,761.05
Accrued Interest: $46,060.29
Other Fees: $0.00
Late Fees: $5,869.72
Payoff: $111,691.06

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (02/27/2021 to 03/29/2021)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 03/13/2021 | Late Charge Assess | $67.22 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 02/28/2021 | 31 | 0.000184932 | $59,761.05 | $342.55 |

Interest Finance Charges: $342.55
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 03/31/2021, you are 3,838 days delinquent on your account:

Recent Account History
Payment due 10/25/2020: Unpaid Balance Of $660.27
Payment due 11/25/2020: Unpaid Balance Of $671.29
Payment due 12/25/2020: Unpaid Balance Of $660.27
Payment due 01/25/2021: Unpaid Balance Of $671.29
Payment due 02/25/2021: Unpaid Balance Of $672.16
Payment due 03/25/2021: Unpaid Balance Of $639.07
Current Payment due 04/25/2021: Unpaid Balance Of $672.22

**Total Amount Due: $73,449.82.** You must pay this amount to bring your account contractually current.

### Financial Hardship

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                      178 639-STMT-5046

Exhibit 1-2  204

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                          PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday – Friday 8:30AM – 5:30PM Central | www.payrtr.com

**179**
Exhibit 1-2  205



RTR File Number: ████████0162
Account Number Ending in: XXXXX0162
Payment Due Date: 03/25/2021
**Total Amount Due: $72,710.38**
*If payment is received after 04/09/2021,
a $63.91 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 02/27/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $309.40 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $639.07 |
| Total Fees and Charges | $5,802.50 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $66,268.81 |
| Total Amount Due | $72,710.38 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2
110839-STMT-8907



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ████ 162 |
| Payment Due Date: | 03/25/2021 |
| Regular Payment: | $639.07 |
| Total Amount Due: | $72,710.38 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 3454

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000639071 0072710388 2

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 02/28/2021
Principal Balance: $59,761.05
Accrued Interest: $45,717.74
Other Fees: $0.00
Late Fees: $5,802.50
Payoff: $111,281.29

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

181

Exhibit 1-2  207

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (01/30/2021 to 02/26/2021)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 02/10/2021 | Late Charge Assess | $67.13 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 01/31/2021 | 28 | 0.000184932 | $59,761.05 | $309.40 |

Interest Finance Charges: $309.40
*Periodic rate might vary

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 02/28/2021, you are 3,807 days delinquent on your account:

Recent Account History
Payment due 09/25/2020: Unpaid Balance Of $671.29
Payment due 10/25/2020: Unpaid Balance Of $660.27
Payment due 11/25/2020: Unpaid Balance Of $671.29
Payment due 12/25/2020: Unpaid Balance Of $660.27
Payment due 01/25/2021: Unpaid Balance Of $671.29
Payment due 02/25/2021: Unpaid Balance Of $672.16
Current Payment due 03/25/2021: Unpaid Balance Of $639.07

**Total Amount Due: $72,710.38.** You must pay this amount to bring your account contractually current.

### Financial Hardship

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

182

Exhibit 1-2  208

**Payment Options**

Pay Online: www.payrtr.com     Pay by phone: 1-877-469-7325     Pay by mail: Real Time Resolutions, Inc.
                                                                PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**183**
Exhibit 1-2  209



RTR File Number: ▋▋▋ 0162
Account Number Ending in: XXXXX0162
Payment Due Date: 06/25/2021
**Total Amount Due: $74,914.34**
*If payment is received after 07/10/2021,
a $67.22 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 05/30/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $342.55 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $672.22 |
| Total Fees and Charges | $6,000.85 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $68,241.27 |
| Total Amount Due | $74,914.34 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

110839-STMT-4457



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: ▋▋▋ 0162 | |
| Payment Due Date: | 06/25/2021 |
| Regular Payment: | $672.22 |
| Total Amount Due: | $74,914.34 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2229

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000672221 0074914340 2

**184**
Exhibit 1-2  210

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 05/31/2021
Principal Balance: $59,761.05
Accrued Interest: $46,734.34
Other Fees: $0.00
Late Fees: $6,000.85
Payoff: $112,496.24

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

> *Partial Payment, Suspense Account Balance, and Suspense Applied:* Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (04/29/2021 to 05/29/2021)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 05/11/2021 | Late Charge Assess | $67.22 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|---|---|---|---|---|
| 04/30/2021 | 31 | 0.000184932 | $59,761.05 | $342.55 |

Interest Finance Charges: $342.55
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 05/31/2021, you are 3,899 days delinquent on your account:

Recent Account History
Payment due 12/25/2020: Unpaid Balance Of $660.27
Payment due 01/25/2021: Unpaid Balance Of $671.29
Payment due 02/25/2021: Unpaid Balance Of $672.16
Payment due 03/25/2021: Unpaid Balance Of $639.07
Payment due 04/25/2021: Unpaid Balance Of $672.22
Payment due 05/25/2021: Unpaid Balance Of $661.17
Current Payment due 06/25/2021: Unpaid Balance Of $672.22

**Total Amount Due: $74,914.34.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2
186
Exhibit 1-2  212

**Payment Options**

Pay Online: www.payrtr.com     Pay by phone: 1-877-469-7325     Pay by mail: Real Time Resolutions, Inc.
                                                                PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**187**
Exhibit 1-2  213



**REAL TIME RESOLUTIONS.**

RTR File Number: ▮▮▮▮ 0162
Account Number Ending in: XXXXX0162
Payment Due Date:          05/25/2021
**Total Amount Due: $74,174.90**
*If payment is received after 06/09/2021,
a $66.12 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 04/29/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $331.50 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $661.17 |
| | |
| Total Fees and Charges | $5,933.63 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $67,580.10 |
| Total Amount Due | $74,174.90 |

This account's original creditor is Countrywide Financial Corp

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

PLEASE SEE THE BACK OF THIS PAGE FOR MORE IMPORTANT INFORMATION CONCERNING YOUR RIGHTS.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2                                                                    110839-STMT-4977

**REAL TIME RESOLUTIONS.**
Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

‖‖‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| RTR File Number: | ▮▮▮▮ 162 |
|---|---|
| Payment Due Date: | 05/25/2021 |
| Regular Payment: | $661.17 |
| Total Amount Due: | $74,174.90 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923



110839 - 2489

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

01231101625 0000661171 0074174904 8

**188**
Exhibit 1-2  214

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 04/30/2021
Principal Balance: $59,761.05
Accrued Interest: $46,391.79
Other Fees: $0.00
Late Fees: $5,933.63
Payoff: $112,086.47

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (03/30/2021 to 04/28/2021)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 04/10/2021 | Late Charge Assess | $63.91 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 03/31/2021 | 30 | 0.000184932 | $59,761.05 | $331.50 |

Interest Finance Charges: $331.50
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 04/30/2021, you are 3,868 days delinquent on your account:

Recent Account History
Payment due 11/25/2020: Unpaid Balance Of $671.29
Payment due 12/25/2020: Unpaid Balance Of $660.27
Payment due 01/25/2021: Unpaid Balance Of $671.29
Payment due 02/25/2021: Unpaid Balance Of $672.16
Payment due 03/25/2021: Unpaid Balance Of $639.07
Payment due 04/25/2021: Unpaid Balance Of $672.22
Current Payment due 05/25/2021: Unpaid Balance Of $661.17

**Total Amount Due: $74,174.90.** You must pay this amount to bring your account contractually current.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

190 16939-STMT-4978

Exhibit 1-2  216

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                          PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**191**
Exhibit 1-2  217



RTR File Number: ▓▓▓ 0162
Account Number Ending in: XXXXX0162
Payment Due Date: 09/25/2021
**Total Amount Due: $77,204.41**
*If payment is received after 10/10/2021,*
*a $67.22 late fee may be charged.*

## Review Your Account Activity

### Account Information

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 08/30/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $329.67 |
| Interest | $342.55 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $672.22 |
| Total Fees and Charges | $6,285.31 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $70,246.88 |
| Total Amount Due | $77,204.41 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.**

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

1 of 2 · 110839-STMT-4181



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| | |
|---|---|
| RTR File Number: | ▓▓▓ 162 |
| Payment Due Date: | 09/25/2021 |
| Regular Payment: | $672.22 |
| Total Amount Due: | $77,204.41 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2091

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

0123110162S 000067222L 0077204417 2

192
Exhibit 1-2 218

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 08/31/2021
Principal Balance: $59,761.05
Accrued Interest: $47,750.94
Other Fees: $85.00
Late Fees: $6,200.31
Payoff: $113,797.30

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied:* Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (07/30/2021 to 08/29/2021)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 08/10/2021 | Late Charge Assess | $66.12 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|-----------------------------|-------------------|-----------------|
| 07/31/2021 | 31 | 0.000184932 | $59,761.05 | $342.55 |

Interest Finance Charges: $342.55
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 08/31/2021, you are 3,991 days delinquent on your account:

Recent Account History
Payment due 03/25/2021: Unpaid Balance Of $639.07
Payment due 04/25/2021: Unpaid Balance Of $672.22
Payment due 05/25/2021: Unpaid Balance Of $661.17
Payment due 06/25/2021: Unpaid Balance Of $672.22
Payment due 07/25/2021: Unpaid Balance Of $661.17
Payment due 08/25/2021: Unpaid Balance Of $672.22
Current Payment due 09/25/2021: Unpaid Balance Of $672.22

**Total Amount Due: $77,204.41.** You must pay this amount to bring your account contractually current.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

**Payment Options**

Pay Online: www.payrtr.com       Pay by phone: 1-888-895-0221       Pay by mail: Real Time Resolutions, Inc.
                                                                     PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.       1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

194 ██639-STMT-4192

Exhibit 1-2  220

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**195**
Exhibit 1-2  221



**REAL TIME**
RESOLUTIONS.

RTR File Number:          ▓▓▓▓ 0162
Account Number Ending in: XXXXX0162
Payment Due Date:          10/25/2021
**Total Amount Due:  $53,891.59**
*If payment is received after 11/09/2021,*
*a $66.02 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | | 4611 S 164TH ST  TUKWILA, WA 98188 |
| Outstanding Principal | | $59,429.04 |
| Escrow Balance | | $0.00 |
| Interest Rate through 09/29/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |
| **Your Payment Breakdown** | **Paid Last Month** | **Paid Year to Date** |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| | **Suspense Applied** | **Suspense Balance** |
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $330.54 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $660.21 |
| Total Fees and Charges | $4,169.18 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $49,062.20 |
| Total Amount Due | $53,891.59 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.**

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday – Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-4079


**REAL TIME**
RESOLUTIONS

Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| | |
|---|---|
| RTR File Number: | ▓▓▓▓ 0162 |
| Payment Due Date: | 10/25/2021 |
| Regular Payment: | $660.21 |
| Total Amount Due: | $53,891.59 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2040

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000660211 0053891594 0

196
Exhibit 1-2  222

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 09/30/2021
Principal Balance: $59,429.04
Accrued Interest: $26,556.59
Other Fees: $85.00
Late Fees: $4,084.18
Payoff: $90,154.81

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied:* Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (08/30/2021 to 09/28/2021)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 09/10/2021 | Late Charge Assess | $67.22 | N/A |
| 09/14/2021 | Late Charge Waive | N/A | $2,183.35 |
| 09/14/2021 | Principal Adjustment | N/A | $332.01 |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 08/31/2021 | 14 | 0.000184932 | $59,761.05 | $154.70 |
| 09/14/2021 | 16 | 0.000184932 | $59,429.04 | $175.84 |

Interest Finance Charges: $330.54
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 01/26/2016 and, as of 09/30/2021, you are 2,073 days delinquent on your account:

Recent Account History
Payment due 04/25/2021: Unpaid Balance Of $672.22
Payment due 05/25/2021: Unpaid Balance Of $661.17
Payment due 06/25/2021: Unpaid Balance Of $672.22
Payment due 07/25/2021: Unpaid Balance Of $661.17
Payment due 08/25/2021: Unpaid Balance Of $672.22
Payment due 09/25/2021: Unpaid Balance Of $672.22
Current Payment due 10/25/2021: Unpaid Balance Of $660.21

**Total Amount Due: $53,891.59.** You must pay this amount to bring your account contractually current.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

**Payment Options**

Pay Online: www.payrtr.com         Pay by phone: 1-888-895-0221     Pay by mail: Real Time Resolutions, Inc.
                                                                    PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                    198 ███39-STMT-4080

Exhibit 1-2  224

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**199**
Exhibit 1-2  225



RTR File Number: ███████0162
Account Number Ending in: XXXXX0162
Payment Due Date: 07/25/2021
**Total Amount Due: $75,726.63**
*If payment is received after 08/09/2021,
a $66.12 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | |
|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 |
| Outstanding Principal | $59,761.05 |
| Escrow Balance | $0.00 |
| Interest Rate through 06/29/2021 | 6.75000% |
| Deferred Amount(s) | $0.00 |
| Prepayment Penalty | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $331.50 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $661.17 |
| Total Fees and Charges | $6,151.97 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $68,913.49 |
| Total Amount Due | $75,726.63 |

---

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.**

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

---

110639-STMT-4361



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only-No Correspondence

| | |
|---|---|
| RTR File Number: | ███████ 162 |
| Payment Due Date: | 07/25/2021 |
| Regular Payment: | $661.17 |
| Total Amount Due: | $75,726.63 |
| Phone: | 1-877-469-7325 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2181

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000661171 0075726638 6

**200**
Exhibit 1-2  226

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545, North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 06/30/2021
Principal Balance: $59,761.05
Accrued Interest: $47,065.84
Other Fees: $85.00
Late Fees: $6,066.97
Payoff: $112,978.86

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

201

Exhibit 1-2  227

### Review Your Transaction Activity (05/30/2021 to 06/28/2021)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 06/10/2021 | Late Charge Assess | $66.12 | N/A |
| 06/25/2021 | Legal Fees Disb | $85.00 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 05/31/2021 | 30 | 0.000184932 | $59,761.05 | $331.50 |

Interest Finance Charges: $331.50
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 06/30/2021, you are 3,929 days delinquent on your account:

Recent Account History
Payment due 01/25/2021: Unpaid Balance Of $671.29
Payment due 02/25/2021: Unpaid Balance Of $672.16
Payment due 03/25/2021: Unpaid Balance Of $639.07
Payment due 04/25/2021: Unpaid Balance Of $672.22
Payment due 05/25/2021: Unpaid Balance Of $661.17
Payment due 06/25/2021: Unpaid Balance Of $672.22
Current Payment due 07/25/2021: Unpaid Balance Of $661.17

**Total Amount Due: $75,726.63.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

Pay Online: www.payrtr.com          Pay by phone: 1-877-469-7325          Pay by mail: Real Time Resolutions, Inc.
                                                                          PO BOX 840923, DALLAS, TX 75284-0923

### Payoff Requests

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-877-469-7325, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-877-469-7325.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                    202 ███39-STMT-4362

Exhibit 1-2   228

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-877-469-7325 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**203**
Exhibit 1-2  229



RTR File Number: ▇▇▇ 0162
Account Number Ending in: XXXXX0162
Payment Due Date: 08/25/2021
**Total Amount Due: $76,466.07**
*If payment is received after 09/09/2021,
a $67.22 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,761.05 |
| Escrow Balance | | $0.00 |
| Interest Rate through 07/30/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $342.55 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $672.22 |
| Total Fees and Charges | $6,219.19 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $69,574.66 |
| Total Amount Due | $76,466.07 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

| PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS. |
|---|

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110639-STMT-4259

1 of 2



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| | |
|---|---|
| RTR File Number: | ▇▇▇ 0162 |
| Payment Due Date: | 08/25/2021 |
| Regular Payment: | $672.22 |
| Total Amount Due: | $76,466.07 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2130

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000672221 0076466076 2

204

Exhibit 1-2 230

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 07/31/2021
Principal Balance: $59,761.05
Accrued Interest: $47,408.39
Other Fees: $85.00
Late Fees: $6,134.19
Payoff: $113,388.63

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (06/29/2021 to 07/29/2021)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 07/11/2021 | Late Charge Assess | $67.22 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|-----------------------------|-------------------|-----------------|
| 06/30/2021 | 31 | 0.000184932 | $59,761.05 | $342.55 |

Interest Finance Charges: $342.55
*Periodic rate might vary

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 09/26/2010 and, as of 07/31/2021, you are 3,960 days delinquent on your account:

Recent Account History
Payment due 02/25/2021: Unpaid Balance Of $672.16
Payment due 03/25/2021: Unpaid Balance Of $639.07
Payment due 04/25/2021: Unpaid Balance Of $672.22
Payment due 05/25/2021: Unpaid Balance Of $661.17
Payment due 06/25/2021: Unpaid Balance Of $672.22
Payment due 07/25/2021: Unpaid Balance Of $661.17
Current Payment due 08/25/2021: Unpaid Balance Of $672.22

**Total Amount Due: $76,466.07.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** – When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

| Pay Online: www.payrtr.com | Pay by phone: 1-888-895-0221 | Pay by mail: Real Time Resolutions, Inc. PO BOX 840923, DALLAS, TX 75284-0923 |
|----------------------------|------------------------------|-------------------------------------------------------------------------------|

### Payoff Requests

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

18839-STMT-4260

Exhibit 1-2  232

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**207**
Exhibit 1-2  233



RTR File Number: ▓▓▓▓▓▓▓0162
Account Number Ending in: XXXXX0162
Payment Due Date: 11/25/2021
**Total Amount Due: $54,629.17**
*If payment is received after 12/10/2021,
a $67.04 late fee may be charged.*

## Review Your Account Activity

### Account Information

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 | |
| Outstanding Principal | $59,429.04 | |
| Escrow Balance | $0.00 | |
| Interest Rate through 10/30/2021 | 6.75000% | |
| Deferred Amount(s) | $0.00 | |
| Prepayment Penalty | No | |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

*If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $329.67 |
| Interest | $340.69 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $670.36 |
| Total Fees and Charges | $4,236.40 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $49,722.41 |
| Total Amount Due | $54,629.17 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

---

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.**

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

---

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday – Friday 8:30AM – 5:30PM Central | www.payrtr.com

1 of 2                                                                                                  110839-STMT-4053



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| | |
|---|---|
| RTR File Number: | ▓▓▓▓▓ 0162 |
| Payment Due Date: | 11/25/2021 |
| Regular Payment: | $670.36 |
| Total Amount Due: | $54,629.17 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 2027

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

01231101625 0000670364 0054629172 2

**208**
Exhibit 1-2  234

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 10/31/2021
Principal Balance: $59,429.04
Accrued Interest: $26,897.28
Other Fees: $85.00
Late Fees: $4,151.40
Payoff: $90,562.72

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (09/29/2021 to 10/29/2021)

| Date | Description | Charges | Payments |
| --- | --- | --- | --- |
| 10/11/2021 | Late Charge Assess | $67.22 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
| --- | --- | --- | --- | --- |
| 09/30/2021 | 31 | 0.000184932 | $59,429.04 | $340.69 |

Interest Finance Charges: $340.69
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 01/26/2016 and, as of 10/31/2021, you are 2,104 days delinquent on your account:

Recent Account History
Payment due 05/25/2021: Unpaid Balance Of $661.17
Payment due 06/25/2021: Unpaid Balance Of $672.22
Payment due 07/25/2021: Unpaid Balance Of $661.17
Payment due 08/25/2021: Unpaid Balance Of $672.22
Payment due 09/25/2021: Unpaid Balance Of $672.22
Payment due 10/25/2021: Unpaid Balance Of $660.21
Current Payment due 11/25/2021: Unpaid Balance Of $670.36

**Total Amount Due: $54,629.17.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** – When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** – If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

| Pay Online: www.payrtr.com | Pay by phone: 1-888-895-0221 | Pay by mail: Real Time Resolutions, Inc. PO BOX 840923, DALLAS, TX 75284-0923 |
| --- | --- | --- |

### Payoff Requests

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                           210     10899-STMT-4054

Exhibit 1-2  236

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**211**
Exhibit 1-2  237



RTR File Number: ■■■■ 0162
Account Number Ending in: XXXXX0162
Payment Due Date: 12/25/2021
**Total Amount Due: $55,514.92**
*If payment is received after 01/09/2022,
a $65.94 late fee may be charged.*

## Review Your Account Activity

| **Account Information** | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,429.04 |
| Escrow Balance | | $0.00 |
| Interest Rate through 11/29/2021 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |
| **Your Payment Breakdown** | **Paid Last Month** | **Paid Year to Date** |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| | **Suspense Applied** | **Suspense Balance** |
| Suspense Account Balance* | $0.00 | $0.00 |

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

| **Explanation of Amount Due** | |
|---|---|
| Principal | $329.67 |
| Interest | $329.70 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $659.37 |
| Total Fees and Charges | $4,462.78 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $50,392.77 |
| Total Amount Due | $55,514.92 |

This account's original creditor is Countrywide Financial Corp

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

| **PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.** |
|---|

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday – Friday 8:30AM – 5:30PM Central | www.payrtr.com

---

1 of 2       110839-STMT-3493



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| RTR File Number: | ■■■■ 162 |
|---|---|
| Payment Due Date: | 12/25/2021 |
| Regular Payment: | $659.37 |
| Total Amount Due: | $55,514.92 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

ɪlɪlɪ|ᵗ|ᵗɪ|ₗᵗˡᵗ|ᵗˡˡᵣₑₜˡₐₗˡᵗᵗₗₚₗᵗˡᵗˡ|ᵗₙˡₑₑˡ|ₙₗₕˡₗ|ᵢₗₙ

110839 - 1752

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216
ɪlₗlₗlₐᵢₙₙₗ||ₗdₗdₗₐₗₗₙₗₗₒₐ₍ₗⱼₙₗ|ₗₙdₗₕⱼₗₐₗₗdₗdₗₗ

0123110162500006593760055514927 4

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday – Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 11/30/2021
Principal Balance: $59,429.04
Accrued Interest: $27,226.98
Other Fees: $245.36
Late Fees: $4,217.42
Payoff: $91,118.80

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied:* Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (10/30/2021 to 11/28/2021)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 11/09/2021 | Legal Fees Disb | $150.00 | N/A |
| 11/09/2021 | Legal Fees Disb | $10.36 | N/A |
| 11/10/2021 | Late Charge Assess | $66.02 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 10/31/2021 | 30 | 0.000184932 | $59,429.04 | $329.70 |

Interest Finance Charges: $329.70
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 01/26/2016 and, as of 11/30/2021, you are 2,134 days delinquent on your account:

Recent Account History
Payment due 06/25/2021: Unpaid Balance Of $672.22
Payment due 07/25/2021: Unpaid Balance Of $661.17
Payment due 08/25/2021: Unpaid Balance Of $672.22
Payment due 09/25/2021: Unpaid Balance Of $672.22
Payment due 10/25/2021: Unpaid Balance Of $660.21
Payment due 11/25/2021: Unpaid Balance Of $670.36
Current Payment due 12/25/2021: Unpaid Balance Of $659.37

**Total Amount Due: $55,514.92.** You must pay this amount to bring your account contractually current.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

**Payment Options**

Pay Online: www.payrtr.com          Pay by phone: 1-888-895-0221          Pay by mail: Real Time Resolutions, Inc.
                                                                          PO BOX 840923, DALLAS, TX 75284-0923

**Payoff Requests**

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                          214 19839-STMT-3464

Exhibit 1-2 240

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**215**
Exhibit 1-2  241



RTR File Number: ████████0162
Account Number Ending in: XXXXX0162
Payment Due Date: 01/25/2022
**Total Amount Due: $56,252.32**
*If payment is received after 02/09/2022,
a $67.04 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | |
|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 |
| Outstanding Principal | $59,429.04 |
| Escrow Balance | $0.00 |
| Interest Rate through 12/30/2021 | 6.75000% |
| Deferred Amount(s) | $0.00 |
| Prepayment Penalty | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)' | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance' | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $340.69 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $670.36 |
| Total Fees and Charges | $4,529.82 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $51,052.14 |
| Total Amount Due | $56,252.32 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

| **PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.** |
|---|

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110639-STMT-3793



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| | |
|---|---|
| RTR File Number: | ████ 162 |
| Payment Due Date: | 01/25/2022 |
| Regular Payment: | $670.36 |
| Total Amount Due: | $56,252.32 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

ᴵᵘᵍᵖᵇᵗᵖᵗᵗᵖᵖᵗᵍᵖᵗᵍᵗᵗⁱᵖᵗᵖᵈᵈᵗᵗᵖᵗᵖᵖᵗᵖᵗᵗᵈᵖᵗᵖᵗᵗⁱᵖᵗ

110639 - 1697

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216
ᴵᵗᵗᵘᵗᵈᵘᵗᵘⁱᵗⁱᵗᵗᵈᵈⁱᵗᵗᵘᵈᵗⁱᵗᵈᵗᵗᵈⁱⁱᵗᵗⁱⁱᵗᵗᵘᵘᵗᵗⁱᵗᵘᵗᵗᵗ

0123110 1625  0000670364  0056252323  4

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 12/31/2021
Principal Balance: $59,429.04
Accrued Interest: $27,567.67
Other Fees: $245.36
Late Fees: $4,284.46
Payoff: $91,526.53

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied:* Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (11/29/2021 to 12/29/2021)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/11/2021 | Late Charge Assess | $67.04 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|---|---|---|---|---|
| 11/30/2021 | 31 | 0.000184932 | $59,429.04 | $340.69 |

Interest Finance Charges: $340.69
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 01/26/2016 and, as of 12/31/2021, you are 2,165 days delinquent on your account:

Recent Account History
Payment due 07/25/2021: Unpaid Balance Of $661.17
Payment due 08/25/2021: Unpaid Balance Of $672.22
Payment due 09/25/2021: Unpaid Balance Of $672.22
Payment due 10/25/2021: Unpaid Balance Of $660.21
Payment due 11/25/2021: Unpaid Balance Of $670.36
Payment due 12/25/2021: Unpaid Balance Of $659.37
Current Payment due 01/25/2022: Unpaid Balance Of $670.36

**Total Amount Due: $56,252.32.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

Pay Online: www.payrtr.com          Pay by phone: 1-888-895-0221          Pay by mail: Real Time Resolutions, Inc.
PO BOX 840923, DALLAS, TX 75284-0923

### Payoff Requests

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

### Servicemembers Civil Relief Act (SCRA):

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

Exhibit 1-2  244

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**219**
Exhibit 1-2 245



RTR File Number: ███████0162
Account Number Ending in: XXXXX0162
Payment Due Date: 02/25/2022
**Total Amount Due: $57,073.62**
*If payment is received after 03/12/2022,
a $67.04 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | $59,429.04 | |
| Escrow Balance | $0.00 | |
| Interest Rate through 01/30/2022 | 6.75000% | |
| Deferred Amount(s) | $0.00 | |
| Prepayment Penalty | No | |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $340.69 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $670.36 |
| Total Fees and Charges | $4,680.76 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $51,722.50 |
| Total Amount Due | $57,073.62 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

| **PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.** |
|---|

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday – Friday 8:30AM – 5:30PM Central | www.payrtr.com

110839-STMT-3713



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| | |
|---|---|
| RTR File Number: | ███████ 0162 |
| Payment Due Date: | 02/25/2022 |
| Regular Payment: | $670.36 |
| Total Amount Due: | $57,073.62 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 1857

GABRIEL MARQUEZ VARGAS
C/O Omar Barraza
10728 16TH AVE SW
SEATTLE WA 98146-2001

0123110l625 0000670364 0057073620 6

220
Exhibit 1-2 246

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 01/31/2022
Principal Balance: $59,429.04
Accrued Interest: $27,908.36
Other Fees: $330.36
Late Fees: $4,350.40
Payoff: $92,018.16

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (12/30/2021 to 01/29/2022)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 01/06/2022 | Nonrecoverable Fees Disb | $467.50 | N/A |
| 01/07/2022 | Legal Fees Disb | $85.00 | N/A |
| 01/10/2022 | Late Charge Assess | $65.94 | N/A |
| 01/11/2022 | Nonrecoverable Fees Disb | $220.00 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 12/31/2021 | 31 | 0.000184932 | $59,429.04 | $340.69 |

Interest Finance Charges: $340.69
*Periodic rate might vary

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 01/26/2016 and, as of 01/31/2022, you are 2,196 days delinquent on your account:

Recent Account History
Payment due 08/25/2021: Unpaid Balance Of $672.22
Payment due 09/25/2021: Unpaid Balance Of $672.22
Payment due 10/25/2021: Unpaid Balance Of $660.21
Payment due 11/25/2021: Unpaid Balance Of $670.36
Payment due 12/25/2021: Unpaid Balance Of $659.37
Payment due 01/25/2022: Unpaid Balance Of $670.36
Current Payment due 02/25/2022: Unpaid Balance Of $670.36

**Total Amount Due: $57,073.62.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

Pay Online: www.payrtr.com     Pay by phone: 1-888-895-0221     Pay by mail: Real Time Resolutions, Inc.
PO BOX 840923, DALLAS, TX 75284-0923

### Payoff Requests

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                 222 118639-STMT-3714

Exhibit 1-2  248

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**223**
Exhibit 1-2 249



RTR File Number: ███████0162
Account Number Ending in: XXXXX0162
Payment Due Date: 03/25/2022
**Total Amount Due: $57,778.05**
*If payment is received after 04/09/2022,
a $63.74 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 | |
| Outstanding Principal | | $59,429.04 |
| Escrow Balance | | $0.00 |
| Interest Rate through 02/27/2022 | | 6.75000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $307.72 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $637.39 |
| Total Fees and Charges | $4,747.80 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $52,392.86 |
| Total Amount Due | $57,778.05 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

| **PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.** |
|---|

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday – Friday 8:30AM – 5:30PM Central | www.payrtr.com

1 of 2                                                                                     110339-STMT-4851



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| RTR File Number: | ████████ 162 |
|---|---|
| Payment Due Date: | 03/25/2022 |
| Regular Payment: | $637.39 |
| Total Amount Due: | $57,778.05 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110339 - 2426

GABRIEL MARQUEZ VARGAS
C/O Omar Barraza
10728 16TH AVE SW
SEATTLE WA 98146-2001

01231101625  0000637398  0057778051  6

224
Exhibit 1-2  250