# Exhibit 1-3

Exhibit 1-3 251

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 02/28/2022
Principal Balance: $59,429.04
Accrued Interest: $28,216.08
Other Fees: $330.36
Late Fees: $4,417.44
Payoff: $92,392.92

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

**\*Partial Payment, Suspense Account Balance, and Suspense Applied:** Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (01/30/2022 to 02/26/2022)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 02/10/2022 | Late Charge Assess | $67.04 | N/A |
| 02/21/2022 | Nonrecoverable Fees Disb | $632.50 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|---------------------------|-------------------|-----------------|
| 01/31/2022 | 28 | 0.000184932 | $59,429.04 | $307.72 |

Interest Finance Charges: $307.72
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 01/26/2016 and, as of 02/28/2022, you are 2,224 days delinquent on your account:

Recent Account History
Payment due 09/25/2021: Unpaid Balance Of $672.22
Payment due 10/25/2021: Unpaid Balance Of $660.21
Payment due 11/25/2021: Unpaid Balance Of $670.36
Payment due 12/25/2021: Unpaid Balance Of $659.37
Payment due 01/25/2022: Unpaid Balance Of $670.36
Payment due 02/25/2022: Unpaid Balance Of $670.36
Current Payment due 03/25/2022: Unpaid Balance Of $637.39

**Total Amount Due: $57,778.05.** You must pay this amount to bring your account contractually current.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

**Payment Options**

| Pay Online: www.payrtr.com | Pay by phone: 1-888-895-0221 | Pay by mail: Real Time Resolutions, Inc. PO BOX 840923, DALLAS, TX 75284-0923 |
|---|---|---|

**Payoff Requests**

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

226 98839-STMT-4852

Exhibit 1-3 253

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**227**
Exhibit 1-3 254



RTR File Number:  ████████0162
Account Number Ending in: XXXXX0162
Payment Due Date:      04/25/2022
**Total Amount Due:  $58,517.91**
*If payment is received after 05/10/2022,
a $67.28 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | |
|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 |
| Outstanding Principal | $59,429.04 |
| Escrow Balance | $0.00 |
| Interest Rate through 03/30/2022 | 7.00000% |
| Deferred Amount(s) | $0.00 |
| Prepayment Penalty | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)' | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance' | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $343.15 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $672.82 |
| Total Fees and Charges | $4,814.84 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $53,030.25 |
| Total Amount Due | $58,517.91 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.**

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-3475



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| | |
|---|---|
| RTR File Number: | ████ 0162 |
| Payment Due Date: | 04/25/2022 |
| Regular Payment: | $672.82 |
| Total Amount Due: | $58,517.91 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

||ıı||l|ı||ıı|ı||ı|lı||ı||ıı||||ı||l||||l|ıı|l||ıı|l||ıı|ıı||ı|

110839 - 1738

GABRIEL MARQUEZ VARGAS
C/O Omar Barraza
10728 16TH AVE SW
SEATTLE WA 98146-2001
||ı|ılı|ıııllılılllıılllııllıııılllılllllılılıl

0123110162 5  0000672825  0058517918  4

**228**
Exhibit 1-3 255

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday – Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 03/31/2022
Principal Balance: $59,429.04
Accrued Interest: $28,559.23
Other Fees: $330.36
Late Fees: $4,484.48
Payoff: $92,803.11

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

**Review Your Transaction Activity** (02/27/2022 to 03/29/2022)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 03/13/2022 | Late Charge Assess | $67.04 | N/A |

**Finance Charge Calculation:**

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 02/28/2022 | 25 | 0.000184932 | $59,429.04 | $274.75 |
| 03/25/2022 | 6 | 0.000191781 | $59,429.04 | $68.40 |

Interest Finance Charges: $343.15
*Periodic rate might vary*

**Delinquency Notice**

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 01/26/2016 and, as of 03/31/2022, you are 2,255 days delinquent on your account:

Recent Account History
Payment due 10/25/2021: Unpaid Balance Of $660.21
Payment due 11/25/2021: Unpaid Balance Of $670.36
Payment due 12/25/2021: Unpaid Balance Of $659.37
Payment due 01/25/2022: Unpaid Balance Of $670.36
Payment due 02/25/2022: Unpaid Balance Of $670.36
Payment due 03/25/2022: Unpaid Balance Of $637.39
Current Payment due 04/25/2022: Unpaid Balance Of $672.82

**Total Amount Due: $58,517.91.** You must pay this amount to bring your account contractually current.

**Payment Information**

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

**Payment Options**

| Pay Online: www.payrtr.com | Pay by phone: 1-888-895-0221 | Pay by mail: Real Time Resolutions, Inc. |
|----------------------------|-------------------------------|--------------------------------------------|
| | | PO BOX 840923, DALLAS, TX 75284-0923 |

**Payoff Requests**

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2

230

Exhibit 1-3 257

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**231**
Exhibit 1-3 258



RTR File Number:             ▇▇▇0162
Account Number Ending in: XXXXX0162
Payment Due Date:            05/25/2022
**Total Amount Due:  $57,112.78**
*If payment is received after 06/09/2022,
a $66.73 late fee may be charged.*

## Review Your Account Activity

| Account Information | | | If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement. |
|---|---|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 | | |
| Outstanding Principal | | $58,101.00 | |
| Escrow Balance | | $0.00 | |
| Interest Rate through 04/29/2022 | | 7.00000% | |
| Deferred Amount(s) | | $0.00 | **Explanation of Amount Due** |
| Prepayment Penalty | | No | |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $337.58 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $667.25 |
| Total Fees and Charges | $5,456.08 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $50,989.45 |
| Total Amount Due | $57,112.78 |

This account's original creditor is Countrywide Financial Corp

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

| **PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.** |
|---|
| Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only. |

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-3299



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| RTR File Number: | ▇▇▇ 162 |
|---|---|
| Payment Due Date: | 05/25/2022 |
| Regular Payment: | $667.25 |
| Total Amount Due: | $57,112.78 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 1050

GABRIEL MARQUEZ VARGAS
C/O Omar Barraza
10728 16TH AVE SW
SEATTLE WA 98146-2001

01231101625 0000667258 0057112787 2

**232**
Exhibit 1-3 259

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 04/30/2022
Principal Balance: $58,101.00
Accrued Interest: $27,511.23
Other Fees: $907.86
Late Fees: $4,548.22
Payoff: $91,068.31

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

| *Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees. |
|---|

### Review Your Transaction Activity (03/30/2022 to 04/28/2022)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 04/01/2022 | Nonrecoverable Fees Disb | $192.50 | N/A |
| 04/10/2022 | Late Charge Assess | $63.74 | N/A |
| 04/13/2022 | Principal Adjustment | N/A | $1,328.04 |
| 04/20/2022 | Legal Fees Disb | $577.50 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|---|---|---|---|---|
| 03/31/2022 | 13 | 0.000191781 | $59,429.04 | $148.20 |
| 04/13/2022 | 17 | 0.000191781 | $58,101.00 | $189.38 |

Interest Finance Charges: $337.58
*Periodic rate might vary

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 05/26/2016 and, as of 04/30/2022, you are 2,164 days delinquent on your account:

Recent Account History
Payment due 11/25/2021: Unpaid Balance Of $670.36
Payment due 12/25/2021: Unpaid Balance Of $659.37
Payment due 01/25/2022: Unpaid Balance Of $670.36
Payment due 02/25/2022: Unpaid Balance Of $670.36
Payment due 03/25/2022: Unpaid Balance Of $637.39
Payment due 04/25/2022: Unpaid Balance Of $672.82
Current Payment due 05/25/2022: Unpaid Balance Of $667.25

**Total Amount Due: $57,112.78.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

Pay Online: www.payrtr.com       Pay by phone: 1-888-895-0221       Pay by mail: Real Time Resolutions, Inc.
                                                                    PO BOX 840923, DALLAS, TX 75284-0923

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                    234  ▇▇939-STMT-3300

Exhibit 1-3 261

**Payoff Requests**

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**235**
Exhibit 1-3 262



RTR File Number: ▮▮▮▮0162
Account Number Ending in: XXXXX0162
Payment Due Date: 07/25/2022
**Total Amount Due: $60,394.65**
*If payment is received after 08/09/2022,
a $69.38 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | $58,101.00 | |
| Escrow Balance | $0.00 | |
| Interest Rate through 06/29/2022 | 8.25000% | |
| Deferred Amount(s) | $0.00 | |
| Prepayment Penalty | No | |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance* | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

> If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $364.15 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $693.82 |
| | |
| Total Fees and Charges | $7,364.32 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $52,336.51 |
| Total Amount Due | $60,394.65 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

| **PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.** |
|---|
| Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only. |

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110839-STMT-3013



| Real Time Resolutions, Inc | | RTR File Number: | ▮▮▮▮ 0162 |
|---|---|---|---|
| P.O. BOX 36655 | | Payment Due Date: | 07/25/2022 |
| Dallas, TX 75235-1655 | | Regular Payment: | $693.82 |
| ELECTRONIC SERVICE REQUESTED | | Total Amount Due: | $60,394.65 |
| | | Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 1507

GABRIEL MARQUEZ VARGAS
C/O Omar Barraza
10728 16TH AVE SW
SEATTLE WA 98146-2001

01231101625 0000693820 0060394651 2

236
Exhibit 1-3 263

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 06/30/2022
Principal Balance: $58,101.00
Accrued Interest: $28,225.52
Other Fees: $2,682.09
Late Fees: $4,682.23
Payoff: $93,690.84

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**- This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
**- This account's original creditor is Countrywide Financial Corp**

> **\*Partial Payment, Suspense Account Balance, and Suspense Applied:** Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (05/30/2022 to 06/28/2022)

| Date | Description | Charges | Payments |
|------|-------------|---------|----------|
| 06/10/2022 | Late Charge Assess | $66.73 | N/A |
| 06/15/2022 | Legal Fees Disb | $1,613.31 | N/A |
| 06/15/2022 | Legal Fees Disb | $160.92 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|--------------------|----------------|----------------------------|-------------------|-----------------|
| 05/31/2022 | 25 | 0.000205479 | $58,101.00 | $298.50 |
| 06/25/2022 | 5 | 0.000226027 | $58,101.00 | $65.65 |

Interest Finance Charges: $364.15
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 05/26/2016 and, as of 06/30/2022, you are 2,225 days delinquent on your account:

Recent Account History
Payment due 01/25/2022: Unpaid Balance Of $670.36
Payment due 02/25/2022: Unpaid Balance Of $670.36
Payment due 03/25/2022: Unpaid Balance Of $637.39
Payment due 04/25/2022: Unpaid Balance Of $672.82
Payment due 05/25/2022: Unpaid Balance Of $667.25
Payment due 06/25/2022: Unpaid Balance Of $679.81
Current Payment due 07/25/2022: Unpaid Balance Of $693.82

**Total Amount Due: $60,394.65.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

| Pay Online: www.payrtr.com | Pay by phone: 1-888-895-0221 | Pay by mail: Real Time Resolutions, Inc. PO BOX 840923, DALLAS, TX 75284-0923 |
|---|---|---|

### Payoff Requests

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2
238 16939-STMT-3014

Exhibit 1-3 265

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

**239**
Exhibit 1-3 266



RTR File Number: ██████0162
Account Number Ending in: XXXXX0162
Payment Due Date: 06/25/2022
**Total Amount Due: $57,859.87**
*If payment is received after 07/10/2022,
a $67.98 late fee may be charged.*

## Review Your Account Activity

**Account Information**

| | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST TUKWILA, WA 98188 | |
| Outstanding Principal | | $58,101.00 |
| Escrow Balance | | $0.00 |
| Interest Rate through 05/30/2022 | | 7.50000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)' | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance' | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $329.67 |
| Interest | $350.14 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $679.81 |
| Total Fees and Charges | $5,523.36 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $51,656.70 |
| Total Amount Due | $57,859.87 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.**

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

110639-STMT-3153



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| | |
|---|---|
| RTR File Number: | ████ 0162 |
| Payment Due Date: | 06/25/2022 |
| Regular Payment: | $679.81 |
| Total Amount Due: | $57,859.87 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 1577

GABRIEL MARQUEZ VARGAS
C/O Omar Barraza
10728 16TH AVE SW
SEATTLE WA 98146-2001

01231101625 0000679817 0057859873 0

240
Exhibit 1-3 267

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 05/31/2022
Principal Balance: $58,101.00
Accrued Interest: $27,861.37
Other Fees: $907.86
Late Fees: $4,615.50
Payoff: $91,485.73

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's original creditor is Countrywide Financial Corp**

241

Exhibit 1-3 268

*Partial Payment, Suspense Account Balance, and Suspense Applied: Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (04/29/2022 to 05/29/2022)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 05/06/2022 | Nonrecoverable Fees Disb | $450.00 | N/A |
| 05/11/2022 | Late Charge Assess | $67.28 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
|---|---|---|---|---|
| 04/30/2022 | 25 | 0.000191781 | $58,101.00 | $278.50 |
| 05/25/2022 | 6 | 0.000205479 | $58,101.00 | $71.64 |

Interest Finance Charges: $350.14
*Periodic rate might vary

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 05/26/2016 and, as of 05/31/2022, you are 2,195 days delinquent on your account.

Recent Account History
Payment due 12/25/2021: Unpaid Balance Of $659.37
Payment due 01/25/2022: Unpaid Balance Of $670.36
Payment due 02/25/2022: Unpaid Balance Of $670.36
Payment due 03/25/2022: Unpaid Balance Of $637.39
Payment due 04/25/2022: Unpaid Balance Of $672.82
Payment due 05/25/2022: Unpaid Balance Of $667.25
Current Payment due 06/25/2022: Unpaid Balance Of $679.81

**Total Amount Due: $57,859.87.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

Pay Online: www.payrtr.com          Pay by phone: 1-888-895-0221          Pay by mail: Real Time Resolutions, Inc.
                                                                                PO BOX 840923, DALLAS, TX 75284-0923

### Payoff Requests

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                                242 V0039-STMT-3154

Exhibit 1-3 269

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**243**
Exhibit 1-3 270



RTR File Number: ▓▓▓0162
Account Number Ending in: XXXXX0162
Payment Due Date: 08/25/2022
**Total Amount Due: $61,284.33**
*If payment is received after 09/09/2022,*
*a $73.67 late fee may be charged.*

## Review Your Account Activity

| Account Information | | |
|---|---|---|
| Regarding Property | 4611 S 164TH ST  TUKWILA, WA 98188 | |
| Outstanding Principal | | $58,101.00 |
| Escrow Balance | | $0.00 |
| Interest Rate through 07/30/2022 | | 8.25000% |
| Deferred Amount(s) | | $0.00 |
| Prepayment Penalty | | No |

| Your Payment Breakdown | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)' | $0.00 | $0.00 |

| | Suspense Applied | Suspense Balance |
|---|---|---|
| Suspense Account Balance' | $0.00 | $0.00 |

This account's original creditor is Countrywide Financial Corp

If you are participating in a payment plan or any other resolution option, these amounts may not be reflected as part of this statement.

| Explanation of Amount Due | |
|---|---|
| Principal | $329.67 |
| Interest | $407.03 |
| Escrow (Taxes and Insurance) | $0.00 |
| Regular Payment | $736.70 |
| Total Fees and Charges | $7,517.30 |
| Suspense Amount | -$0.00 |
| Partial Payment | -$0.00 |
| Past Due Amount | $53,030.33 |
| Total Amount Due | $61,284.33 |

*Please see next page for more information on Partial Payments, Suspense Account Balance, and Suspense Applied.*

**PLEASE SEE THE BACK OF THIS PAGE FOR MORE INFORMATION CONCERNING YOUR RIGHTS.**

Real Time Resolutions, Inc. is a debt collector, although this is not an attempt to collect a debt from you. This document is provided for compliance and informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday – Friday 8:30AM – 5:30PM Central | www.payrtr.com

110839-STMT-2897



Real Time Resolutions, Inc
P.O. BOX 36655
Dallas, TX 75235-1655
ELECTRONIC SERVICE REQUESTED

| RTR File Number: | ▓▓▓ 0162 |
|---|---|
| Payment Due Date: | 08/25/2022 |
| Regular Payment: | $736.70 |
| Total Amount Due: | $61,284.33 |
| Phone: | 1-888-895-0221 |

Please send payments to:

Real Time Resolutions, Inc.
PO BOX 840923
DALLAS, TX 75284-0923

110839 - 1449

GABRIEL MARQUEZ VARGAS
C/O Omar  Barraza
10728 16TH AVE SW
SEATTLE WA 98146-2001

01231101625  0000736701  0061284333  4

244
Exhibit 1-3 271

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-888-895-0221

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 119500234. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** Tennessee Collection Service Agency License Number 439.This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243.

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 07/31/2022
Principal Balance: $58,101.00
Accrued Interest: $28,632.55
Other Fees: $2,767.09
Late Fees: $4,750.21
Payoff: $94,250.85

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- This account's current creditor is **RRA CP OPPORTUNITY TRUST 1**
- This account's original creditor is **Countrywide Financial Corp**

> **\*Partial Payment, Suspense Account Balance, and Suspense Applied:** Any partial payments that you make are not applied to your account, but instead are held in a separate suspense account for a period of 60 days. If you pay the remaining balance of a periodic payment, the funds will then be applied as a periodic payment. If insufficient or no funds are received after 60 days, the suspense funds will be applied to your account in accordance with the terms of the applicable security instrument and promissory note. However, if the applicable contract permits RTR to apply such funds first to interest, RTR will waive such right for the partial payment (but not waive the accrued interest) and will apply the funds first to the outstanding principal balance and then to interest and fees.

### Review Your Transaction Activity (06/29/2022 to 07/29/2022)

| Date | Description | Charges | Payments |
| --- | --- | --- | --- |
| 07/11/2022 | Late Charge Assess | $67.98 | N/A |
| 07/27/2022 | Legal Fees Disb | $85.00 | N/A |

### Finance Charge Calculation:

| Interest From Date | Number of Days | Daily Periodic Rate (DPR)* | Principal Balance | Interest Amount |
| --- | --- | --- | --- | --- |
| 06/30/2022 | 31 | 0.000226027 | $58,101.00 | $407.03 |

Interest Finance Charges: $407.03
*Periodic rate might vary*

### Delinquency Notice

**You are late on your account payments.** Failure to bring your account current may result in fees or other remedies reserved to lender under its security instrument if applicable. Your account became delinquent on 05/26/2016 and, as of 07/31/2022, you are 2,256 days delinquent on your account:

Recent Account History
Payment due 02/25/2022: Unpaid Balance Of $670.36
Payment due 03/25/2022: Unpaid Balance Of $637.39
Payment due 04/25/2022: Unpaid Balance Of $672.82
Payment due 05/25/2022: Unpaid Balance Of $667.25
Payment due 06/25/2022: Unpaid Balance Of $679.81
Payment due 07/25/2022: Unpaid Balance Of $693.82
Current Payment due 08/25/2022: Unpaid Balance Of $736.70

**Total Amount Due: $61,284.33.** You must pay this amount to bring your account contractually current.

### Payment Information

- **Check Processing** - When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- **Automatic Payments** - If you are currently set up on ACH, your payment will be processed on your next scheduled date.

### Payment Options

Pay Online: www.payrtr.com        Pay by phone: 1-888-895-0221        Pay by mail: Real Time Resolutions, Inc.
                                                                                                                            PO BOX 840923, DALLAS, TX 75284-0923

### Payoff Requests

Please note that the "Total Amount Due" on the first page of this statement represents all amounts owed on the account as of the Payment Due Date. The "Total Amount Due" is not the amount needed to pay off the account in full, as it does not include amounts that may come due in the future under your loan documentation. For Payoff requests, please contact us by phone 1-888-895-0221, or by mail P.O. Box 36655, Dallas, TX 75235-1655.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central | www.payrtr.com

2 of 2                                                                                                                    246   18830-STMT-2808

Exhibit 1-3 273

**Servicemembers Civil Relief Act (SCRA):**

Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under the SCRA and to receive instructions on how to invoke your rights, please contact 1-888-895-0221.

**Financial Hardship**

If you are experiencing difficulties making your payments, call us today at 1-888-895-0221 for your options.

If you are experiencing financial difficulty and would like counseling or assistance, you can contact: U.S. Department of Housing and Urban Development (HUD). For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-888-895-0221
Corporate Office Hours: Monday – Friday 8:30AM - 5:30PM Central | www.payrtr.com

247
Exhibit 1-3 274

# MONTHLY BILLING STATEMENT

*Payment Coupon*

**Real Time Resolutions, Inc.**
PO Box 35888
Dallas, TX 75235-0888
www.RealTimeResolutions.com

| | |
|---|---|
| Statement Date: | ▮▮▮▮▮/2013 |
| **Loan Number:** | ▮▮▮▮0162 |
| PAYMENT DUE DATE: | 9/25/2010 |
| Total Payment(s) Due: | $10,419.64 |
| Other Unpaid Fees/Charges: | $0.00 |
| Credit(s): | $0.00 |
| Unpaid Late Charges: | $974.34 |
| Unpaid NSF Fees: | $0.00 |
| TOTAL DUE: | $11,393.98 |

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA   WA 98188-3216

Indicate how you wish additional funds to be applied:
Apply $ _____ as _____

*Have an e-mail address?   Let us know!*

**As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

**Real Time Resolutions, Inc.**

PO Box 35888
Dallas, TX 75235-0888

Borrower:          GABRIEL MARQUEZ VARGAS

MORTGAGE LOAN STATEMENT
Retain This Portion For Your Records

| | |
|---|---|
| LOAN NUMBER | ▮▮▮▮▮▮0162 |
| Statement Date: | 2/28/2013 |
| Principal Balance | $59,761.05 |
| Current Interest Rate | 6.75 % |
| Suspense Balance | $0.00 |
| Monthly Payment | $342.60 |

*We now offer Western Union Quick collect, Phone Pay and Automatic Bank Draft options Call today for details*
**NEW! ONLINE PAYMENTS AT:   https://paynow7.speedpay.com/realtime/index.asp**

The principal balance is not the total amount required to pay your loan in full.   If you wish to pay your loan in full, please call for a payoff statement to be sent to you.   All balances and amounts due are as of the statement date.

### PAYMENT SUMMARY

| | | | |
|---|---|---|---|
| *Loan Number:* | **0123110162** | *Suspense Balance:* | $0.00 |
| *Last Payment Posted:* | | *Unpaid Late Charges:* | $974.34 |
| *Payment Due On:* | 9/25/2010 | *Unpaid NSF Fees:* | $0.00 |
| *Total Payments Due:* | $10,419.64 | *Total Amount Now Due:* | $11,393.98 |

Please note that the amounts above may not reflect ALL fees and late charges due.

IMPORTANT NOTICE REQUIRED BY LAW:    Federal law requires us to notify you that (a) Real Time Resolutions, Inc. is considered a debt collector, (b) this is an attempt to collect a debt and (c) any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this letter is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

Real Time Resolutions, Inc.                    P.O. Box 35888  Dallas, TX 75235          **248**

Exhibit 1-3 275

# MONTHLY BILLING STATEMENT

*Payment Coupon*

## Real Time Resolutions, Inc.

PO Box 35888
Dallas, TX 75235-0888
www.RealTimeResolutions.com

| | |
|---|---|
| Statement Date: | 2/5/2013 |
| **Loan Number:** | ████████62 |
| PAYMENT DUE DATE: | 9/25/2010 |
| Total Payment(s) Due: | $10,110.24 |
| Other Unpaid Fees/Charges: | $0.00 |
| Credit(s): | $0.00 |
| Unpaid Late Charges: | $940.18 |
| Unpaid NSF Fees: | $0.00 |
| TOTAL DUE: | $11,050.42 |

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA   WA 98188-3216

Indicate how you wish additional funds to be applied:
Apply $ _____ as _____

*Have an e-mail address?   Let us know!*

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## Real Time Resolutions, Inc.

PO Box 35888
Dallas, TX 75235-0888

Borrower:          GABRIEL MARQUEZ VARGAS

MORTGAGE LOAN STATEMENT
Retain This Portion For Your Records

| | |
|---|---|
| LOAN NUMBER | ██████ 162 |
| Statement Date: | 2/5/2013 |
| Principal Balance | $59,761.05 |
| Current Interest Rate | 6.75 % |
| Suspense Balance | $0.00 |
| Monthly Payment | $342.60 |

*We now offer Western Union Quick collect, Phone Pay and Automatic Bank Draft options Call today for details*
***NEW! ONLINE PAYMENTS AT:***   **https://paynow7.speedpay.com/realtime/index.asp**

The principal balance is not the total amount required to pay your loan in full.   If you wish to pay your loan in full, please call for a payoff statement to be sent to you.   All balances and amounts due are as of the statement date.

### PAYMENT SUMMARY

| | | | |
|---|---|---|---|
| *Loan Number:* | **0123110162** | *Suspense Balance:* | $0.00 |
| *Last Payment Posted:* | | *Unpaid Late Charges:* | $940.18 |
| *Payment Due On:* | 9/25/2010 | *Unpaid NSF Fees:* | $0.00 |
| *Total Payments Due:* | $10,110.24 | *Total Amount Now Due:* | $11,050.42 |

Please note that the amounts above may not reflect ALL fees and late charges due.

IMPORTANT NOTICE REQUIRED BY LAW:    Federal law requires us to notify you that (a) Real Time Resolutions, Inc. is considered a debt collector, (b) this is an attempt to collect a debt and (c) any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this letter is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

Real Time Resolutions, Inc.                    P.O. Box 35888   Dallas, TX 75235                    **249**

Exhibit 1-3 276

# *MONTHLY BILLING STATEMENT*

*Payment Coupon*

## Real Time Resolutions, Inc.
PO Box 35888
Dallas, TX 75235-0888
www.RealTimeResolutions.com

| | |
|---|---|
| Statement Date: | 1/8/2013 |
| **Loan Number:** | ████ 162 |
| PAYMENT DUE DATE: | 9/25/2010 |
| Total Payment(s) Due: | $9,767.72 |
| Other Unpaid Fees/Charges: | $0.00 |
| Credit(s): | $0.00 |
| Unpaid Late Charges: | $907.12 |
| Unpaid NSF Fees: | $0.00 |
| TOTAL DUE: | $10,674.84 |

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA   WA 98188-3216

Indicate how you wish additional funds to be applied:
Apply $ _____ as _____

*Have an e-mail address?   Let us know!*

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## Real Time Resolutions, Inc.

PO Box 35888
Dallas, TX 75235-0888

Borrower:          GABRIEL MARQUEZ VARGAS

MORTGAGE LOAN STATEMENT
Retain This Portion For Your Records

| | |
|---|---|
| LOAN NUMBER | ████ 0162 |
| Statement Date: | 1/8/2013 |
| Principal Balance | $59,761.05 |
| Current Interest Rate | 6.75 % |
| Suspense Balance | $0.00 |
| Monthly Payment | $342.60 |

*We now offer Western Union Quick collect, Phone Pay and Automatic Bank Draft options Call today for details*
***NEW! ONLINE PAYMENTS AT:***   **https://paynow7.speedpay.com/realtime/index.asp**

The principal balance is not the total amount required to pay your loan in full.   If you wish to pay your loan in full, please call for a payoff statement to be sent to you.   All balances and amounts due are as of the statement date.

### PAYMENT SUMMARY

| | | | |
|---|---|---|---|
| *Loan Number:* | **0123110162** | *Suspense Balance:* | $0.00 |
| *Last Payment Posted:* | | *Unpaid Late Charges:* | $907.12 |
| *Payment Due On:* | 9/25/2010 | *Unpaid NSF Fees:* | $0.00 |
| *Total Payments Due:* | $9,767.72 | *Total Amount Now Due:* | $10,674.84 |

Please note that the amounts above may not reflect ALL fees and late charges due.

IMPORTANT NOTICE REQUIRED BY LAW:    Federal law requires us to notify you that (a) Real Time Resolutions, Inc. is considered a debt collector, (b) this is an attempt to collect a debt and (c) any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this letter is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

Real Time Resolutions, Inc.          P.O. Box 35888  Dallas, TX 75235          **250**

Exhibit 1-3 277

Prepared by: CONNIE TOLAN
LOAN #: ██████0162

Date 12/07/2005

Name GABRIEL MARQUEZ VARGAS
Address 4611 S 164TH ST
City, State, Zip TUKWILA, WA 98188-3216

## Home Equity Line of Credit
## Initial Draw Acknowledgment

I have requested an initial draw to be disbursed from my line of credit at the time of closing.

I have requested an initial draw of $ 59,900.00

I acknowledge and understand that the initial draw amount includes any amounts that are used to pay off creditors and/or closing costs, and that the balance will be disbursed to me directly by the closing agent.

I acknowledge and understand that I am responsible for interest due on the full amount of the initial draw starting from the day of funding.

| 12-12-05 | Gabriel Marquez Vargas |
|---|---|
| Date | Borrower GABRIEL MARQUEZ VARGAS |
| Date | Borrower |
| Date | Borrower |
| Date | Borrower |

Exhibit 1-3 278

Prepared by: CONNIE TOLAN

# DEDUCTIONS FROM FUNDING CHECK

| | | |
|---|---|---|
| DATE: | 12/15/2005 | |
| NAME: | GABRIEL MARQUEZ VARGAS (ET AL) | |
| LOAN #: | ▮▮▮▮0162 | |
| LOAN TYPE: | HELOC — EQUITY | |
| LOAN AMOUNT: | $59,900.00 | |
| FHA MIP/VA FUNDING FEE: $ | | |

| | |
|---|---|
| BRANCH #: | 0000029 |
| FINANCE TYPE: | NON 1ST/EQUITY |
| ESCROW #: | 50755-JM |
| COMMITMENT #: | 9704 |
| LTV: | 100.00 % |
| INTEREST RATE: | 10.500 % |

**LOAN AMOUNT WITH MIP/FUNDING FEE INCLUDED: $**      59,900.00

New York Tax      0.00

Deductions From Check

| | | | | | |
|---|---|---|---|---|---|
| | Origination Income | 0.000 % | | | 0.00 |
| 801. | Origination Fee | | | | |
| 802. | Discount | 0.000 % | | | 0.00 |
| 803. | Appraisal (Invoice) 0.00 | | (Pend. Inv) 0.00 | | 0.00 |
| 804. | Credit Report (Invoice) 0.00 | | (Pend. Inv) 0.00 | | 0.00 |
| 805. | Inspection Fee | | | | 0.00 |
| 808. | Warehouse Fee | | | | 0.00 |
| | Processing Fee + Points in lieu | | | | 0.00 |
| 810. | Tax Service Fee | | | | 0.00 |
| 811. | Flood Check Fee | | | | 0.00 |
| 812. | VA Funding Fee/FHA One Time Mip | | | | 0.00 |
| 813. | Wire Transfer Fee | | | | 0.00 |
| 814. | Buydown Expense | | | | 0.00 |
| 901. | Interest: Days @ $ | | /Day | | 0.00 |
| 902. | Primary PMI Premium First Year | | | | 0.00 |
| | Hazard Insurance Premium (1st Yr) if CIS | | | | 0.00 |
| | Flood Insurance Premium (1st Yr) if CIS | | | | 0.00 |
| | CHL Payoff | | | | 0.00 |

**F I N A L**

| | | |
|---|---|---|
| Impounds | 0.00 | |
| Credits | -258.60 | |
| AR | 0.00 | |
| Total Deductions | -258.60 | -258.60 |

**NET AMOUNT OF FUNDING CHECK**     (Check #:     )   60,158.60

Check Payable to:     ALTA ESCROW INC.

FHA/VA/CONV
● Deductions From Funding Check
2C102-US (04/05)(d)





Prepared by: CONNIE TOLAN
DATE:
BORROWER:     GABRIEL MARQUEZ VARGAS  (ET AL)
CO-BORROWER:
LOAN #:       ███████ 0162
PROPERTY ADDRESS: 4611 S 164TH ST
                  TUKWILA, WA 98188-3216

## FOR AUDIT PURPOSES ONLY:

| DISCOUNT | | BRANCH INFORMATION | |
|---|---|---|---|
| ORIGINATION FEE | 0.000 | COMMIT/PROCESSING | 0.00 |
| POINTS IN LIEU OF FEES | 0.000 | WAREHOUSE (MISC.) | 0.00 |
| BASE POINTS | 0.000 | ORIGINATION | 0.00 |
| | | POINTS IN LIEU | 0.00 |
| TOTAL | 0.000 | | 0.00 |

## DEDUCTIONS FROM FUNDING CHECK CONTINUED

Taxes:        Not Impounded

| Name | Impound months | $Per Month | ParcelID | Payee Name | Impound Amount |
|---|---|---|---|---|---|
| Aggregate Analysis Adjustment | | | | | 0..00 |
| | | | | TOTAL IMPOUNDS/ESCROWS | 0..00 |

FHA/VA/CONV
● Deductions From Funding Check
2C102-US (04/05)                    PAGE 2

253

Exhibit 1-3 280

Prepared by: CONNIE TOLAN
DATE:
BORROWER:      GABRIEL MARQUEZ VARGAS (ET AL)
CO-BORROWER:
LOAN #:        ▮▮▮▮0162
PROPERTY ADDRESS: 4611 S 164TH ST
                 TUKWILA, WA 98188-3216

## DEDUCTIONS FROM FUNDING CHECK CONTINUED

| Credits | | -258.60 |
|---|---|---|
| Appraisal (Paid in advance) | 0.00 | |
| Credit Report (Paid in advance) | 0.00 | |
| Buydown Credit | 0.00 | |
| Coupon Credit | 0.00 | |
| MIP Credit (FHA Refi)/LPMI Credit | 0.00 | |
| Closing Costs to Title Company | 258.60 | |
| Interest Short Payment Credit | 0.00 | |
| AR | | 0.00 |
| () | | |

254

Exhibit 1-3 281

Prepared by: CONNIE TOLAN

PRINT DATE/TIME: 12/15/2005     4:31:16 PM
BORROWER:     GABRIEL MARQUEZ VARGAS
CO-BORROWER:
CASE #:
LOAN #:     ▓REDACTED▓0162
PROPERTY ADDRESS: 4611 S 164TH ST
                  TUKWILA, WA 98188-3216

## ADDENDUM TO DEDUCTIONS FROM CHECK

```
============================ Disbursement Activity =============================
     Payee/Due From Party        Check No    Amount     Transaction   Check    Transaction
                                                           Date        Date      Status
--------------------------------  ---------- ---------- ------------  --------  -----------
ALTA ESCROW INC.                  0000000001  60,158.60  12/15/2005   12/15/2005    OR
======================== Broker Fee Breakdown =================================
     Fee Description        Amt Charged Amt Prepaid Amt Due From Buyer  Amt Due From Seller Total Amt Due
--------------------------  ----------- ----------- ------------------  ------------------- -------------
                               0.00        0.00          0.00               0.00               0.00
                               0.00        0.00          0.00               0.00               0.00
                               0.00        0.00          0.00               0.00               0.00
                               0.00        0.00          0.00               0.00               0.00
                               0.00        0.00          0.00               0.00               0.00
                               0.00        0.00          0.00               0.00               0.00
                               0.00        0.00          0.00               0.00               0.00
                               0.00        0.00          0.00               0.00               0.00
                                                                                       -------------
                                                     Total Additional Fees: =$          0.00
Broker:
```


\* 2 3 9 9 1 \*


\* REDACTED 0 1 6 2 0 0 0 0 0 2 C 1 0 2 \*  **255**

Exhibit 1-3 282

See Attached Addendum     **PURCHASE**

## CLOSING INSTRUCTIONS

**YOUR CLOSER: If you have questions about these closing instructions, please contact our closing/funding department at (253)835-5667**

**THESE ARE**
**COUNTRYWIDE HOME LOANS, INC.**
**("Lender") CLOSING AND RECORDING INSTRUCTIONS TO YOU REGARDING THE LOAN FROM LENDER INDICATED BELOW (the "Loan"). THE LOAN MAY ONLY BE CLOSED IN STRICT COMPLIANCE WITH THE TERMS HEREIN. CONDUCTING THE CLOSING WILL BE DEEMED ACCEPTANCE OF THE TERMS HEREIN.**

**BEFORE COMPLETING THE CLOSING:** Make certain that borrower and required non-borrower signatures are obtained on the Notice of Right to Cancel, Truth in Lending Disclosure and other loan documents, as appropriate. As required by Federal Law, be sure that the "NOTICE OF RIGHT TO CANCEL" is properly completed by assuring correct dates and having any changed dates or other alterations on the Notice initialed by those signing the Notice. If there are multiple signers, who sign on different dates, provide each person, who has a right to cancel, with 2 copies of their own "NOTICE OF RIGHT TO CANCEL".

**PLEASE INSIST THAT YOUR ASSIGNED NOTARY REVIEW THE "WARNING REGARDING NOTICE OF RIGHT TO CANCEL" PAGE (2C3451US).** Errors in execution create funding delays and complaints from our customers.

- Closing Agent and Attorneys Fees Attachment of these instructions details fees for closing services provided by your office. If these amounts are incorrect, please notify Lender immediately and **do not** proceed with loan closing. Lender will hold you liable for any losses resulting from your failure to follow these and all other closing instructions.
- The final HUD-1 must be sent to Lender within 24 hours of loan disbursement.
- Closing agent must advise Lender immediately if any discrepancy is found on any of these documents, and must also refrain from releasing the documents or closing the loan until further written instructions are received from Lender.
- Closing agent is not authorized to change any terms of the documents provided for this closing or any terms of the loan transaction as reflected in these Closing Instructions and all attachments hereto unless written approval is obtained from Lender prior to making such changes.
- Title companies see Paragraph C. 10.

TO:    ALTA ESCROW INC.
     616 120TH AVE NE
     BELLEVUE, WA 98004
ATTN: JESSICA MARSHALL
PHONE #: (425)637-1745
CLOSERS FAX #: (425)637-1746
CLOSERS FILE #: 50755-JM
DATE: 12/07/2005
BORROWER (the "Borrower"): GABRIEL MARQUEZ VARGAS
CASE #:
PROPERTY ADDRESS (the "Property"): 4611 S 164TH ST, TUKWILA, WA 98188-3216

| | |
|---|---|
| SALES PRICE: | 299,500.00 |
| LOAN AMOUNT: | 59,900.00 |
| TERM (MOS.): | 300 |
| INTEREST RATE: | 10.500 |
| MONTHLY P&I: | N/A |
| LOAN TYPE: | HELOC – EQUITY |
| LIEN POSITION: | SECOND |
| FIRST PMT DATE: | 01/15/2006 |

BRANCH ADDRESS: 32001 32ND AVENUE SOUTH #110
     FEDERAL WAY, WA 98001

**Branch #: 0000029**

BRANCH PHONE #: (253)835-5667
BRANCH FAX #: (253)815-0701

FUNDING DATE: 12/16/2005

LOAN #: ▓▓▓▓0162

| | |
|---|---|
| ARM LOAN: | (x )Yes ( )No Home Equity Line of Credit |
| INDEX: | 7.000 |
| MARGIN: | 3.500 |
| LIFE CAP: | 18.000 |
| FLOOR CAP: | 0.000 |
| INT RATE CHG DATE: | 01/01/2006 |
| PMT CHG DATE: | 02/01/2006 |
| BUYDOWN LOAN: | ( ) Yes (x ) No |
| HIGH OUTSTANDING PRINCIPAL BALANCE: | |

**A. TIME LIMITATIONS.** The Loan must close on or before the earliest to occur of (1) 12/16/2005 , when the dates in the loan documents will no longer be valid, or (2) 01/05/2006 , when the interest rate lock expires. Notwithstanding the foregoing, if the Loan does not close within 72 hours of your receipt of our funds for this Loan (the "Funds"), you are instructed to return all "Documents" (as defined below), whether or not they are signed, and all of our Funds.

FHA/VA/CONV
● Closing Instructions
2C086-US (07/05)(d)

Page 1 of 10

Initials:

*23991*

REDACTED 0162000002C086*

**256**

Exhibit 1-3 283

**B. LOAN DOCUMENTS.** Enclosed herewith we are hereby delivering to you, to be held in trust and handled in accordance with the terms of these closing instructions, each of the following documents (which documents, shall be referred to collectively as the "Documents"):

## ENCLOSED ARE THE FOLLOWING DOCUMENTS:

| | | |
|---|---|---|
| WARNING RE: NTC OF RT TO CNCL | RESDNTL LN APPLICTN/URLA | HELOC-TITLE INST/INIT ACK |
| MERS HELOC - WA DEED OF TRUST | SCHEDULE OF REAL ESTATE OWNED | HELOC - IMPORTANT TERMS |
| MERS DISCLOSURE STATEMENT | BORROWERS CERT & AUTH | STMT OF BORR BENEFIT (REFI) |
| HELOC-WA AGREEMENT AND DISCLO | REQ FOR TRANSCRIPT OF TAX RTN (450 | TXPYR ID AND CERT REQST (W9) |
| HELOC - NTC OF RIGHT TO CANCEL | DOC CORRECTION/FEES DUE AGRMT. | HELOC-FNDNG/DISB. AUTH. AND CHKLST |
| HELOC - AGREE/BILLING RIGHTS | HAZARD INS RQMNTS | CLOSING AGENT DISCLO (CMD) |
| ONE & THE SAME NAME AFFIDAVIT | HELOC - BANK SIGNATURE CARD | AFFIL BA DISCLO STATEMENT |
| HELOC - NTC OF RIGHT TO CANCEL | HELOC - CLO PKG CVR LTR/INSTRU | APPRAISAL DISCLAIMER |
| WARNING RE: NTC OF RT TO CNCL | HELOC-BRWR ACK RE 2ND LIEN | EPS-PAY PLAN/26 APPLICATION |
| NTC OF APPROVAL & CLO CNDITNS | HELOC-CONFIRMATION AGREEMENT | |

**C. CONDITIONS TO CLOSE.** You shall not close the Loan or disburse our Funds, unless and until each and every one of the following conditions have been satisfied:

1. **Source of Title.** You must deliver to us prior to closing a source of title showing the name, date and recording information of the document that transferred title to the current record owner (the "Source of Title").

2. **No Other Sales, Transfers or Financing.** This Loan cannot be closed or funded without the prior written consent of our Chief Credit Officer at 4500 Park Granada, Calabasas, CA 91302-1613 (1) in conjunction with, or simultaneously with, any other sale, transfer or financing of the Property (i.e., double escrow, double closing, flip sale, pass through, equity skimming, etc.) except for a junior loan provided by or approved by Lender, (2) if the Source of Title shows a transfer of the Property during the six (6) months preceding the closing date, or (3) if any transfers of the Property or any interests therein, have occurred, or will occur, after the date and time of the Source of Title other than the transfer of the Property to the Borrower by the person(s) shown in the Source of Title as owning the Property.

3. **Purchase Transaction Requirements.** If the subject transaction is represented to be a purchase transaction, the Loan cannot be closed or funded by you if the Borrower has acquired or will acquire any interest in the Property prior to the scheduled closing of this Loan. If the Borrower has acquired or will acquire an interest in the Property prior to the scheduled closing of this Loan, you must call the Lender immediately.

4. **Refinance Transaction Requirements.** If the subject transaction is represented to be a refinance transaction, the Loan cannot be closed or funded by you if the Borrower has not acquired record title to the Property prior to the scheduled closing of this Loan. If the Borrower has not yet acquired record title to the Property prior to the scheduled closing of this Loan, you must call the Lender immediately. (Note, as provided in Section D below, it is your responsibility to get all pay-off demands, in writing only, and you must have lines of credits closed, not just paid to zero).

5. **Manufactured Home Transaction Requirements.** If the subject transaction involves the financing of a manufactured home, you must verify the home is permanently attached to the land and take all steps necessary to insure the lien on the land and the manufactured home is a real property lien and that it is legally classified and taxed as real property. Depending on where the property is located, such steps may include the surrender of the Certificate of Title, filing a UCC-1 Financing Statement; obtaining the Manufacturer's Statement of Origin, and filing an Affidavit of Affixation. You must provide proof of the elimination of the vehicle/chattel title to Lender. The legal description must contain the make, model, year, width, length and Vehicle Identification Number, the Manufacturer's Identification Number followed by the words "which, by intention of the parties, shall constitute a part of the realty and shall pass with it." Issue the **ALTA 7** or in Texas the T-31 endorsement and contact Lender immediately for further instructions.

6. **HUD-1 Settlement Statement.** You have prepared a HUD-1 (or HUD-1A as appropriate) Settlement Statement (the "Settlement Statement"). The Settlement Statement shows the party to whom each line item is to be disbursed. The fees and charges described below are fully and accurately shown on the Settlement Statement. Fees or charges paid outside of closing must be marked as such. The Settlement Statement has been sent to Lender and approved by Lender.

7. **Execution of Documents.**

(i) Borrower has executed, and acknowledged where required, each of the Documents required to be executed and acknowledged by Borrower.

(ii) You have examined the Documents and have determined that
    (1) all necessary signatures and notary acknowledgments are contained therein;
    (2) no pages or exhibits are missing therefrom; and
    (3) the legal description of the Property on the preliminary title report matches the legal description on the survey and all closing documents (e.g., the mortgage or deed of trust).

8. **Sufficient Funds to Close.** You have received from Borrower cash or other good funds sufficient to pay all amounts shown on the Settlement Statement as payable by Borrower. All third party contributions, if any, must be listed on the Settlement Statement, showing the amount and source of any funds being contributed on behalf of the Borrower or deposited with the Lender. You have also obtained a copy of the instrument (e.g., money order or cashier's check) by which Borrower made the earnest money deposit or downpayment. A copy of this instrument must be included with the closing documents when returned to Lender.

9. **Title Policy Commitment.** You have an unconditional commitment to issue a Lender's policy in favor of Lender, meeting all of the requirements set forth in Section D below.

257

Exhibit 1-3 284

**10. Closing Protection Letter.** If you are not the title insurance company issuing title insurance on this closing and we are sending you our Funds for this Loan, we must have a valid indemnification letter (Lender's Closing Protection Letter, Approved Attorney Letter or E and O Coverage and fidelity bond as required by Lender) on file from the title insurance company for you.

**11. Funds to Title Insurance Company.** If you are the title insurance company to be issuing title and we are sending you our Funds for this Loan, but a closing agent or escrow company is closing the Loan, you are not to disburse our Funds unless and until you confirm that the following instructions have been satisfied as indicated (your reliance upon the closing agent or escrow company for any of the following will not relieve you of your obligations hereunder for confirming satisfaction thereof):

(i) Time Limitations, Section A;

(ii) Conditions to Close, Sections C 1 through 4, inclusive (Source of Title, No Other Sales, Transfers or Financing, Purchase Transaction Requirements, and Refinance Transaction Requirements);

(iii) Conditions to Close, Section C 6 (Execution of Documents), for the Documents that you receive in connection with this Loan;

(iv) Conditions to Close Section C 8 (Title Policy Commitment);

(v) Any right of rescission in Conditions to Close Section C 13 has not been exercised;

(vi) Miscellaneous conditions to Close including Section C 16(x) Table Funded Loans and Concurrent Closings and (xi) (HOA Dues);

(vii) Requirements for Title Insurance, Section D; and

(viii) Closing the Loan, Section E 1, 2 and 4 (Recording Documents, Disbursing Funds and Returning Documents)

**12. Power of Attorney.** If a power of attorney is to be used, the actual document must be approved by Lender prior to closing. On VA Loans, an Alive & Well Statement is also required. Closing agent must assure that all documents signed under a power of attorney are executed properly and in accordance with applicable state law requirements.

**13. Charges and Fees.** The charges and fees disclosed on the Lender Fee Deductions and Closing Agent and Attorneys Fees attachments to these Instructions, must be charged to the Borrower as indicated. OTHER THAN TITLE INSURANCE RELATED FEES, **NO OTHER CHARGES OR FEES MAY BE CHARGED, NOR MAY ANY CHARGES OR FEES BE CHANGED, WITHOUT THE PRIOR WRITTEN CONSENT OF LENDER.**

**14. Rescission. Strict compliance with this Section is required.**

[X] THIS LOAN IS SUBJECT TO RESCISSION. DOCUMENTS MUST BE SIGNED ON OR BEFORE 12/30/2005. REFER TO "WARNING TO ESCROW" FOR FURTHER INSTRUCTIONS.

**The Notice of Right to Cancel ("NORTC") form is signature and date sensitive.** You must ensure that the dates on the NORTC form are accurately completed as described in the attached <u>WARNING REGARDING NOTICE OF RIGHT TO CANCEL</u> instructions document.

(i) Each person with a right to rescind (see section ii) **must be given the following documents at the time of closing for** them to retain:

1. TWO copies of the NORTC
2. ONE copy of the TIL.

HELOC loans: The TIL is contained in the Credit Agreement.

(ii) BEFORE COMPLETING THE CLOSING, the following persons must sign the Security Instrument, the NORTC, and the Truth in Lending Disclosure Statement ("TIL"):

(i) all persons on title

(ii) Borrower; and

(iii) if state law requires, the non-borrower spouse of Borrower.

HELOC loans: Borrower must sign the Credit Agreement, but MUST NOT sign the Non-Borrower Acknowledgement. All other persons on title and the non-borrowing spouse must sign the Non-Borrower Acknowledgment.

(iii) Each person who signs must date the NORTC in his or her own handwriting.

(iv) At the end of the 3-day rescission period, Settlement Agent must contact each person who signed a NORTC to confirm that no person has rescinded the loan.

(v) Disbursement of Funds: The Loan may not close and the Funds may not be disbursed to the Borrowers or anyone else until the first day after the date shown in the Notice of Right to Cancel as the last day for the Borrowers to rescind the Loan ("Midnight Date" in the "How to Cancel" box). In no event shall the funds be disbursed earlier than the fourth business day after all Borrowers have signed the Notice of Right to Cancel and the Documents as defined above, and only then if the Borrowers have not rescinded the Loan. Verbal authorization must be received from the Lender to close the loan.

(vi) If the loan is rescinded, Settlement Agent must notify Lender immediately. If the loan is not rescinded, Settlement Agent must contact Lender for PRIOR FUNDING APPROVAL.

**15. Delivery of Documents.** All of the following documents (as marked) must be delivered to Lender at least 48 hours prior to funding (no exception) for escrow closings, and within 24 hours after closing (no exception) for all other closings at the address for the Branch indicated in the top right hand corner of the first page of these Instructions:

(X) 1. All original Documents and copies of legal documents (1 copy for Conventional Loans & 2 copies for Government Loans), each copy certified to be a "True Copy of the Signed Original" with the Notary acknowledgement section completed in its entirety on each applicable document.

Initials:

258

Exhibit 1-3 285

( ) 2.   Termite Standard Inspection Report & Completion (VA: Veteran must sign)

( ) 3.   (Purchase) Original Hazard Policy & Paid Receipt (unless written by CIS)

( ) 4.   (Refi) Evidence of Paid Insurance & Endorsement showing our Loan number.

( ) 5.   Original Flood Policy/NFIP executed application and proof of payment/Executed NFIP "Certification of Purchase of Flood Insurance" (unless written by CIS)

( ) 6.   Certified copy of Escrow Instructions & any amendments.

(X) 7.   Title Commitment with the policy to follow in 30 days complying with the requirements stated herein. A copy of all restrictions mentioned in the commitment must be attached. For exemptions to these requirements see Page 6, Section D, item # 9.

( ) 8.   Tax & assessment searches including account numbers

( ) 9.   Judgement & maiden name searches

( ) 10.  Survey acceptable to Title Company to issue clear title (Original+1), include flood evaluation.

( ) 11.  Specific Power of Attorney (our form must be used, unless an alternative form is specifically preapproved for this closing by Lender)

(X) 12.  Final HUD-1 and all demands (See E.3 for delivery instructions).

16. **Cash Back to Borrower; No Cash Out Loans, Return of excess funds from closed/funded loans.** If the Lender approved Settlement Statement provides for cash back to the Borrower, such funds shall be delivered to Borrower only. If the loan is a conventional rate and term refinance, funds to the Borrower cannot exceed the lesser of 2% of the new principal loan amount of the loan, or $2,000. If the loan is a "No Cash Out" refinance, no funds may be disbursed directly to the Borrower. If the loan is a conventional rate and term refinance, funds in excess of the lesser of 2% of the new principal amount of the loan or $2,000, in a "No Cash Out" refinance, shall be returned to Lender with the closing package.

HELOCS ONLY: After this loan closes, you are instructed to return excess funds to:

Bank of America, San Francisco, CA
ABA 121000358
Account# ▨▨▨▨4980
HELOC - ▨▨▨▨0162 (Return Draw)
Attn: HELOC Servicing Department

17. **Miscellaneous.**
(i)   **FHA LOAN - HUD Instructions;** (N/A Refinances and Assumptions). The Borrowers in this FHA-insured transaction must, from their own funds, make the required earnest money deposit, pay closing costs and make the required down payment required by FHA, unless otherwise explained below. In order to assist in assuring that the Borrowers in this transaction have met their financial obligations, you are to have executed the certifications contained on the form enclosed herewith by both the Borrower and seller. You also are to execute and date the certification as indicated. Your executed certification notes receipt of the other certifications. You should make these certifications an addendum to the Settlement Statement and provide copies to all parties receiving copies of such statement. If you have actual knowledge that the source of such funds is other than from the Borrower (except as described below) you are not to disburse any loan proceeds and must immediately notify Lender at the above phone number. You may only proceed with the closing upon receipt of written instructions from the Lender. The HUD-1 (or HUD-1A) must be completed to show the amount and source of any funds being contributed on behalf of the Borrower or deposited with the Lender.

(ii)  **Survey.** If a short form title policy is issued, a survey is required only in New Mexico, Ohio, Florida and Texas (if no survey within past 10 years). If a standard long form ALTA policy is issued, a survey is required if common to your area. Survey must be current and legal description, lot size and street must agree with the appraisal and closing documents. All Agency waivers must be furnished to us prior to closing.

(iii) **Hazard Insurance.** You must confirm that the Borrower has obtained insurance coverage which is at least fire and extended coverage with a "special form" coverage endorsement, i.e., fire only – DP1 or DF1, homeowners policy – HO1 (as opposed to "Broad" form - H02 - except in Texas). The insurance must not limit or exclude from coverage (in whole or in part) windstorm, hurricane, hail damages, or any other perils that are normally included under an extended coverage endorsement. The amount of insurance coverage must at least equal the lesser of (1) 100% of the insurable value of the Improvements as established by the property insurer; or (2) the unpaid balance of the mortgage, with a replacement cost endorsement to compensate for the full amount of damage or loss to Improvements. **You are not to request insurance (iii) coverage in any specific amount.** The insurer must be licensed to transact insurance in the jurisdiction where the dwelling is located, and must also meet at least one of the following criteria: (1) be rated "B" or better or have a minimum Financial Performance Index of "6" as reported in **Best's Insurance Reports;** (2) be rated "A" or better in Demotech, Inc.'s Hazard Insurance Financial Stability Ratings; or (3) be rated BBB or better or have a BBB qualified solvency ratio in Standard & Poor's **Insurer Solvency Review,** or have an "Aaisi" rating as reported in Standard & Poor's **International Confidential Rating Service.** If the insurer is not admitted in the jurisdiction where the dwelling is located, it must have an A.M. Best's rating of "A" or better as reported in **Best's Insurance Reports** or a rating of "AA" or better as reported in Standard & Poor's **Insurer Solvency Review.** Coverage underwritten by a state's FAIR Plan or through state insurance plans is acceptable if such insurance is the only insurance available to the borrower. An insurer that does not otherwise meet the requirements of this paragraph can qualify as an acceptable insurer if it is covered by reinsurance with a company that meets either of the A.M. Best's or Standard & Poor's ratings set forth in this Section 3, provided that the reinsurance agreement contains a "cut-through" endorsement that provides for the reinsurer to become immediately liable for 100% of any covered loss payable but unpaid by reason of the insolvency of the primary insurer. Policy must extend for a term of not less than 1 year, pre-paid, for purchase transactions and a minimum remaining term of three months on a refinance. The name of the insured must

259

Exhibit 1-3 286

appear exactly as the Property is vested at the time of closing. The loss payee clause must read:
COUNTRYWIDE HOME LOANS, INC.
"and/or its assigns as their interest may appear (A.T.I.M.A.)." Mail to: MSN-SV22, P.O Box 10212, Van Nuys, CA 91410-0212. If mail is being forwarded by means of overnight mail, use the following address: 400 Countrywide Way-MSN-SV22, Simi Valley, CA 93065.

(iv) **Flood Insurance.** Flood insurance is required for all properties located in a Special Flood Hazard Area Zone A or V. The amount of coverage must be equal to the lesser of (1) the minimum amount required, under the terms of the coverage, to compensate for any damage or loss on a replacement cost basis (or the unpaid principal balance of the loan if replacement cost coverage is not available for this type of dwelling; or, (2) the maximum insurance available under the appropriate NFIP.

(v) **Repair & Termite Clearance.** All repairs required by either the appraisal and/or Termite Report must be completed prior to closing (except for FHA Section 203(K) and Construction to permanent Financing Program loans). NOTE: Appraisal and Termite Report occasionally requires repairs and/or certifications from other licensed contractors i.e. roofing, plumbing, electrical, etc. All such requirements must be satisfied. A final inspection report certifying completion of any repairs on the appraisal or termite report is required prior to closing. On VA loans the following certification must appear on the termite report, signed by the veteran: "I hereby certify that I have received a copy of the termite report and completion, if applicable, and all work completed, if any, was completed to my satisfaction and at no cost to me" (not applicable for HELOCs).

(vi) **Radon Tests.** If the Borrower's purchase contract requires that a radon test be performed, Lender must be supplied with a copy of the results prior to closing. We may also require radon tests and reports on any property that is located in a high risk area, which requirement will be listed in the Additional Funding Conditions included herewith, if any (nor applicable for HELOCs).

(vii) **Builders Warranty.** Required on all new construction and all houses less than one year old.

(viii) **Clear Countersigned Final Inspection Report and Certificate of Occupancy.** All on-site & off-site improvements must be completed unless an authorized escrow has been approved. A Certificate of Occupancy (or similar type local government approval, as available) must be obtained if the Property is new construction, if the Property is less than one year old at the time of closing, or if required on the Additional Funding Conditions.

(ix) **Well & Septic Certifications.** If the Property has well or septic tanks you MUST have received clear certifications issued prior to closing.

(x) **Table Funded Loans and Concurrent Closings.** Regardless of whether or not the Lender is the named lender on the Loan, if Lender's Funds are being used to fund the Loan, then all the terms and conditions in these Instructions must be satisfied prior to your release of Lender's Funds for any purpose.

(xi) **HOA Dues.** Any and all home owners association dues must be paid current at the time of closing.

(xii) **Knowledge of Property Condition.** If you are aware of any recent changes to the condition of the subject property, including fire, flood, regional disaster, or other damage, do not close the loan without informing Lender and obtaining Lender's consent to close.

18. **Additional Funding Conditions.**    [X]  See Additional Funding Conditions attached hereto.

D. **REQUIREMENTS FOR TITLE INSURANCE**

1. **Form of Policy.** The policy (the "Policy") must be a standard long form ALTA Lender's Policy; provided however that a Short Form ALTA Lender's Policy is requested when the title company is one of the following approved companies: American Title Insurance Company; Attorneys Title Insurance; Chicago Title Insurance; Commonwealth Land Title; First American Title Insurance Company; Lawyers Title Corporation; Lincoln Title; Old Republic National Title Insurance Company; Preferred Title & Guaranty Agency; Security Title Guaranty Corporation of Baltimore; Stewart Title; Transamerica Title Insurance Company; TRW Title Insurance Company. Certificates of title insurance are accepted from: American Title Insurance Company, Commonwealth Land Title, First American Title Company of Minnesota, Investors Title Insurance Company, Old Republic National Title Insurance Company and Preferred Title; all others require a Title Insurance Policy.

2. **Name of Insured.** The Insured on the Policy must read:
COUNTRYWIDE HOME LOANS, INC.
Immediately followed by "and/or its assigns, as their interest may appear."

3. **Loan Number.** The Lender's loan number must appear on the Policy.

4. **Amount of Policy.** The Policy liability amount must be the full amount of the Loan amount except that, for loans with negative amortization, the Policy liability amount must equal HOPB (refer to Additional Funding Conditions).

5. **Lien Position, Permitted Exceptions and Subordinations.**

(i) **Lien Position.** Our mortgage or deed of trust, as applicable, must be a valid first lien on the Property, excluding taxes which are a lien not yet due or payable and the Permitted Exceptions (defined below), all other prior liens and junior liens must be extinguished and not merely subordinated, (except as provided in (iii) below); provided however that if the Loan is indicated by Lender as a junior loan, it must be a valid second lien, with no prior or junior liens except taxes which are a lien not yet due or payable and the Permitted Exceptions.

FHA/VA/CONV
● Closing Instructions
2C086-US (07/05)                    Page 5 of 10                    Initials:

260

Exhibit 1-3 287

(ii) **Permitted Exceptions.** The following exceptions shown on title report number 901197783 are the only exceptions, except for our mortgage or deed of trust, that are approved for inclusion in the Policy: (the "Permitted Exceptions"). All bonds, assessments, taxes, HOA dues (if applicable) and parking tickets (New York only) that are liens on the Property must be satisfied or paid current prior to closing. All taxes becoming delinquent within 60 days of closing must be paid at closing. You must close any prior lines of credit and obtain confirmation the account is closed, not just pay the outstanding balance. No secondary financing is allowed except for loans from or approved by Lender ("secondary financing" means any junior loans made in conjunction with, simultaneously with or immediately after the Loan, whether or not shown on the Policy). It is your responsibility to obtain any and all payoff statements and all lien releases in writing necessary in connection with liens being extinguished.

(iii) **Subordinations.** If Lender does consent to accept an existing lien to be subordinated to the Loan, such consent must be in writing, and such subordination agreement must be requested and obtained by you prior to closing and must be on a form acceptable to Lender. The subordination agreement must be recorded as specified in paragraph E.

6. **Endorsements.** The following endorsements must be included with the Policy: 100 (only if the policy does not include all of the comprehensive coverage), 116, 7 (if applicable), 8.1 and (or their equivalent). In the case of an FHA Section 203(k) or Construction to permanent Financing Program Mortgage, an LP10 Package with ALTA Rewrite is required. If new foundations will be constructed, a Foundation Endorsement will also be required. Additionally, for the Construction to permanent Financing Program Mortgage, a Creditor's Rights Endorsement is required.

7. **Restrictions.** If restrictions are shown on record, and listed herein as acceptable to Lender, the following language must appear in the policy regarding each such restriction: "Restrictions are not violated as of the date of this policy and any future violation will not result in forfeiture or reversion of title."

8. **Unacceptable Title Insurers.** The following companies are unacceptable and may not be used to insure our loans: Charter Title Ltd. and Industrial Valley Title Insurance Company.

9. **HELOC and Fixed Rate Second Loans.** Title policies meeting the above requirements are required for Home Equity Lines of Credit ("HELOCs") and Non-Conforming Fixed Rate Second Loans ("NCFRS"), if there is a change in vesting, it is a leasehold property, it is a HELOC in first lien position, or the HELOC line or NCFRS initial balance is greater than $100,000. For HELOCs or NCFRSs under and equal to $100,000, that are not otherwise one of the loans listed in the preceding sentence, we require a title search only delivered to the branch and approved by the branch prior to closing. For all conforming second loans, title policies are required and must meet the above requirements.

**E. CLOSING THE LOAN.** If and only if all of the above conditions have been satisfied, then you are to close the Loan in the following order:

1. Cause the deed transferring title to the Borrower (if a purchase) and Lender's mortgage or deed of trust and subordination agreement, as applicable, to be recorded in the official Records of the county in which the Property is located, in exactly the above order.

2. Disburse the Funds in strict compliance with the Settlement Statement.

3. Deliver the final Settlement Statement within 24 hours to:
COUNTRYWIDE HOME LOANS, INC.

32001 32ND AVENUE SOUTH #110
FEDERAL WAY, WA 98001

4. Deliver the Documents to Lender not already delivered to Lender in accordance with C.(14) to the address for the Branch indicated on the first page of these instructions:

5. File Form 1099B with the IRS on all Real Estate transactions, in compliance with the 1986 Tax Reform Act.

6. In escrow states, deliver the Title Policy, within 30 days of closing to:
COUNTRYWIDE HOME LOANS, INC.
1800 Tapo Canyon, MSN SV79
Simi Valley, CA 93063-6712

7. Provide the borrowers with a copy of the closing documents for the borrower to retain.

**F. RETURN OF FUNDS UPON FAILURE TO CLOSE.** If this Loan does not close and you are instructed to return the Funds, Funds must be wired to:
The Bank of New York
48 Wall Street
New York, NY
ABA #021000018
Countrywide Home Loans
Acct# ██████5224
Reference: 123110162
Attn: Treasury Department

**THESE INSTRUCTIONS CANNOT BE CHANGED, MODIFIED OR WAIVED EXCEPT IN WRITING BY LENDER (AND OUR CHIEF CREDIT OFFICER FOR MATTERS IN SECTION C.2)**

Initials:

261

Exhibit 1-3 288

## CLOSING AGENT AND ATTORNEY FEES

The dollar amounts specified for the fees listed below are based on information provided by your office for closing services to be performed by your company. If a "0" appears on the line, you have indicated the fee will not be charged.

| | | |
|---|---|---|
| Closing/escrow fee | $ | 217.60 |
| Attorney/settlement agent | $ | 0.00 |
| Loan tie-in fee | $ | 0.00 |
| Sub Escrow or Sub Title fee | $ | 0.00 |
| Closing agent Courier fee | $ | 0.00 |

If these amounts are incorrect, you may not close this Loan unless and until you obtain from Lender a new Truth in Lending statement that shows the correct fees.

LENDER FEE DEDUCTIONS

Subject to our satisfactory review, we will issue funds for final funding on the following basis. All Fees specified below will be deducted from our funds. Fees must be charged as indicated only.

In states where check is received prior to funding, deposit of the check PRIOR TO AUTHORIZATION FROM THIS OFFICE will cause you to be deleted from our Approved Closing Agent List.

| | Total Cost of Fee | Fees Prepaid | POC by | BORROWER | SELLER |
|---|---|---|---|---|---|
| Discount Points ( 0.000 %) + $ | $ 0.00 $ | | $ | 0.00 $ | 0.00 |
| Origination Fee ( 0.000 %) | 0.00 | | | 0.00 | 0.00 |
| Processing Fee | 0.00 | | | 0.00 | 0.00 |
| To LENDER | | | | | |
| Appraisal Fee | 0.00 | 0.00 | | 0.00 | 0.00 |
| To | | | | | |
| Credit Report Fee | 0.00 | 0.00 | | 0.00 | 0.00 |
| To | | | | | |
| Flood Check Fee To LANDSAFE FLOOD | 0.00 | | | 0.00 | 0.00 |
| Tax Service Fee To Countrywide Tax Service | 0.00 | | | 0.00 | 0.00 |
| Hazard Insurance Premium (CAI) | 0.00 | | | 0.00 | 0.00 |
| Flood Insurance Premium (CAI) | 0.00 | | | 0.00 | 0.00 |
| PMI Premium To | 0.00 | | | 0.00 | 0.00 |
| VA Funding Fee | 0.00 | | | 0.00 | 0.00 |
| FHA (OTMIP) | 0.00 | | | 0.00 | 0.00 |
| Re-Inspection Fee | 0.00 | | | 0.00 | 0.00 |
| Wire Transfer Fee | 0.00 | | | 0.00 | 0.00 |
| Title Co. Fee (If no cost Refi) | 0.00 | | | 0.00 | 0.00 |
| Warehouse Fee | 0.00 | | | 0.00 | 0.00 |
| Buydown Expense | 0.00 | | | 0.00 | 0.00 |
| Coupon Credit | 0.00 | | | 0.00 | 0.00 |
| Document Preparation Fee | 0.00 | | | 0.00 | 0.00 |
| To LENDER | | | | | |

$

PC - Paid by Lender Outside of Closing. PB - Paid by Borrower Outside of Closing
Pre-paid Credits - see addendum                    ($ 0.00)

Lender Credit towards Closing Costs
**TOTAL DEDUCTIONS**          $    0.00  $    0.00  $    0.00 $    0.00 *

* FHA THE LOAN AMOUNT WAS BASED ON THE BORROWER PAYING ALLOWABLE CLOSING COSTS OF $ 0.00 (EXCLUDING PREPAID ESCROW & INTEREST). IN THE EVENT THE BORROWER'S ACTUAL CLOSING COSTS ARE LESS, WE MUST BE NOTIFIED TO RE-CALCULATE THE LOAN AMOUNT.

FHA/VA/CONV
● Closing Instructions
2C086-US (07/05)                    Page 7 of 10                    Initials

262

Exhibit 1-3 289

|  | Total Cost of Fee | Fees Prepaid | POC by | BORROWER | SELLER |
|---|---|---|---|---|---|
|  | $ | $ |  | $ | $ |

**BROKER DEDUCTIONS** $     $     $     $

$

IMPOUNDS/ESCROWS:    Escrow/Impound amounts shown may exceed the current actual amounts to assure sufficient funds for anticipated future increases.

Taxes:

| Name | Impound months | $Per Month | ParcelID | Payee Name | Impound Amount |
|---|---|---|---|---|---|
| Aggregate Analysis Adjustment |  |  |  |  | 0.00 |
|  |  |  | TOTAL IMPOUNDS/ESCROWS |  | 0.00 |

Initials:

263

Exhibit 1-3 290

**PER DIEM INTEREST**

Per diem interest from disbursement through and including the last day of the month:

Per diem interest from    12/16/2005    through and including last day of month:

(          days @ $          )

Early first payment - 1st of month following disbursement: Borrower received a per diem interest credit from the 1st day of the disbursement month through the day prior to funding.

Please acknowledge the attached copy and return to our office along with the Documents.
I certify that this Loan has been closed in accordance with these Closing Instructions.

_____    _Marshall_    12/9/05
Closing Agent                                 Date

● Closing Instructions
2C086-US (07/05)                  Page 9 of 10                        Initials: _____

264

Exhibit 1-3 291

Prepared by: CONNIE TOLAN

PRINT DATE/TIME: 12/07/2005     5:45:54 PM
BORROWER:     GABRIEL MARQUEZ VARGAS
CO-BORROWER:
CASE #:
LOAN #:      ███████162
PROPERTY ADDRESS: 4611 S 164TH ST
                  TUKWILA, WA 98188-3216

## ADDENDUM TO CLOSING INSTRUCTIONS

```
============================== Broker Fee Breakdown ==================================
    Fee Description        Amt Charged  Amt Prepaid  Amt Due From Buyer  Amt Due From Seller  Total Amt Due
-----------------------    -----------  -----------  ------------------  -------------------  -------------
                              0.00         0.00            0.00                0.00               0.00
                              0.00         0.00            0.00                0.00               0.00
                              0.00         0.00            0.00                0.00               0.00
                              0.00         0.00            0.00               ,0.00               0.00
                              0.00         0.00            0.00                0.00               0.00
                              0.00         0.00            0.00                0.00               0.00
                              0.00         0.00            0.00                0.00               0.00
                              0.00         0.00            0.00                0.00               0.00
                                                                                               -----------
                                                     Total Additional Fees: =$     0.00
Broker:
============================================================================================================
Additional Enclosed Document(s), Continued from Page 2:
EDS-PAY PLAN/26 APPLICATION
Final decision is contingent upon the satisfaction of the following conditions:
Condition Code   Condition Desc/Comments
================   ======================

Additional Conditions (Continued from Page 1):
SEE UNDERWRITING CONDITIONS
```



*23991*



*REDACTED 0 1 6 2 0 0 0 0 0 2 C 0 8 6 *

265

Exhibit 1-3 292



**REAL TIME**
R E S O L U T I O N S

11/07/2012

RL01

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188

Your new **REAL TIME RESOLUTIONS, INC.** Loan Number: ████████0162
    Property: 4611 S 164TH ST
            TUKWILA  WA  98188

RE:  **Mortgage Collection, Processing, and Reporting Transfer Notification**

| | |
|---|---|
| Balance: | $ 59,761.05 |
| Payoff as of: 11/06/2012 | $ 69,795.53 |

Dear GABRIEL MARQUEZ VARGAS :

You are hereby notified that the collection duties associated with your mortgage loan, that is the right to collect payments from you, is being transferred from Countrywide Home Loans (BofA) to **REAL TIME RESOLUTIONS, INC.** effective 11/06/2012. This transfer of collection rights associated with your mortgage loan does not affect any terms or conditions of your mortgage instruments, other than the terms directly related to the collection of your payments. The creditor of your loan remains THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-I.

Please be aware that if you are currently in or have been discharged in bankruptcy, this letter is not an attempt to collect a debt. Moreover, in the event you are in or have been discharged in bankruptcy, this letter is not an attempt to foreclose on the real estate lien which still may encumber your home. This correspondence is solely for informational purposes and is intended to provide you with notification of the above referred transfer of collection, processing, and reporting duties. Due to your bankruptcy, you will not receive monthly billing statements unless we receive a written request from you.

Real Time Resolutions, Inc. specializes in the recovery and rehabilitation of secured and unsecured debts. Real Time offers a staff of highly trained professionals dedicated to the successful restructure and repayment of consumer debt and understands that circumstances arise that may cause our customers financial difficulty. We offer a variety of programs that may assist in resolving overwhelming debt. Depending on your personal and financial situation, you may qualify for one of the relief measures listed below. Even if you don't feel one pertains to you, call us so we can discuss your situation and your options.

Refinance - Short Sale - Modification - Forbearance - Settlement

If you would like to contact us at any time about your loan, you may direct your inquires to us at the toll free number of 1-855-TRY-RTR-1 (855-879-7871) between the hours of 8:30 a.m. to 5:30 p.m., Central Standard Time, Monday through Friday. If you would like to correspond with us by e-mail, please e-mail us at **customerservice@rtresolutions.com.**

1349 Empire Central Dr, Suite 150, Dallas, TX 75247-4029
Main 877-469-7325 • Toll Free Customer Service 1-855-TRY-RTR-1 (855-879-7871)
Hours of Operation: Mon - Fri 8:30am - 5:30pm Central • www.RealTimeResolutions.com

**266**

Exhibit 1-3 293



# REAL TIME
# R E S O L U T I O N S

11/07/2012

RL01                                        **Loan Number:**    REDACTED 162

Effective 11/06/2012, Countrywide Home Loans (BofA) will not accept payments, correspondence, or calls from you about your loan. Such payments, correspondence or calls will only be accepted and processed by **REAL TIME RESOLUTIONS, INC.**  After 11/06/2012, your mortgage payments and correspondence should be directed to the following address:

Correspondence                          Payments
REAL TIME RESOLUTIONS, INC.             REAL TIME RESOLUTIONS, INC.
P.O. Box 36655                              Attn:   Payment Processing
Dallas, Texas · 75235-1655              P.O. Box 35888
                                        Dallas, Texas   75235-0888

If you are currently making your mortgage payment through pre-authorized draft with   Countrywide Home Loans (BofA), please be advised that after 11/06/2012 that service will be CANCELLED.

Mortgage Accidental Death, Life, Disability,   or Optional insurance will NOT remain a part of your monthly payment, AND you will need to make arrangements to pay the premium for these services directly to the insurer to prevent cancellation.

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605): During the 60-day period following the effective date of a transfer of loan servicing, a loan payment received by your previous servicer before its due date may not be treated by your new servicer a late and a late fee may not be imposed upon you. Section 6 of RESPA (12 U.S.C.) gives you certain consumer rights. If you send a "Qualified Written Request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 business days of receipt of your request. A Qualified Written Request is written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, that includes your name, account number and a statement of reasons for your belief that the account is in error or provides sufficient detail regarding other information sought by you. A "business day" is a day on which the business entity is open to the public for carrying on substantially all of its business functions. No later that 60 business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with written clarification regarding any dispute. During the 60-business-day period, your servicer may not provide any information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents. All Qualified Written Requests must be mailed to:

REAL TIME RESOLUTIONS, INC.
Attn:   Qualified Written Requests
P.O. Box 35888
Dallas, Texas   75235-0888

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that section. You should seek legal advice if you believe your rights have been violated.

1349 Empire Central Dr, Suite 150, Dallas, TX 75247-4029
Main 877-469-7325 ● Toll Free Customer Service 1-855-TRY-RTR-1 (855-879-7871)
Hours of Operation:  Mon - Fri 8:30am - 5:30pm Central ● www.RealTimeResolutions.com

**267**

Exhibit 1-3 294



**REAL TIME**
R E S O L U T I O N S
11/07/2012

RL01         **Loan Number:**  ▇▇▇▇ 0162

If you are not in bankruptcy, or have not been previously discharged in bankruptcy, you will soon receive monthly billing statements from us. In the unlikely event that you do not receive a monthly billing statement, you should write your loan number, referenced above, on your check and mail it to us at the address referenced previously.

The following notices are required by the Fair Debt Collection Practices Act, and are primarily applicable to customers who are not in or have not been discharged in a bankruptcy:

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days of receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

REAL TIME RESOLUTIONS, INC.
Toll Free: 1-855-TRY-RTR-1 (855-879-7871)

1349 Empire Central Dr, Suite 150, Dallas, TX 75247-4029
Main 877-469-7325 • Toll Free Customer Service 1-855-TRY-RTR-1 (855-879-7871)

**268**

Hours of Operation: Mon - Fri 8:30am - 5:30pm Central • www.RealTimeResolutions.com

Exhibit 1-3 295

C3_1678_PSGSRL01 15019 04/24/2012

**Bank of America**

Home Loans

P.O. Box 5170
SIMI VALLEY, CA 93062-5170

Send Correspondence to:
P.O. Box 5170
Simi Valley, CA 93062-5170

Business Address:
450 American Street
Simi Valley, CA 93065-6285

**Notice Date:** October 12, 2012

**Loan No.:** ▓▓▓▓ 162

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA, WA 98188

**Property Address:**
4611 S 164th St
Tukwila, WA 98188

---

### IMPORTANT MESSAGE ABOUT YOUR HOME LOAN

Dear GABRIEL MARQUEZ VARGAS,

We are writing to inform you that your home equity line of credit noted above will be transferred to a new servicer for the handling of all loan servicing needs such as billing, payment processing, and customer support. **Beginning November 01, 2012, your new servicer will be Real Time Resolutions, Inc..** The enclosed notice outlines the important dates and contact information you will need for the transition to your new servicer.

Please be assured that this transfer does not affect any other terms or conditions of your home equity line of credit, only those terms related to the servicing of the loan. This servicing transfer only applies to the loan noted above. Other home loan accounts you may have with us will not be affected by this change unless you are specifically notified.

### WHAT THIS MEANS FOR YOU

**Your loan number and payment information will change**
- ò Through October 31, 2012, you will continue to make your monthly payment as usual. After this date, you should destroy your Bank of America home equity line of credit checks and any Visa® access cards associated with your account as they will no longer be accepted.
- ò Real Time Resolutions, Inc. will begin accepting payments on November 01, 2012. Around this date, please look for further information from Real Time Resolutions, Inc., including your new loan number. Information about account access options (such as new home equity account checks) will also be available from your new servicer.
- ò If you have a payment due before you receive a billing statement from Real Time Resolutions, Inc., write your new loan number on your check and mail it to the payment address shown on the enclosed notice. (Until you receive a new loan number, you may write your old loan number on the check.)
- ò Any automatic payments set up with us through the PayPlan programs will be discontinued as of October 31, 2012. Please look for instructions from Real Time Resolutions, Inc. or contact them on or after November 01, 2012 to determine what payment options they may offer.
- ò If you make payments through Bank of America Online Banking or any online banking or bill payment service, you will need to update your loan number and payee information for Real Time Resolutions, Inc. on or after November 01, 2012.

**Your loan account access will no longer be available through Bank of America**
- ò You will no longer be able to make your payment at a Bank of America banking center on the home loan being transferred. In addition, your home loan information will not be available through Bank of America Online Banking.

If you have any questions or need assistance prior to November 01, 2012, please call Bank of America, N.A., toll-free at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time.

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

**Additional important information**

ò  If your payments include any **optional products or insurance** such as accidental death, home warranty, identity theft, unemployment insurance, etc., please read the enclosed notice carefully.

ò  For **customers currently participating in or being considered for a loan modification program,** we will transfer any supporting documentation you may have submitted to us to Real Time Resolutions, Inc.. You should continue to make your payments to Bank of America, N.A. through October 31, 2012. On or after November 01, 2012, your payments should be made to Real Time Resolutions, Inc. unless you are provided additional direction. All information regarding **other foreclosure avoidance programs** (e.g., forbearance, short sale, refinance or deed in lieu of foreclosure) will also be forwarded to Real Time Resolutions, Inc. for processing. If your loan was awaiting a decision regarding qualification for these programs, that decision will now be made by Real Time Resolutions, Inc.. Please be advised that this transfer may extend the time needed for a final decision on pending modification or other foreclosure prevention program requests.

**THANK YOU**

Beginning November 01, 2012, Real Time Resolutions, Inc. can assist you with any questions related to your loan and the transfer of servicing. Real Time Resolutions, Inc.'s Customer Service can be reached toll-free at 1-877-469-7325, 8:30 AM to 5:30 PM, Central Standard Time, Monday through Friday.

Thank you for your business. We appreciate the opportunity to have served your home loan needs.

Home Loan Team
Bank of America, N.A.

This communication is from Bank of America, N.A., the servicer of your home loan.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have received a discharge of the debt referenced above, this notice is for informational purposes only and is not an attempt to collect a debt or demand a payment.

270
Exhibit 1-3 297

Loan No.: ████ 0162                                          Notice Date: October 12, 2012

**NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS**

You are hereby notified that the servicing of your home equity line of credit, that is, the right to collect payments from you, will be assigned, sold or transferred from **Bank of America, N.A.** to **Real Time Resolutions, Inc.**, effective November 25, 2012.

The assignment, sale or transfer of the servicing of your home equity line of credit does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan.

**YOUR SERVICER PRIOR TO NOVEMBER 01, 2012:**

Your *present servicer* is **Bank of America, N.A.**. If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. - 7p.m. Local Time. This is a toll-free number.

**YOUR NEW SERVICER ON AND AFTER NOVEMBER 01, 2012:**

Your *new servicer* will be **Real Time Resolutions, Inc.**. The business address for **Real Time Resolutions, Inc.** is: 1750 Regal Row Dr, Ste 120 Dallas TX 75235.

Toll-free Number
The toll-free telephone number of **Real Time Resolutions, Inc.** is 1-877-469-7325. If you have any questions relating to the transfer of servicing to your new servicer, please call **Real Time Resolutions, Inc.** Customer Service toll-free at 1-877-469-7325, 8:30 AM to 5:30 PM, Central Standard Time, Monday through Friday.

Address for Correspondence (other than payments)
The address to send written correspondence to **Real Time Resolutions, Inc.** (other than payments) is: Real Time Resolutions, Inc., Customer Service P.O. Box 36655 Dallas TX 75235.

Address for Mailed Payments
The address to send payments to **Real Time Resolutions, Inc.** is:
Real Time Resolutions, Inc.: Payment Processing, P.O. Box 35888 Dallas TX 75235. Please include your loan number on all checks, cashier's checks and other payments sent to **Real Time Resolutions, Inc.**.

**INFORMATION CONCERNING YOUR LOAN PAYMENTS:**

The date that **Bank of America, N.A.** will stop accepting payments from you is October 31, 2012.

The date that your *new servicer* **Real Time Resolutions, Inc.** will start accepting payments from you is November 01, 2012. Send all payments due on or after that date to your *new servicer*.

Your loan file is being transferred to your new servicer. The initial information provided to Real Time Resolutions, Inc. follows:

| | |
|---|---|
| Principal Balance: | $59,761.05 |
| Current Interest Rate: | 6.750% |
| Next Payment Due: | 09/25/2010 |

**INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:**

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage will be cancelled.

You should take the following action to maintain coverage: Coverage will be cancelled. To see if it is possible to maintain coverage, you will need to contact your *new servicer* to discuss coverage options. You may also contact your insurance provider to find out if other billing options can be arranged.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved. Some products may not be available in all states. This is not a commitment to lend. Restrictions apply.

Exhibit 1-3 298

**Bank of America**
**Home Loans**

P. O. Box 941633
Simi Valley, CA 93094-1633

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA     WA 98188-3216

**Account No.:** ███ 0162

## IMPORTANT MESSAGE ABOUT YOUR LOAN

Effective July 1, 2011, the servicing of home loans by our subsidiary- BAC Home Loans Servicing, LP, transfers to its parent company- Bank of America, N.A. Based upon our records as of July 6 , 2011, the home loan account noted above is affected by this servicing transfer. The information contained in this communication does not change or affect any other communications you may have received or will receive regarding this servicing transfer.

## IMPORTANT ADDITIONAL INFORMATION

Under the federal Fair Debt Collections Practices Act and certain state laws, Bank of America, N.A. is considered a debt collector. As a result, we are sending you the enclosed Fair Debt Collection Practices Act Notice containing important information about your loan and your rights under applicable federal and state law.

If an attorney represents you in connection with your Bank of America home loan, please provide your attorney a copy of this letter and the enclosed legal notice.

## THANK YOU

We appreciate the opportunity to serve your home loan needs. If you have any questions or need assistance regarding this servicing transfer, please call us at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.

Please Note: This letter is being sent to the address and borrower(s) listed above. If there are other borrowers on this account who receive mail at a different address than above, please share this information with them.

**Bank of America, N.A. is required by law to inform you that this communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Notwithstanding the foregoing, if you are currently in a bankruptcy proceeding or have received a discharge of the debt referenced above, this notice is for informational purposes only and is not an attempt to collect a debt. If you are represented by an attorney, please provide this notice to your attorney.**

Bank of America, N.A. Member FDIC. Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

**272**

Fair Debt Collections Practices Act and State Law Notice

The servicing of your home loan was transferred to Bank of America, N.A., effective July 1, 2011. Bank of America, N.A. is required by law to advise you of the following:

(1.) Under the federal Fair Debt Collections Practices Act and certain state laws, Bank of America, N.A. is considered a debt collector. Bank of America, N.A. must provide certain information to you in order to make sure you are informed when a communication is related to a debt. The purpose of this letter is therefore to provide you with information required by law, including the amount of the debt.

(2.) Debt Validation Notice:

a)  The amount of the debt: As of July 6 , 2011, you owe $63,824.14. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Therefore, if you pay the amount shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you or your agent before accepting the payment for collection. For further information, write to the address provided below or call 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.
b)  The name of the creditor to whom the debt is owed: CW HOME EQUITY (CWHEQ 2005-I) *Please note that unless Bank of America, N.A. is listed in 2(b) as the creditor of your loan, Bank of America, N.A. does not own your loan and only services your loan on behalf of your creditor, subject to the requirements and guidelines of your creditor.*
c)  Unless you, within thirty (30) days after receipt of this letter, dispute the validity of the debt or any portion of the debt, Bank of America, N.A. will assume the debt to be valid.
d)  If you notify Bank of America, N.A. in writing, at the address provided below within the thirty (30) day period, that the debt, or any portion thereof, is disputed, Bank of America, N.A. will obtain verification of the debt and mail it to you.
e)  Upon your written request within the thirty (30) day period, Bank of America, N.A. will provide you with the name and address of the original creditor if it is different from the current creditor.

Bank of America, N.A.
Customer Service, CA6-919-01-41
Attention: DVN
P.O. Box 1140
Simi Valley, CA  93062-1140

If you have any questions regarding this notification, please call Bank of America, N.A. Customer Service at 1.877.488.7812 between 8 a.m. and 9 p.m. Eastern, Monday through Friday.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector attempting to collect a debt, and any information obtained will be used for that purpose. Notwithstanding the foregoing, if you are currently in a bankruptcy proceeding or have received a discharge of the home loan debt referenced above, this statement is being furnished for informational purposes only. It should not be construed as an attempt to collect against you personally, Bank of America, N.A. will take no steps to collect from you personally or against the property securing this loan while the bankruptcy's automatic stay remains in effect. In the future, you may receive a discharge in bankruptcy. Under those circumstances, by operation of law, Bank of America, N.A. will retain the ability to enforce its rights against the property securing this loan should there be a default under the terms of your loan documents. If you are represented by an attorney, please provide this notice to your attorney.

SEE REVERSE SIDE

Bank of America, N.A.  Member FDIC.  Bank of America, N.A. is an Equal Housing Lender.
©2011 Bank of America Corporation.  Trademarks are the property of Bank of America Corporation.  All rights reserved.

**274**

Exhibit 1-3 301

Notice to Colorado Residents: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADMAIN.CFM

Notice to California Residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.



# PRIVACY NOTICE

07/11/2018
GABRIEL MARQUEZ VARGAS
RTR File Number: ███ 0162

Please be aware that this Privacy Notice is revised as of June 2017.

| FACTS | WHAT DOES REAL TIME RESOLUTIONS, INC.("RTR") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security Number<br>• Account balances, account activity, and payment history<br>• Credit history and credit score<br>When you are *no longer* our customer, we continue to protect and/or share your information as described in this notice. |
| How | All financial companies need to share customers' personal information to run their everyday business. In the next section, we list the reasons financial companies can share their customers' personal information, the reasons Real Time Resolutions, Inc. chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Does RTR share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | No | We don't share |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | No | We don't share |
| For our affiliates' everyday business purposes – information about your creditworthiness | No | We don't share |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | No | We don't share |

| To limit our sharing | • Call us toll free at 1-877-469-7325 or<br>• Visit us online: www.realtimeresolutions.com/privacy-policy/<br><br>Please note:<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. We continue to share and/or protect your information (as described in this notice) even when you are *no longer* our customer.<br>However, you can contact us at any time to limit our sharing. |
|---|---|

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com



Dept. 107565
PO Box 1259
Oaks, PA 19456

Return Mail Only - No Correspondence

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216

276 132091-70024-2509

Exhibit 1-3 303


**REAL TIME RESOLUTIONS.**

07/11/2018

| | Call 1-877-469-7325 or go to www.realtimeresolutions.com/privacy-policy/ |
|---|---|

| Who is providing this notice? | Real Time Resolutions, Inc. |
|---|---|

| How does Real Time Resolutions, Inc. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
|---|---|
| How does Real Time Resolutions, Inc. collect my personal information? | We collect your personal information, for example, when you:<br>• Have your account transferred to Real Time Resolutions, Inc.<br>• Pay your bills<br>• Give us your contact information<br>• Discuss your account with us<br>We also collect your personal information from others, such as credit bureaus or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to only limit:<br>• Sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |

**Vermont Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.

**California Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com

**277**
Exhibit 1-3 304



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

‖‖‖‖ ‖‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ ‖‖

10/08/2017

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216
‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Regarding RTR File Number:  ▓▓▓▓▓0162
In Reference to Property:    4611 S 164TH ST
                             TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS,

Real Time Resolutions, Inc. ("RTR") is servicing a delinquent mortgage with respect to the above-referenced property. However, if you have received a discharge in bankruptcy, you have no personal obligation to make payments toward this delinquency. Please note that RTR retains a lien on the property.

RTR understands our customers may encounter financial difficulty from time to time, and is here to help you get back on track. If you need assistance, the below repayment options may be available to you (most are subject to lender approval).

Possible Account Repayment Options:
- *Temporary Repayment Plan* (for up to 6 months)
- *Resolution Option* - Resolve your balance for less than you owe.
- *Short Sale* - If you are not able to afford your mortgage, you may qualify to sell your home and use the proceeds to pay off or resolve this account.
- *Refinance your loan with another lender*

Call us today at 1-877-599-7334 to learn more about these options and for instructions on how to apply. We are available Monday - Thursday 7:00am - 9:00pm, Friday 7:00am - 6:00pm Central.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at 800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Please note that, for some of the above options, you may be required to send in financial information.

**Please see the back of this page for more important information concerning your rights.**

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-599-7334
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

1 of 2

**278**_121057-EINT-9_

Exhibit 1-3 305

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflection on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 80 Garden Center, Building B Ste. 3, Broomfield, CO 80020; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-599-7334

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 10/08/2017
Principal Balance: $59,761.05
Accrued Interest: $29,503.98
Other Fees: $0.00
Late Fees: $3,558.98
Payoff: $92,824.01

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**



10/08/2017

RTR File Number: ▓▓▓▓ 0162

<u>RTR's Contact Information:</u>
- Dedicated Phone Number: 1-877-599-7334
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-599-6357
- Email Address: rs@rtresolutions.com
- Website: www.payrtr.com

Thank you,

Real Time Resolutions, Inc.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-599-7334
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

2 of 2

280
121057-EINT-10

Exhibit 1-3 307



## PRIVACY NOTICE

07-17-2017
GABRIEL MARQUEZ VARGAS
RTR File Number: ▓▓▓▓ 0162

Please be aware that this Privacy Notice is revised as of June 2017.

| FACTS | WHAT DOES REAL TIME RESOLUTIONS, INC.("RTR") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security Number<br>• Account balances, account activity, and payment history<br>• Credit history and credit score<br>When you are *no longer* our customer, we continue to protect and/or share your information as described in this notice. |
| How | All financial companies need to share customers' personal information to run their everyday business. In the next section, we list the reasons financial companies can share their customers' personal information, the reasons Real Time Resolutions, Inc. chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Does RTR share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | No | We don't share |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | No | We don't share |
| For our affiliates' everyday business purposes – information about your creditworthiness | No | We don't share |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | No | We don't share |

| To limit our sharing | • Call us toll free at 1-877-599-7334 or<br>• Visit us online: www.realtimeresolutions.com/privacy-policy/<br><br>Please note:<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. We continue to share and/or protect your information (as described in this notice) even when you are *no longer* our customer.<br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 1-877-599-7334 or go to www.realtimeresolutions.com/privacy-policy/ |

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-599-7334
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

||||||| || |||||||||| ||| |||||| ||||||| ||| |||||

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216
||....|..|....||..|.|..|..||..|..|..||.||....||..||.|.||

1 of 1

281 132091-70024-1589

Exhibit 1-3 308



**REAL TIME RESOLUTIONS.**

07-17-2017

| Who we are | |
|---|---|
| Who is providing this notice? | Real Time Resolutions, Inc. |

| What we do | |
|---|---|
| How does Real Time Resolutions, Inc. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Real Time Resolutions, Inc. collect my personal information? | We collect your personal information, for example, when you:<br>• Have your account transferred to Real Time Resolutions, Inc.<br>• Pay your bills<br>• Give us your contact information<br>• Discuss your account with us<br>We also collect your personal information from others, such as credit bureaus or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to only limit:<br>• Sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |

| Other important information | |
|---|---|

**Vermont Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.

**California Residents:** We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-599-7334
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com

**282**
Exhibit 1-3 309



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence



Customer Service: 1-877-599-7334
www.payrtr.com

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216

**RTR File Number:** ████████0162
Date: 04-11-2017

Dear Customer,

Real Time Resolutions, Inc.'s ("RTR") recent records show that the above referenced account is delinquent and outstanding payments are due on the mortgage regarding the property located at 4611 S 164TH ST , TUKWILA, WA 98188. We understand certain circumstances arise that may cause our customers financial difficulty, and we are here to help you get back on track. If you need assistance, the below repayment options may be available to you (most are subject to lender approval). Call us today at 1-877-599-7334 to learn more about these options and for instructions on how to apply. We are available Monday - Thursday 7:00am - 9:00pm, Friday 7:00am - 6:00pm Central.

Possible Account Options:
- *Temporary Repayment Plan* (for up to 6 months)
- *Resolution Option* - Resolve your balance for less than you owe.
- *Short Sale* - If you are not able to continue to afford your mortgage, you may qualify to sell your home and use the proceeds to pay off or resolve this account.
- *Refinance your loan with another lender*

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 800-569-4287.

Please note that, for some of the above options, you may be required to send in financial information.

**Please see the back of this page for more important information concerning your rights.**

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-599-7334
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com

1 of 2

**283** 121057-EINT-17

Exhibit 1-3 310

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflection on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 80 Garden Center, Building B Ste. 3, Broomfield, CO 80020; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-599-7334

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 04-11-2017
Principal Balance: $59,761.05
Accrued Interest: $27,250.53
Other Fees: $0.00
Late Fees: $3,204.55
Payoff: $90,216.13

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**



**REAL TIME**
**R E S O L U T I O N S.**

04-11-2017
RTR File Number: ▓REDACTED▓ 162

RTR's Contact Information:
- Dedicated Phone Number: 1-877-599-7334
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-599-6357
- Email Address: rs@RTResolutions.com
- Website: www.payrtr.com

Thank you,
Real Time Resolutions, Inc.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-599-7334
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com

2 of 2

**285**121057-EINT-18

Exhibit 1-3 312



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

04/06/2018

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216

**Original Creditor:** Countrywide Financial Corp
**Original Account Ending:** 0162
**Balance Due:** $44,260.95

Regarding RTR File Number: ████████ 0162
In Reference to Property: 4611 S 164TH ST
TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS,

This is a legally required notice. Please read this letter carefully. Real Time Resolutions, Inc. ("RTR") is servicing a delinquent mortgage with respect to the above-referenced property. However, if you have received a discharge of the note in bankruptcy, you have no personal obligation to make payments toward this delinquency, but a lien on the property may still exist. RTR's documentation shows that a lien associated with this account remains on the property. If you have reason to believe that this is not true, please contact RTR so that we can update our records.

RTR wants to notify you of possible ways to avoid losing your home. We may have a right to invoke foreclosure based on the terms of the security instrument encumbering your property. The following options may be available to you (most are subject to approval by the owner or servicer of the debt secured by the lien).

Possible Account Repayment Options:
- *Payment Plan* - Bring account secured by the lien current
- *Lien Release Option* - Resolve the lien for less than the amount it secures
- *Short Sale* - Sell your home and use the proceeds to resolve the account secured by the lien

Call us today at 1-855-881-1170 to learn more about these options and for instructions on how to apply. We are available Monday - Thursday 7:00am - 9:00pm, Friday 7:00am - 6:00pm Central. Please note that, for some of the above options, you may be required to send in financial information.

**Please see the back of this page for more important information concerning your rights.**

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-855-881-1170
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

1 of 2

286
121057-EINT-23

Exhibit 1-3 313

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflection on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 80 Garden Center, Building B Ste. 3, Broomfield, CO 80020; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-855-881-1170

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 04/06/2018
Principal Balance: $59,761.05
Accrued Interest: $31,817.29
Other Fees: $0.00
Late Fees: $3,618.98
Payoff: $95,197.32

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**

**287**
Exhibit 1-3 314



**REAL TIME**
**R E S O L U T I O N S.**

04/06/2018
RTR File Number: ▆▆▆▆ 162

<u>RTR's Contact Information:</u>
- Dedicated Phone Number: 1-855-881-1170
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-452-0532
- Email Address: rs@rtresolutions.com
- Website: www.payrtr.com

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at 800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Thank you,

Real Time Resolutions, Inc.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-855-881-1170

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-855-881-1170
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

2 of 2

**288**121057-EINT-24

Exhibit 1-3 315



**REAL TIME**
**RESOLUTIONS.**

Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

10/03/2018

**Original Creditor:** Countrywide Financial Corp
**Original Account Ending:** 0162
**Balance Due:** $48,804.18

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216
‖ı‖ı‖ı‖ıı‖‖ı‖ı‖ıı‖ıı‖ı‖ıı‖‖‖ıı‖ıı‖ı‖ı‖‖

Regarding RTR File Number: ▨▨▨▨▨0162
In Reference to Property: 4611 S 164TH ST
TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS,

This is a legally required notice. Please read this letter carefully. Real Time Resolutions, Inc. ("RTR") is servicing a delinquent mortgage with respect to the above-referenced property. However, if you have received a discharge of the note in bankruptcy, you have no personal obligation to make payments toward this delinquency, but a lien on the property may still exist. RTR's documentation shows that a lien associated with this account remains on the property. If you have reason to believe that this is not true, please contact RTR so that we can update our records.

RTR wants to notify you of possible ways to avoid losing your home. We may have a right to invoke foreclosure based on the terms of the security instrument encumbering your property. The following options may be available to you (most are subject to approval by the owner or servicer of the debt secured by the lien).

Possible Account Repayment Options:
- *Payment Plan* - Bring account secured by the lien current
- *Lien Release Option* - Resolve the lien for less than the amount it secures
- *Short Sale* - Sell your home and use the proceeds to resolve the account secured by the lien

Call us today at 1-877-469-7325 to learn more about these options and for instructions on how to apply. We are available Monday - Thursday 7:00am - 9:00pm, Friday 7:00am - 6:00pm Central. Please note that, for some of the above options, you may be required to send in financial information.

This account's current creditor is RRA CP OPPORTUNITY TRUST 1.

**Please see the back of this page for more important information concerning your rights.**

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

289
121057-EINT-19

Exhibit 1-3 316

## THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflection on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 80 Garden Center, Building B Ste. 3, Broomfield, CO 80020; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 10/03/2018
Principal Balance: $59,761.05
Accrued Interest: $34,282.30
Other Fees: $0.00
Late Fees: $3,678.98
Payoff: $97,722.33

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**



**REAL TIME RESOLUTIONS.**

10/03/2018
RTR File Number: ▓▓▓▓ 0162

<u>RTR's Contact Information:</u>
- Dedicated Phone Number: 1-877-469-7325
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-452-0532
- Email Address: rs@rtresolutions.com
- Website: www.payrtr.com

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at 800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Thank you,

Real Time Resolutions, Inc.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-877-469-7325

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

2 of 2

**291** 121057-EINT-20

Exhibit 1-3 318



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence



Customer Service: 1-855-879-7871
www.RealTimeResolutions.com

121057 - 14

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216

**Account Number:** REDACTED0162
Date: 04-16-2016

Dear Customer,

Real Time Resolutions, Inc.'s ("RTR") recent records show that the above referenced account is delinquent and outstanding payments are due on the mortgage regarding the property located at 4611 S 164TH ST , TUKWILA, WA 98188. We understand certain circumstances arise that may cause our customers financial difficulty, and we are here to help you get back on track. If you need assistance, the below repayment options may be available to you (most are subject to lender approval). Call us today at 1-855-879-7871 to learn more about these options and for instructions on how to apply. We are available Mon - Thu 7:00am - 9:00pm, Fri 7:00am - 6:00pm, Sat 10:00am - 2:00pm Central.

Possible Account Options:
- *Temporary Repayment Plan* (for up to 6 months)
- *Settlement Plan*
- *Short Sale* - If you are not able to continue to afford your mortgage, you may qualify to sell your home and use the proceeds to pay off or settle this account.
- *Refinance your loan with another lender*

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 800-569-4287.

Please note that, for some of the above options, you may be required to send in financial information.

**Please see the back of this page for more important information concerning your rights.**

IMPORTANT NOTICE REQUIRED BY LAW: Federal law requires us to notify you that (a) Real Time Resolutions, Inc. is considered a debt collector, (b) this is an attempt to collect a debt and (c) any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this letter is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Main 1-877-469-7325 * Facsimile 1-214-599-6357
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.RealTimeResolutions.com

1 of 2

292 121057-EINT-27

Exhibit 1-3 319

**The following notices apply to the residents of the following states, as noted. This list is not a complete list of rights consumers may have under state and federal law.**

## CALIFORNIA RESIDENTS:
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## COLORADO RESIDENTS:
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Real Time Resolutions, Inc. Colorado office location: 80 Garden Center, Building B Ste. 3, Broomfield, CO 80020; Phone (303) 920-4763.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR

## MINNESOTA RESIDENTS:
This collection agency is licensed by the Minnesota Department of Commerce.

## NEW YORK CITY RESIDENTS:
New York City Department of Consumer Affairs, license number 1077970.

## TENNESSEE RESIDENTS:
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

## TEXAS RESIDENTS:
COMPLIANTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMA, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

## NORTH CAROLINA RESIDENTS:
North Carolina Department of Insurance, permit number 3545.
North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at 316 W. Edenton St., Raleigh, NC 27603, (919)733-3016, or by visiting http://www.nccob.org.

## WISCONSIN RESIDENTS:
This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

This Account's Current Creditor is THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-I

## ALL U.S. RESIDENTS:
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.



04-16-2016
Account Number: ████ 0162

RTR's Contact Information:
- Dedicated Phone Number: 1-855-879-7871
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-599-6357
- Email Address: repsupport@RTResolutions.com
- Website: www.RealTimeResolutions.com


Thank you,
Real Time Resolutions, Inc.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Main 1-877-469-7325 * Facsimile 1-214-599-6357
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.RealTimeResolutions.com

2 of 2

**294**121057-EINT-28

Exhibit 1-3 321



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

04/01/2019

**Original Creditor:** Countrywide Financial Corp
**Original Account Ending:** 0162
**Balance Due:** $53,838.76

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

Regarding RTR File Number:      ▓REDACTED▓0162
In Reference to Property:       4611 S 164TH ST
                                TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS,

This is a legally required notice. Please read this letter carefully. Real Time Resolutions, Inc. ("RTR") is servicing a delinquent mortgage with respect to the above-referenced property. However, if you have received a discharge of the note in bankruptcy, you have no personal obligation to make payments toward this delinquency, but a lien on the property may still exist. RTR's documentation shows that a lien associated with this account remains on the property. If you have reason to believe that this is not true, please contact RTR so that we can update our records.

RTR wants to notify you of possible ways to avoid losing your home. We may have a right to invoke foreclosure based on the terms of the security instrument encumbering your property. The following options may be available to you (most are subject to approval by the owner or servicer of the debt secured by the lien).

Possible Account Repayment Options:
- *Payment Plan* - Bring account secured by the lien current
- *Lien Release Option* - Resolve the lien for less than the amount it secures
- *Short Sale* - Sell your home and use the proceeds to resolve the account secured by the lien

Call us today at 1-877-469-7325 to learn more about these options and for instructions on how to apply. We are available Monday - Thursday 7:00am - 9:00pm, Friday 7:00am - 6:00pm Central.  Please note that, for some of the above options, you may be required to send in financial information.

This account's current creditor is RRA CP OPPORTUNITY TRUST 1.

**Please see the back of this page for more important information concerning your rights.**

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

**295**121067-EINT-17

Exhibit 1-3 322

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflection on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 80 Garden Center, Building B Ste. 3, Broomfield, CO 80020; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 04/01/2019
Principal Balance: $59,761.05
Accrued Interest: $36,892.45
Other Fees: $0.00
Late Fees: $4,139.93
Payoff: $100,793.43

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**



04/01/2019
RTR File Number: ▮▮▮▮▮▮ 162

<u>RTR's Contact Information:</u>
- Dedicated Phone Number: 1-877-469-7325
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-452-0532
- Email Address: rs@rtresolutions.com
- Website: www.payrtr.com

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at 800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Thank you,

Real Time Resolutions, Inc.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-877-469-7325

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

2 of 2

297121057-EINT-18

Exhibit 1-3 324



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

**REAL TIME**
*RESOLUTIONS.*

10/05/2018

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216

RE: **Opportunity to Lower Your Payment**

RTR File Number:
█████ 0162

Property Address:
4611 S 164TH ST
TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS:

We're reaching out to a **select group** of Real Time Resolutions customers with a special opportunity. You may qualify to:

- **Lower Your Interest Rate**
- **Lower Your Monthly Payment**
- **Consolidate Debts**
- **Shorten the Term of Your Loan**
- **Combine a first and second mortgage into one payment**

With **interest rates at near historic lows** and many **government loan programs available**, now is a great time to take advantage of this opportunity. Many economists are predicting the Federal Reserve will raise interest rates later this year. Don't miss out on today's low rates. **Call 1-877-599-7334 for details.** We are available to assist you Monday - Thursday 7:00am - 9:00pm, Friday 7:00am - 6:00pm Central.

We look forward to hearing from you!
Sincerely,
Real Time Resolutions, Inc.

This account's Current Creditor is RRA CP OPPORTUNITY TRUST 1.
This account's Original Creditor is Countrywide Financial Corp.

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-599-7334
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com

298
121057-30018-3643

Exhibit 1-3 325

## THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflection on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 80 Garden Center, Building B Ste. 3, Broomfield, CO 80020; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-599-7334

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 10/05/2018
Principal Balance: $59,761.05
Accrued Interest: $34,310.14
Other Fees: $0.00
Late Fees: $3,678.98
Payoff: $97,750.17

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

- **This account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This account's Original Creditor is Countrywide Financial Corp**

Exhibit 1-3 326



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

**REAL TIME RESOLUTIONS.**
Customer Service: 1-855-879-7871
www.RealTimeResolutions.com

121057 - 19

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216

**Account Number:** ▓▓▓▓▓▓0162
Date: 10-19-2015

Dear Customer,

Real Time Resolutions, Inc.'s ("RTR") recent records show that the above referenced account is delinquent and outstanding payments are due on the mortgage regarding the property located at 4611 S 164TH ST , TUKWILA, WA 98188. We understand certain circumstances arise that may cause our customers financial difficulty, and we are here to help you get back on track. If you need assistance, the below repayment options may be available to you (most are subject to lender approval). Call us today at 1-855-879-7871 to learn more about these options and for instructions on how to apply. We are available Mon - Thu 7:00am – 9:00pm, Fri 7:00am – 6:00pm, Sat 10:00am – 2:00pm Central.

Possible Account Options:
- *Temporary Repayment Plan* (for up to 6 months)
- *Settlement Plan*
- *Short Sale* - If you are not able to continue to afford your mortgage, you may qualify to sell your home and use the proceeds to pay off or settle this account.
- *Refinance your loan with another lender*

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 800-569-4287.

Please note that, for some of the above options, you may be required to send in financial information.

**Please see the back of this page for more important information concerning your rights.**

IMPORTANT NOTICE REQUIRED BY LAW: Federal law requires us to notify you that (a) Real Time Resolutions, Inc. is considered a debt collector, (b) this is an attempt to collect a debt and (c) any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this letter is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Main 1-877-469-7325 * Facsimile 1-214-599-6357
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.RealTimeResolutions.com

300 121057-EINT-37

Exhibit 1-3 327

**The following notices apply to the residents of the following states, as noted. This list is not a complete list of rights consumers may have under state and federal law.**

**CALIFORNIA RESIDENTS:**
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:**
A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Real Time Resolutions, Inc. Colorado office location: Building B, 80 Garden Center, Ste 3, Broomfield, CO 80020; Phone (303) 920-4763.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca

**MINNESOTA RESIDENTS:**
This collection agency is licensed by the Minnesota Department of Commerce.

**NEW YORK CITY RESIDENTS:**
New York City Department of Consumer Affairs, license number 1077970.

**TENNESSEE RESIDENTS:**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**MAINE RESIDENTS:**
Corporate Hours of operation: Monday - Friday 8:30am - 5:30pm Central.

**NORTH CAROLINA RESIDENTS:**
North Carolina Department of Insurance, permit number 3545.

North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at 316 W. Edenton St., Raleigh, NC 27603, (919)733-3016, or by visiting http://www.nccob.org.

**WISCONSIN RESIDENTS:**
This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

Exhibit 1-3 328



**REAL TIME**
R E S O L U T I O N S.

10-19-2015
Account Number: ▮▮▮▮ 0162

RTR's Contact Information:
- Dedicated Phone Number: 1-855-879-7871
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-599-6357
- Email Address: repsupport@RTResolutions.com
- Website: www.RealTimeResolutions.com

Thank you,
Real Time Resolutions, Inc.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Main 1-877-469-7325 * Facsimile 1-214-599-6357
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.RealTimeResolutions.com

2 of 2

302 1ZT057-EINT-38

Exhibit 1-3 329



REAL TIME RESOLUTIONS, INC.
PO BOX 619063
DALLAS, TX 75261-9063

This account's Current Creditor is RRA CP OPPORTUNITY TRUST 1.

9-830-00128-0000874-001-01-000-000-000-000-30018

ทฺปฺปฺ|ฅฺปฺฑฺฅฺปฺฐฺฅฺฅฺฅฺฅฺฑฺฅฺฅฺฐฺฅฺฅฺฅฺฑฺฅฺฅฺฅฺฑฺฅฺฅฺฅฺฑ|ฅฺ|



GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA WA 98188-3216

06/26/2019
Re: **Opportunity to Lower your Payment**
   RTR File Number: ██████ 0162
   Property Address: 4611 S 164TH ST TUKWILA, WA 98188

Dear GABRIEL  MARQUEZ VARGAS,

We're reaching out to a select group of Real Time Resolutions customers with a special opportunity.  You may qualify to:

- **Close Out a Delinquent 2nd Lien**
- **Lower Your Interest Rate**
- **Lower Your Monthly Payment**
- **Consolidate Debts**
- **Shorten the Term of Your Loan**
- **Combine a first and second mortgage into one payment**

With **interest rates low** and many **flexible loan programs available,** now is a great time to take advantage of this opportunity. Don't miss out on today's low rates! Feel free to explore your options with any mortgage company, or give us a **call today at 1-877-469-7325**. We will connect you with our affiliate company that specializes in working with our customers.

We are available to assist you Monday – Friday 7:00am – 9:00pm Central.
We look forward to hearing from you!

Sincerely,
REAL TIME RESOLUTIONS, INC.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-877-469-7325

| **Please see the back of this page for additional important information regarding this account.** |
| --- |

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150, Dallas, TX 75247-4029
Toll Free Customer Service: 1-877-469-7325  www.payrtr.com
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
INTERNET REPRINT

**303**

Exhibit 1-3 330

**WASHINGTON RESIDENTS:**
Account Information as of: 06/26/2019
Principal Balance: $59,761.05
Accrued Interest: $38,160.09
 Other Fees:$0.00
Late Fees: $4,368.55
Payoff: $102,289.69

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

1349 Empire Central Dr. Suite 150, Dallas, TX 75247-4029
Toll Free Customer Service: 1-877-469-7325   www.payrtr.com
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central

INTERNET REPRINTS

304

Exhibit 1-3 331



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

**REAL TIME RESOLUTIONS.**

09/28/2019

**Original Creditor:** Countrywide Financial Corp
**Original Account Ending:** 0162
**Balance Due:** $58,989.61

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

Regarding RTR File Number:  ████ ████0162
In Reference to Property:    4611 S 164TH ST
                             TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS,

This is a legally required notice. Please read this letter carefully. Real Time Resolutions, Inc. ("RTR") is servicing a delinquent mortgage with respect to the above-referenced property. However, if you have received a discharge of your personal obligation in bankruptcy, please note that you have no personal obligation to make payments toward this delinquency, although a lien on the property may still exist. RTR's documentation shows that a lien associated with this account remains on the property. If you have reason to believe that this is not true, please contact RTR so that we can update our records.

RTR wants to notify you of possible ways to avoid losing your home. We may have a right to invoke foreclosure based on the terms of the security instrument encumbering your property. The following options may be available to you (most are subject to approval by the owner or servicer of the debt secured by the lien).

Possible Account Repayment Options:
- *Payment Plan* - Bring account secured by the lien current
- *Lien Release Option* - Resolve the lien for less than the amount it secures
- *Short Sale* - Sell your home and use the proceeds to resolve the account secured by the lien

Call us today at 1-877-469-7325 to learn more about these options and for instructions on how to apply. We are available Monday - Friday 7:00am - 9:00pm Central. Please note that, for some of the above options, you may be required to send in financial information.

This account's current creditor is RRA CP OPPORTUNITY TRUST 1.

**Please see the back of this page for more important information concerning your rights.**

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

**305** 121057-EINT-13

Exhibit 1-3 332

# THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflection on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 80 Garden Center, Building B Ste. 3, Broomfield, CO 80020; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 09/28/2019
Principal Balance: $59,761.05
Accrued Interest: $39,530.48
Other Fees: $0.00
Late Fees: $4,603.06
Payoff: $103,894.59

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**UTAH RESIDENTS:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**

- **This Account's Current Creditor is RRA CP OPPORTUNITY TRUST 1**
- **This Account's Original Creditor is Countrywide Financial Corp**



09/28/2019
RTR File Number: ▓▓▓▓ 0162

RTR's Contact Information:
- Dedicated Phone Number: 1-877-469-7325
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-452-0532
- Email Address: rs@rtresolutions.com
- Website: www.payrtr.com

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at 800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Thank you,

Real Time Resolutions, Inc.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-877-469-7325

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

2 of 2

307<sub></sub>121057-EINT-14

Exhibit 1-3 334



**REAL TIME RESOLUTIONS.**

**PRIVACY NOTICE**

07/05/2019
GABRIEL MARQUEZ VARGAS
RTR File Number: ████ 162

| FACTS | WHAT DOES REAL TIME RESOLUTIONS, INC.("RTR") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security Number<br>• Account balances, account activity, and payment history<br>• Credit history and credit score<br>When you are *no longer* our customer, we continue to protect and/or share your information as described in this notice. |
| How | All financial companies need to share customers' personal information to run their everyday business. In the next section, we list the reasons financial companies can share their customers' personal information, the reasons Real Time Resolutions, Inc. chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Does RTR share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | No | We don't share |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| To limit our sharing | • Call us at 1-877-469-7325 to let us know you received your Privacy Statement and *want to limit your sharing*<br>• Visit us at www.realtimeresolutions.com/customer-contact/. Fill out this web form to let us know you received your Privacy Statement and *want to limit your sharing*<br>Please note: If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. We continue to share and/or protect your information (as described in this notice) even when you are *no longer* our customer. However, you can contact us at any time to limit our sharing. |
|---|---|

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com

**REAL TIME RESOLUTIONS.**

Dept. 107565
PO Box 1259
Oaks, PA 19456

Return Mail Only - No Correspondence

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

308 152091-70024-2106

Exhibit 1-3 335



07/05/2019

| Questions? | Call 1-877-469-7325 or go to www.realtimeresolutions.com/privacy-policy/ |
|---|---|

| Who we are | |
|---|---|
| Who is providing this notice? | Real Time Resolutions, Inc. |

| What we do | |
|---|---|
| How does Real Time Resolutions, Inc. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Real Time Resolutions, Inc. collect my personal information? | We collect your personal information, for example, when you:<br>• Have your account transferred to Real Time Resolutions, Inc.<br>• Pay your bills<br>• Give us your contact information<br>• Discuss your account with us<br>We also collect your personal information from others, such as credit bureaus or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to only limit:<br>• Sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |

| Other important information |
|---|
| **Vermont Residents**: We will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.<br><br>**California Residents**: We will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account. |

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com

**309**
Exhibit 1-3 336



Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

**REAL TIME RESOLUTIONS.**

|||||| |||| ||||||||||||||||||||||||||| |||| || |||| |||

03/26/2020

**Account Number Ending In:** 0162
**Balance Due:** $63,924.03

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

||.|.|.|..||..||||.|.||.|.|..||..||.|..||.|||..||..||..||.|||

Regarding RTR File Number:  [REDACTED] 0162
In Reference to Property:  4611 S 164TH ST
TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS,

This is a legally required notice. Please read this letter carefully. Real Time Resolutions, Inc. ("RTR") is servicing a delinquent mortgage with respect to the above-referenced property. However, if you have received a discharge of your personal obligation in bankruptcy, please note that you have no personal obligation to make payments toward this delinquency, although a lien on the property may still exist. RTR's documentation shows that a lien associated with this account remains on the property. If you have reason to believe that this is not true, please contact RTR so that we can update our records.

RTR wants to notify you of possible ways to avoid losing your home. We may have a right to invoke foreclosure based on the terms of the security instrument encumbering your property. The following options may be available to you (most are subject to approval by the owner or servicer of the debt secured by the lien).

Possible Account Repayment Options:
- *Payment Plan* - Bring account secured by the lien current
- *Lien Release Option* - Resolve the lien for less than the amount it secures
- *Short Sale* - Sell your home and use the proceeds to resolve the account secured by the lien

Call us today at 1-877-469-7325 to learn more about these options and for instructions on how to apply. We are available Monday - Friday 7:00am - 9:00pm Central. Please note that, for some of the above options, you may be required to send in financial information.

This account's current creditor is RRA CP OPPORTUNITY TRUST 1.

---

| **PLEASE SEE THE BACK OF THIS PAGE FOR ADDITIONAL INFORMATION REGARDING YOUR ACCOUNT.** |
| --- |

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

310 121057-EINT-39

Exhibit 1-3 337

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325.

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**OREGON RESIDENTS:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 03/26/2020
Principal Balance: $59,761.05
Accrued Interest: $41,981.88
Other Fees: $0.00
Late Fees: $5,057.45
Payoff: $106,800.38

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1.**
- **This account's original creditor is Countrywide Financial Corp.**

Exhibit 1-3 338



**REAL TIME**
RESOLUTIONS.

03/26/2020
RTR File Number: ████████ 162

RTR's Contact Information:
- Dedicated Phone Number: 1-877-469-7325
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-452-0532
- Email Address: rs@rtresolutions.com
- Website: www.payrtr.com

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at 800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Thank you,

Real Time Resolutions, Inc.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-877-469-7325

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

2 of 2

312 12T057-EINT-40

Exhibit 1-3 339



REAL TIME RESOLUTIONS, INC.
PO BOX 619063
DALLAS, TX 75261-9063
Return Mail Only - No Correspondence

This account's current creditor is RRA CP OPPORTUNITY TRUST 1.
This account's original creditor is Countrywide Financial Corp.

0-830-00345-0001793-001-01-000-000-000-000-30018



GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE, WA 98188-3216

03/19/2020
Re: **Opportunity to Lower your Payment**
RTR File Number: ▓▓▓▓ 0162
Property Address: 4611 S 164TH ST TUKWILA, WA 98188

Dear GABRIEL  MARQUEZ VARGAS,

We're reaching out to a select group of Real Time Resolutions customers with a special opportunity.  You may qualify to:

- **Close Out a Delinquent 2nd Lien**
- **Lower Your Interest Rate**
- **Lower Your Monthly Payment**
- **Consolidate Debts**
- **Shorten the Term of Your Loan**
- **Combine a first and second mortgage into one payment**

With **interest rates low** and many **flexible loan programs available,** now is a great time to take advantage of this opportunity. Don't miss out on today's low rates! Feel free to explore your options with any mortgage company, or give us a **call today at 1-877-469-7325**. We will connect you with our affiliate company that specializes in working with our customers.

We are available to assist you Monday - Friday 7:00am - 9:00pm Central.
We look forward to hearing from you!

Sincerely,
REAL TIME RESOLUTIONS, INC.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-877-469-7325

**PLEASE SEE THE BACK OF THIS PAGE FOR ADDITIONAL INFORMATION REGARDING YOUR ACCOUNT.**

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150, Dallas, TX 75247-4029
Toll Free Customer Service: 1-877-469-7325  www.payrtr.com
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
INTERNET REPRINT

**313**

Exhibit 1-3 340

**WASHINGTON RESIDENTS:**
Account Information as of: 03/19/2020
Principal Balance: $59,761.05
Accrued Interest: $41,888.41
 Other Fees:$0.00
Late Fees: $5,057.45
Payoff: $106,706.91

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

1349 Empire Central Dr. Suite 150, Dallas, TX 75247-4029
Toll Free Customer Service: 1-877-469-7325   www.payrtr.com
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
INTERNET REPRINT

314

Exhibit 1-3 341


**REAL TIME**
**RESOLUTIONS.**

Dept. 107565
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

09/22/2020

**Account Number Ending In:** 0162
**Balance Due:** $67,742.21

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

Regarding RTR File Number:     ▮▮▮▮▮ 0162
In Reference to Property:     4611 S 164TH ST
                              TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS,

This is a legally required notice. Please read this letter carefully. Real Time Resolutions, Inc. ("RTR") is servicing a delinquent mortgage with respect to the above-referenced property. However, if you have received a discharge of your personal obligation in bankruptcy, please note that you have no personal obligation to make payments toward this delinquency, although a lien on the property may still exist. RTR's documentation shows that a lien associated with this account remains on the property. If you have reason to believe that this is not true, please contact RTR so that we can update our records.

RTR wants to notify you of possible ways to avoid losing your home. We may have a right to invoke foreclosure based on the terms of the security instrument encumbering your property. The following options may be available to you (most are subject to approval by the owner or servicer of the debt secured by the lien).

Possible Account Repayment Options:
- *Payment Plan* - Bring account secured by the lien current
- *Lien Release Option* - Resolve the lien for less than the amount it secures
- *Short Sale* - Sell your home and use the proceeds to resolve the account secured by the lien

Call us today at 1-877-469-7325 to learn more about these options and for instructions on how to apply. We are available Monday - Friday 7:00am - 9:00pm Central.  Please note that, for some of the above options, you may be required to send in financial information.

This account's current creditor is RRA CP OPPORTUNITY TRUST 1.

| **PLEASE SEE THE BACK OF THIS PAGE FOR ADDITIONAL INFORMATION REGARDING YOUR ACCOUNT.** |
| --- |

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

1 of 2

315 121057-EINT-39

Exhibit 1-3 342

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325.

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**OREGON RESIDENTS:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 09/22/2020
Principal Balance: $59,761.05
Accrued Interest: $43,963.85
Other Fees: $0.00
Late Fees: $5,479.97
Payoff: $109,204.87

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1.**
- **This account's original creditor is Countrywide Financial Corp.**



**REAL TIME**
**RESOLUTIONS.**

09/22/2020
RTR File Number: ▩▩ 0162

<u>RTR's Contact Information:</u>
- Dedicated Phone Number: 1-877-469-7325
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-452-0532
- Email Address: rs@rtresolutions.com
- Website: www.payrtr.com

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at 800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Thank you,

Real Time Resolutions, Inc.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-877-469-7325

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

2 of 2

**317**121057-EINT-40

Exhibit 1-3 344



**PRIVACY NOTICE**

06/29/2020
GABRIEL MARQUEZ VARGAS
RTR File Number: [REDACTED] 162

Revised Sept 2019

| FACTS | WHAT DOES REAL TIME RESOLUTIONS, INC.("RTR") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include: <br> • Social Security Number <br> • Account balances, account activity, and payment history <br> • Credit history and credit score <br> When you are *no longer* our customer, we continue to protect and/or share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the next section, we list the reasons financial companies can share their customers' personal information, the reasons Real Time Resolutions, Inc. chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Does RTR share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| To limit our sharing | • Call us at 1-877-469-7325 to let us know you received your Privacy Statement and *want to limit your sharing* <br> • Visit us at www.realtimeresolutions.com/customer-contact/. Fill out this web form to let us know you received your Privacy Statement and *want to limit your sharing* <br> • Mail the **form** on the next page <br> Please note: If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. We continue to share and/or protect your information (as described in this notice) even when you are *no longer* our customer. <br><br> However, you can contact us at any time to limit our sharing. |
|---|---|

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com



Dept. 107565
PO Box 1259
Oaks, PA 19456

Return Mail Only - No Correspondence

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

318 132091-70024-1706

Exhibit 1-3 345



**REAL TIME RESOLUTIONS.**

06/29/2020

| Questions? | Call 1-877-469-7325 or go to www.realtimeresolutions.com/privacy-policy/ |
|---|---|
| **Who we are** | |
| Who is providing this notice? | Real Time Resolutions, Inc. |
| **What we do** | |
| How does Real Time Resolutions, Inc. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Real Time Resolutions, Inc. collect my personal information? | We collect your personal information, for example, when you:<br>• Have your account transferred to Real Time Resolutions, Inc.<br>• Pay your bills<br>• Give us your contact information<br>• Provide employment information<br>• Discuss your account with us<br>We also collect your personal information from others, such as credit bureaus or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to only limit:<br>• Sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account – unless you tell us otherwise. |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our affiliates can include financial institutions and consumer services companies. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliates we share with can include consumer lenders, mortgage companies, mortgage originators, and debt settlement companies. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Real Time Resolutions, Inc. reserves the right to jointly market with financial services companies. |

**Other important information**

**Vermont Residents:** This notice is required by Vermont state law. If you exercise your right to opt out, we will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.

**California Residents:** This notice is required by California state law. If you exercise your right to opt out, we will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Mail-in Form | | |
|---|---|---|
| ☐ Do not share my personal information. | | |
| **Name** | | **Mail to:** |
| **Address** | | Real Time Resolutions, Inc. |
| | | P.O. Box 36655 |
| **City, State, Zip** | | Dallas, TX 75235-1655 |
| **[Account #]** | | |

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com



# REAL TIME RESOLUTIONS.

**PRIVACY NOTICE**

06/23/2021
GABRIEL MARQUEZ VARGAS
RTR File Number: ████ 0162

Revised Sept 2019

| FACTS | WHAT DOES REAL TIME RESOLUTIONS, INC.("RTR") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security Number<br>• Account balances, account activity, and payment history<br>• Credit history and credit score<br>When you are *no longer* our customer, we continue to protect and/or share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the next section, we list the reasons financial companies can share their customers' personal information, the reasons Real Time Resolutions, Inc. chooses to share, and whether you can limit this sharing. |

| Reasons we can share your personal information | Does RTR share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| To limit our sharing | • Call us at 1-877-469-7325 to let us know you received your Privacy Statement and *want to limit your sharing*<br>• Visit us at www.realtimeresolutions.com/customer-contact/. Fill out this web form to let us know you received your Privacy Statement and *want to limit your sharing*<br>• Mail the **form** on the next page<br>Please note: If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. We continue to share and/or protect your information (as described in this notice) even when you are *no longer* our customer.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com



Dept. 107565
PO Box 1259
Oaks, PA 19456

|||||||||||||||||||||||||||||||||||||||
Return Mail Only - No Correspondence

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216
IIIuIuIuuIIuIIuIuIuuIIuuIuIuuIIuIIuuuIIuuIIuIuII

320 132091-70024-1417

Exhibit 1-3 347



**REAL TIME**
**R E S O L U T I O N S.**

06/23/2021

| Questions? | Call 1-877-469-7325 or go to www.realtimeresolutions.com/privacy-policy/ |
|---|---|
| **Who we are** | |
| Who is providing this notice? | Real Time Resolutions, Inc. |
| **What we do** | |
| How does Real Time Resolutions, Inc. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Real Time Resolutions, Inc. collect my personal information? | We collect your personal information, for example, when you:<br>• Have your account transferred to Real Time Resolutions, Inc.<br>• Pay your bills<br>• Give us your contact information<br>• Provide employment information<br>• Discuss your account with us<br>We also collect your personal information from others, such as credit bureaus or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to only limit:<br>• Sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account – unless you tell us otherwise. |
| **Definitions** | |
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our affiliates can include financial institutions and consumer services companies. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Nonaffiliates we share with can include consumer lenders, mortgage companies, mortgage originators, and debt settlement companies. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Real Time Resolutions, Inc. reserves the right to jointly market with financial services companies. |

**Other important information**

**Vermont Residents:** This notice is required by Vermont state law. If you exercise your right to opt out, we will not share information we collect about you with nonaffiliated third parties, except as permitted by Vermont law, such as to process your transactions or to maintain your account. In addition, we will not share information about your creditworthiness with our affiliates except with your authorization.

**California Residents:** This notice is required by California state law. If you exercise your right to opt out, we will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account.

✂------------------------------------------------------------------------

| Mail-in Form | |
|---|---|
| ☐ Do not share my personal information. | |

| Name | | **Mail to:** |
|---|---|---|
| Address | | Real Time Resolutions, Inc. |
| | | P.O. Box 36655 |
| City, State, Zip | | Dallas, TX 75235-1655 |
| [Account #] | | |

1349 Empire Central Dr. Suite 150 Dallas, TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central www.payrtr.com

**321**
Exhibit 1-3 348



**Dept. 107565**
PO Box 1259
Oaks, PA 19456
Return Mail Only - No Correspondence

[barcode]

03/21/2021

**Account Number Ending In:** 0162
**Balance Due:** $72,138.53

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA 98188-3216

[barcode text]

Regarding RTR File Number: ▮▮▮▮ 0162
In Reference to Property:   4611 S 164TH ST
TUKWILA, WA 98188

Dear GABRIEL MARQUEZ VARGAS,

This is a legally required notice. Please read this letter carefully. Real Time Resolutions, Inc. ("RTR") is servicing a delinquent mortgage with respect to the above-referenced property. However, if you have received a discharge of your personal obligation in bankruptcy, please note that you have no personal obligation to make payments toward this delinquency, although a lien on the property may still exist. RTR's documentation shows that a lien associated with this account remains on the property. If you have reason to believe that this is not true, please contact RTR so that we can update our records.

RTR wants to notify you of possible ways to avoid losing your home. We may have a right to invoke foreclosure based on the terms of the security instrument encumbering your property. The following options may be available to you (most are subject to approval by the owner or servicer of the debt secured by the lien).

Possible Account Repayment Options:
- *Payment Plan* - Bring account secured by the lien current
- *Lien Release Option* - Resolve the lien for less than the amount it secures
- *Short Sale* - Sell your home and use the proceeds to resolve the account secured by the lien

Call us today at 1-877-469-7325 to learn more about these options and for instructions on how to apply. We are available Monday - Friday 7:00am - 9:00pm Central. Please note that, for some of the above options, you may be required to send in financial information.

This account's current creditor is RRA CP OPPORTUNITY TRUST 1.

---

**PLEASE SEE THE BACK OF THIS PAGE FOR ADDITIONAL INFORMATION REGARDING YOUR ACCOUNT.**

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

1 of 2

**322**T2T057-EINT-31

Exhibit 1-3 349

**THE FOLLOWING NOTICES APPLY TO THE RESIDENTS OF THE FOLLOWING STATES, AS NOTED. THIS LIST IS NOT A COMPLETE LIST OF RIGHTS CONSUMERS MAY HAVE UNDER STATE AND FEDERAL LAW.**

**CALIFORNIA RESIDENTS:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act requires that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO RESIDENTS:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. Real Time Resolutions, Inc. Colorado office location: 8690 Wolff Court, Suite 110, Westminster, CO 80031; Phone (303)920-4763. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE: WWW.COAG.GOV/CAR

**MAINE RESIDENTS:** Corporate Hours of Operation: Monday - Friday 8:30 a.m. - 5:30 p.m. Central. Our toll free telephone number is 1-877-469-7325.

**MASSACHUSETTS RESIDENTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA RESIDENTS:** This collection agency is licensed by the Minnesota Department of Commerce.

**NORTH CAROLINA RESIDENTS:** North Carolina Department of Insurance, permit number 3545. North Carolina Commissioner of Banks, license number S-146288. You may file a complaint by contacting the NCCOB at: 316 W. Edenton St., Raleigh, NC 27603, (919) 733-3016, or by visiting http://www.nccob.org.

**OREGON RESIDENTS:** Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov.

**TENNESSEE RESIDENTS:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, TN 37243

**TEXAS RESIDENTS:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by the telephone at its toll-free consumer hotline listed above or by email at smlinfo@sml.texas.gov.

**WASHINGTON RESIDENTS:**
Account Information as of: 03/21/2021
Principal Balance: $59,761.05
Accrued Interest: $45,949.79
Other Fees: $0.00
Late Fees: $5,869.72
Payoff: $111,580.56

**WISCONSIN RESIDENTS:** This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

**ALL U.S. RESIDENTS:**
If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov.

- **This account's current creditor is RRA CP OPPORTUNITY TRUST 1.**
- **This account's original creditor is Countrywide Financial Corp.**


**REAL TIME**
**R E S O L U T I O N S.**

03/21/2021
RTR File Number: ▓▓▓▓ 0162

<u>RTR's Contact Information:</u>
- Dedicated Phone Number: 1-877-469-7325
- Address: P.O. Box 36655, Dallas, TX 75235-1655
- Fax Number: 1-214-452-0532
- Email Address: rs@rtresolutions.com
- Website: www.payrtr.com

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at 800-569-4287 or by visiting http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Thank you,

Real Time Resolutions, Inc.
P.O. Box 36655
Dallas, TX 75235-1655
Toll Free: 1-877-469-7325

1349 Empire Central Dr. Suite 150 Dallas TX 75247-4029
Toll Free Customer Service 1-877-469-7325
Corporate Office Hours: Monday - Friday 8:30AM - 5:30PM Central
www.payrtr.com

2 of 2

**324**T21057-EINT-32

Exhibit 1-3 351



**REAL TIME**
RESOLUTIONS®

11/15/2021

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
SEATTLE WA   98188-3216

RTR File Number: ▓▓▓▓ 162
Account Number Ending In: 0162

Dear GABRIEL MARQUEZ VARGAS:

This letter is in response to your previous inquiry regarding the above-referenced account. We would like to thank you for taking the time to contact Real Time Resolutions, Inc. ("RTR"), and we appreciate your patience while awaiting our response.

**Summary of Inquiry:**

You requested documentation for the above-referenced account.

**Response:**

A copy of the requested documentation is enclosed.

- Loan History Summary, detailing your payment activity on this account while under our service;
- A copy of the transaction history, detailing your account activity prior to our service;
- A copy of the signed Home Equity Credit Line Agreement and Disclosure Statement, bearing your signature and detailing your promise to pay a specific sum under explicit terms;
- A copy of the signed Deed of Trust (Line of Credit Trust Deed), the instrument that secures the loan to the associated property;
- A copy of the Assignment of Deed of Trust; detailing the transfer of your mortgage from Countrywide Home Loans to The Bank of New York Mellon;
- A copy of the Corporate Assignment of Deed of Trust; detailing the transfer of your mortgage from The Bank of New York Mellon to RRA CP Opportunity Trust 1.

RTR is committed to customer service and hopes this correspondence addresses your concerns.   Should you have any further questions, please contact us at **1-888-895-0221**.

Sincerely,
Real Time Resolutions, Inc.
Research Department

Real Time Resolutions, Inc. is a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent it is included in your bankruptcy or has been discharged and is provided for informational purposes only.

If you would like mortgage counseling or assistance, you can find a list of counselors in your area by calling the U.S. Department of Housing and Urban Development at 1-800-569-4287 or visiting their website at www.hud.gov. Account Information as of: 11-15-2021, Principal Balance: $59,429.04, Accrued Interest: $27,062.13, Other Fees: $245.36, Late Fees: $4,217.42, Payoff: $90,953.95. This account's current creditor is RRA CP OPPORTUNITY TRUST 1.   This account's original creditor is Countrywide Financial Corp.

1349 Empire Central Dr. Suite 150, Dallas, TX 75247-4029
Toll Free Customer Service: 1-888-895-0221
Corporate Office Hours: Monday - Friday 8:30am - 5:30pm Central
www.payrtr.com

Page 1 of 1

325

Exhibit 1-3 352

Loan ID | Borrower Name
--- | ---
▮▮▮▮▮▮ 162 | GABRIEL MARQUEZ VARGAS

| Trans Date | Due Date | Trans Desc | Check# Money Type | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unapplied Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/21 | 10/25/21 | Late Charge Assess | 0 / 0 | (66.02) | | 59,429.04 | | | | (66.02) | 4,217.42 | $ 0.00 |
| 11/09/21 | 01/25/16 | Atty-Foreclosure Fee Di | 0 / VE BROAD | (150.00) | | 59,429.04 | | | | | 4,151.40 | $ 0.00 |
| 11/09/21 | 01/25/16 | Atty-ForeclosureCost Di | 0 / VE BROAD | (10.36) | | 59,429.04 | | | | | 4,151.40 | $ 0.00 |
| 10/11/21 | 09/25/21 | Late Charge Assess | 0 / 0 | (67.22) | | 59,429.04 | | | | (67.22) | 4,151.40 | $ 0.00 |
| 09/14/21 | 01/25/16 | Late Charge Waive | 0 / | 2,183.35 | | 59,429.04 | | | | 2,183.35 | 4,084.18 | $ 0.00 |
| 09/14/21 | 09/25/10 | Principal Adjustment | 0 / | 332.01 | 332.01 | 59,429.04 | | | | | 6,267.53 | $ 0.00 |
| 09/10/21 | 08/25/21 | Late Charge Assess | 0 / 0 | (67.22) | | 59,761.05 | | | | (67.22) | 6,267.53 | $ 0.00 |
| 08/10/21 | 07/25/21 | Late Charge Assess | 0 / 0 | (66.12) | | 59,761.05 | | | | (66.12) | 6,200.31 | $ 0.00 |
| 07/11/21 | 06/25/21 | Late Charge Assess | 0 / 0 | (67.22) | | 59,761.05 | | | | (67.22) | 6,134.19 | $ 0.00 |
| 06/25/21 | 09/25/10 | Broker Price Opinion Di | 0 / 246USRES | (85.00) | | 59,761.05 | | | | | 6,066.97 | $ 0.00 |
| 06/10/21 | 05/25/21 | Late Charge Assess | 0 / 0 | (66.12) | | 59,761.05 | | | | (66.12) | 6,066.97 | $ 0.00 |
| 05/11/21 | 04/25/21 | Late Charge Assess | 0 / 0 | (67.22) | | 59,761.05 | | | | (67.22) | 6,000.85 | $ 0.00 |
| 04/10/21 | 03/25/21 | Late Charge Assess | 0 / 0 | (63.91) | | 59,761.05 | | | | (63.91) | 5,933.63 | $ 0.00 |
| 03/13/21 | 02/25/21 | Late Charge Assess | 0 / 0 | (67.22) | | 59,761.05 | | | | (67.22) | 5,869.72 | $ 0.00 |
| 02/10/21 | 01/25/21 | Late Charge Assess | 0 / 0 | (67.13) | | 59,761.05 | | | | (67.13) | 5,802.50 | $ 0.00 |
| 01/10/21 | 12/25/20 | Late Charge Assess | 0 / 0 | (66.03) | | 59,761.05 | | | | (66.03) | 5,735.37 | $ 0.00 |
| 12/16/20 | 09/25/10 | Late Charge Waive | 0 / | 10.92 | | 59,761.05 | | | | 10.92 | 5,669.34 | $ 0.00 |
| 12/11/20 | 11/25/20 | Late Charge Assess | 0 / 0 | (67.13) | | 59,761.05 | | | | (67.13) | 5,680.26 | $ 0.00 |
| 11/10/20 | 10/25/20 | Late Charge Assess | 0 / 0 | (66.03) | | 59,761.05 | | | | (66.03) | 5,613.13 | $ 0.00 |
| 10/11/20 | 09/25/20 | Late Charge Assess | 0 / 0 | (67.13) | | 59,761.05 | | | | (67.13) | 5,547.10 | $ 0.00 |
| 09/10/20 | 08/25/20 | Late Charge Assess | 0 / 0 | (67.13) | | 59,761.05 | | | | (67.13) | 5,479.97 | $ 0.00 |
| 08/10/20 | 07/25/20 | Late Charge Assess | 0 / 0 | (66.03) | | 59,761.05 | | | | (66.03) | 5,412.84 | $ 0.00 |
| 07/11/20 | 06/25/20 | Late Charge Assess | 0 / 0 | (72.18) | | 59,761.05 | | | | (72.18) | 5,346.81 | $ 0.00 |
| 06/10/20 | 05/25/20 | Late Charge Assess | 0 / 0 | (70.92) | | 59,761.05 | | | | (70.92) | 5,274.63 | $ 0.00 |
| 05/11/20 | 04/25/20 | Late Charge Assess | 0 / 0 | (74.23) | | 59,761.05 | | | | (74.23) | 5,203.71 | $ 0.00 |
| 04/10/20 | 03/25/20 | Late Charge Assess | 0 / 0 | (72.03) | | 59,761.05 | | | | (72.03) | 5,129.48 | $ 0.00 |
| 03/12/20 | 02/25/20 | Late Charge Assess | 0 / 0 | (74.73) | | 59,761.05 | | | | (74.73) | 5,057.45 | $ 0.00 |
| 02/10/20 | 01/25/20 | Late Charge Assess | 0 / 0 | (74.85) | | 59,761.05 | | | | (74.85) | 4,982.72 | $ 0.00 |
| 01/10/20 | 12/25/19 | Late Charge Assess | 0 / 0 | (74.52) | | 59,761.05 | | | | (74.52) | 4,907.87 | $ 0.00 |
| 12/11/19 | 11/25/19 | Late Charge Assess | 0 / 0 | (76.12) | | 59,761.05 | | | | (76.12) | 4,833.35 | $ 0.00 |

Exhibit 1-3 353

326

| Loan ID | Borrower Name |
|---|---|
| ▓▓▓▓▓ 162 | GABRIEL MARQUEZ VARGAS |

| Trans Date | Due Date | Trans Desc | Check# Money Type | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unapplied Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/19 | 10/25/19 | Late Charge Assess | 0 / 0 | (75.75) | | 59,761.05 | | | | (75.75) | 4,757.23 | $ 0.00 |
| 10/11/19 | 09/25/19 | Late Charge Assess | 0 / 0 | (78.42) | | 59,761.05 | | | | (78.42) | 4,681.48 | $ 0.00 |
| 09/10/19 | 08/25/19 | Late Charge Assess | 0 / 0 | (78.66) | | 59,761.05 | | | | (78.66) | 4,603.06 | $ 0.00 |
| 08/10/19 | 07/25/19 | Late Charge Assess | 0 / 0 | (77.19) | | 59,761.05 | | | | (77.19) | 4,524.40 | $ 0.00 |
| 07/11/19 | 06/25/19 | Late Charge Assess | 0 / 0 | (78.66) | | 59,761.05 | | | | (78.66) | 4,447.21 | $ 0.00 |
| 06/10/19 | 05/25/19 | Late Charge Assess | 0 / 0 | (77.19) | | 59,761.05 | | | | (77.19) | 4,368.55 | $ 0.00 |
| 05/11/19 | 04/25/19 | Late Charge Assess | 0 / 0 | (78.66) | | 59,761.05 | | | | (78.66) | 4,291.36 | $ 0.00 |
| 04/10/19 | 03/25/19 | Late Charge Assess | 0 / 0 | (72.77) | | 59,761.05 | | | | (72.77) | 4,212.70 | $ 0.00 |
| 03/13/19 | 02/25/19 | Late Charge Assess | 0 / 0 | (78.90) | | 59,761.05 | | | | (78.90) | 4,139.93 | $ 0.00 |
| 02/10/19 | 01/25/19 | Late Charge Assess | 0 / 0 | (77.91) | | 59,761.05 | | | | (77.91) | 4,061.03 | $ 0.00 |
| 01/10/19 | 12/25/18 | Late Charge Assess | 0 / 0 | (76.19) | | 59,761.05 | | | | (76.19) | 3,983.12 | $ 0.00 |
| 12/11/18 | 11/25/18 | Late Charge Assess | 0 / 0 | (76.64) | | 59,761.05 | | | | (76.64) | 3,906.93 | $ 0.00 |
| 11/10/18 | 10/25/18 | Late Charge Assess | 0 / 0 | (74.96) | | 59,761.05 | | | | (74.96) | 3,830.29 | $ 0.00 |
| 10/11/18 | 09/25/18 | Late Charge Assess | 0 / 0 | (76.35) | | 59,761.05 | | | | (76.35) | 3,755.33 | $ 0.00 |
| 09/10/18 | 08/25/18 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,678.98 | $ 0.00 |
| 08/10/18 | 07/25/18 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,668.98 | $ 0.00 |
| 07/11/18 | 06/25/18 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,658.98 | $ 0.00 |
| 06/10/18 | 05/25/18 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,648.98 | $ 0.00 |
| 05/11/18 | 04/25/18 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,638.98 | $ 0.00 |
| 04/10/18 | 03/25/18 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,628.98 | $ 0.00 |
| 03/13/18 | 02/25/18 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,618.98 | $ 0.00 |
| 02/12/18 | 01/25/18 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,608.98 | $ 0.00 |
| 01/10/18 | 12/25/17 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,598.98 | $ 0.00 |
| 12/11/17 | 11/25/17 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,588.98 | $ 0.00 |
| 11/10/17 | 10/25/17 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,578.98 | $ 0.00 |
| 10/11/17 | 09/25/17 | Late Charge Assess | 0 / 0 | (10.00) | | 59,761.05 | | | | (10.00) | 3,568.98 | $ 0.00 |
| 09/10/17 | 08/25/17 | Late Charge Assess | 0 / 0 | (72.54) | | 59,761.05 | | | | (72.54) | 3,558.98 | $ 0.00 |
| 08/10/17 | 07/25/17 | Late Charge Assess | 0 / 0 | (70.29) | | 59,761.05 | | | | (70.29) | 3,486.44 | $ 0.00 |
| 07/11/17 | 06/25/17 | Late Charge Assess | 0 / 0 | (71.27) | | 59,761.05 | | | | (71.27) | 3,416.15 | $ 0.00 |
| 06/10/17 | 05/25/17 | Late Charge Assess | 0 / 0 | (70.04) | | 59,761.05 | | | | (70.04) | 3,344.88 | $ 0.00 |
| 05/11/17 | 04/25/17 | Late Charge Assess | 0 / 0 | (70.29) | | 59,761.05 | | | | (70.29) | 3,274.84 | $ 0.00 |

Exhibit 1-3 354

<u>Loan ID</u>     <u>Borrower Name</u>

▓▓▓ 0162   **GABRIEL MARQUEZ VARGAS**

| Trans Date | Due Date | Trans Desc | Check# Money Type | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unapplied Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/10/17 | 03/25/17 | Late Charge Assess | 0 / 0 | (66.44) | | 59,761.05 | | | | (66.44) | 3,204.55 | $ 0.00 |
| 03/13/17 | 02/25/17 | Late Charge Assess | 0 / 0 | (70.00) | | 59,761.05 | | | | (70.00) | 3,138.11 | $ 0.00 |
| 02/10/17 | 01/25/17 | Late Charge Assess | 0 / 0 | (68.92) | | 59,761.05 | | | | (68.92) | 3,068.11 | $ 0.00 |
| 01/10/17 | 12/25/16 | Late Charge Assess | 0 / 0 | (67.49) | | 59,761.05 | | | | (67.49) | 2,999.19 | $ 0.00 |
| 12/11/16 | 11/25/16 | Late Charge Assess | 0 / 0 | (68.63) | | 59,761.05 | | | | (68.63) | 2,931.70 | $ 0.00 |
| 11/10/16 | 10/25/16 | Late Charge Assess | 0 / 0 | (67.49) | | 59,761.05 | | | | (67.49) | 2,863.07 | $ 0.00 |
| 10/11/16 | 09/25/16 | Late Charge Assess | 0 / 0 | (68.63) | | 59,761.05 | | | | (68.63) | 2,795.58 | $ 0.00 |
| 09/10/16 | 08/25/16 | Late Charge Assess | 0 / 0 | (68.63) | | 59,761.05 | | | | (68.63) | 2,726.95 | $ 0.00 |
| 08/10/16 | 07/25/16 | Late Charge Assess | 0 / 0 | (67.49) | | 59,761.05 | | | | (67.49) | 2,658.32 | $ 0.00 |
| 07/11/16 | 06/25/16 | Late Charge Assess | 0 / 0 | (68.63) | | 59,761.05 | | | | (68.63) | 2,590.83 | $ 0.00 |
| 07/05/16 | 09/25/10 | Inv Loan Purchase | 0 / | 0.00 | | 59,761.05 | | | | | 2,522.20 | $ 0.00 |
| 07/05/16 | 09/25/10 | Investor Loan Sale | 0 / | 0.00 | | 59,761.05 | | | | | 2,522.20 | $ 0.00 |
| 07/01/16 | 09/25/10 | Inv Loan Purchase | 0 / | 0.00 | | 59,761.05 | | | | | 2,522.20 | $ 0.00 |
| 07/01/16 | 09/25/10 | Investor Loan Sale | 0 / | 0.00 | | 59,761.05 | | | | | 2,522.20 | $ 0.00 |
| 06/10/16 | 05/25/16 | Late Charge Assess | 0 / 0 | (67.49) | | 59,761.05 | | | | (67.49) | 2,522.20 | $ 0.00 |
| 05/11/16 | 04/25/16 | Late Charge Assess | 0 / 0 | (68.63) | | 59,761.05 | | | | (68.63) | 2,454.71 | $ 0.00 |
| 04/10/16 | 03/25/16 | Late Charge Assess | 0 / 0 | (66.35) | | 59,761.05 | | | | (66.35) | 2,386.08 | $ 0.00 |
| 03/12/16 | 02/25/16 | Late Charge Assess | 0 / 0 | (68.64) | | 59,761.05 | | | | (68.64) | 2,319.73 | $ 0.00 |
| 02/10/16 | 01/25/16 | Late Charge Assess | 0 / 0 | (67.74) | | 59,761.05 | | | | (67.74) | 2,251.09 | $ 0.00 |
| 01/10/16 | 12/25/15 | Late Charge Assess | 0 / 0 | (66.35) | | 59,761.05 | | | | (66.35) | 2,183.35 | $ 0.00 |
| 12/11/15 | 11/25/15 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 2,117.00 | $ 0.00 |
| 11/10/15 | 10/25/15 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 2,082.74 | $ 0.00 |
| 10/11/15 | 09/25/15 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 2,049.59 | $ 0.00 |
| 09/10/15 | 08/25/15 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 2,015.33 | $ 0.00 |
| 08/10/15 | 07/25/15 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,981.07 | $ 0.00 |
| 07/11/15 | 06/25/15 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,947.92 | $ 0.00 |
| 06/10/15 | 05/25/15 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,913.66 | $ 0.00 |
| 05/11/15 | 04/25/15 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,880.51 | $ 0.00 |
| 04/10/15 | 03/25/15 | Late Charge Assess | 0 / 0 | (30.94) | | 59,761.05 | | | | (30.94) | 1,846.25 | $ 0.00 |
| 03/13/15 | 02/25/15 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,815.31 | $ 0.00 |
| 02/10/15 | 01/25/15 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,781.05 | $ 0.00 |

Exhibit 1-3 355

328

| <u>Loan ID</u> | <u>Borrower Name</u> |
|---|---|
| ████████ 162 | GABRIEL MARQUEZ VARGAS |

| Trans Date | Due Date | Trans Desc | Check# Money Type | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unapplied Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/15 | 12/25/14 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,746.79 | $ 0.00 |
| 12/11/14 | 11/25/14 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,713.64 | $ 0.00 |
| 11/10/14 | 10/25/14 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,679.38 | $ 0.00 |
| 10/11/14 | 09/25/14 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,646.23 | $ 0.00 |
| 09/10/14 | 08/25/14 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,611.97 | $ 0.00 |
| 08/10/14 | 07/25/14 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,577.71 | $ 0.00 |
| 07/11/14 | 06/25/14 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,544.56 | $ 0.00 |
| 06/10/14 | 05/25/14 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,510.30 | $ 0.00 |
| 05/11/14 | 04/25/14 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,477.15 | $ 0.00 |
| 04/10/14 | 03/25/14 | Late Charge Assess | 0 / 0 | (30.94) | | 59,761.05 | | | | (30.94) | 1,442.89 | $ 0.00 |
| 03/13/14 | 02/25/14 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,411.95 | $ 0.00 |
| 02/10/14 | 01/25/14 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,377.69 | $ 0.00 |
| 01/10/14 | 12/25/13 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,343.43 | $ 0.00 |
| 12/11/13 | 11/25/13 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,310.28 | $ 0.00 |
| 11/10/13 | 10/25/13 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,276.02 | $ 0.00 |
| 10/11/13 | 09/25/13 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,242.87 | $ 0.00 |
| 09/10/13 | 08/25/13 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,208.61 | $ 0.00 |
| 08/10/13 | 07/25/13 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,174.35 | $ 0.00 |
| 07/11/13 | 06/25/13 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,141.20 | $ 0.00 |
| 06/10/13 | 05/25/13 | Late Charge Assess | 0 / 0 | (33.15) | | 59,761.05 | | | | (33.15) | 1,106.94 | $ 0.00 |
| 05/11/13 | 04/25/13 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 1,073.79 | $ 0.00 |
| 04/10/13 | 03/25/13 | Late Charge Assess | 0 / 0 | (30.94) | | 59,761.05 | | | | (30.94) | 1,039.53 | $ 0.00 |
| 03/13/13 | 02/25/13 | Late Charge Assess | 0 / 0 | (34.25) | | 59,761.05 | | | | (34.25) | 1,008.59 | $ 0.00 |
| 02/10/13 | 01/25/13 | Late Charge Assess | 0 / 0 | (34.16) | | 59,761.05 | | | | (34.16) | 974.34 | $ 0.00 |
| 01/10/13 | 12/25/12 | Late Charge Assess | 0 / 0 | (33.06) | | 59,761.05 | | | | (33.06) | 940.18 | $ 0.00 |
| 01/05/13 | 11/25/12 | Late Charge Assess | 0 / 0 | (34.26) | | 59,761.05 | | | | (34.26) | 907.12 | $ 0.00 |
| 11/06/12 | 09/25/10 | New Loan | 0 / | 0.00 | | 59,761.05 | | | | | 872.86 | $ 0.00 |
| | | | | $ 332.01 | | | $ 0.00 | $ 0.00 | | | | |

Exhibit 1-3 356

329

# FACSIMILE COVER SHEET

From:           Name:           Customer Service
                Fax Number:
                Voice Phone:    (800)669-6607

To:             Name:           GABRIEL MARQUEZ VARGAS
                Company:
                Fax Number:     (213) 457 2655
                Voice Phone:

## Fax Notes:

Bank of America, N.A.

Date and time of transmission:          11/12/21 15:13
Number of pages including this cover page:   7

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND DESTROY THIS DOCUMENT. THANK YOU.

**330**

Exhibit 1-3 357

C3_1631_LNHISTF 20531 04/25/2017

**Bank of America** 🏴

*Customer Service Department*
*PO Box 31785*
*Tampa, FL 33631-3785*

**Date:** 11/12/2021

**Loan No:** ▮▮▮▮0162

GABRIEL MARQUEZ VARGAS
4611 S 164TH ST
TUKWILA, WA 98188

**Property Address:**

4611 S 164TH ST
TUKWILA, WA 98188

# We've enclosed your home loan history statement with transaction details.

As you requested, enclosed is your statement that provides the following:
- Payments we received from you
- Servicing expenses we paid to third parties
- Tax and insurance payments we paid on your behalf
- Late charges assessed and paid

## Questions?

We appreciate the opportunity to serve your home loan needs. For general account information, you can visit us online at bankofamerica.com.

**331**

Exhibit 1-3 358

**Bank of America**

**Home Loans**

| | |
|---|---|
| Loan Number: | ████0162 |
| Statement Period: | 01/2000 - 11/2021 |
| Date Prepared: | 11/12/2021 |

Property Address:
4611 S 164TH ST
TUKWILA, WA 98188

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Beginning Balance** | | | .00 | | .00 | | | | .00 |
| 12/15/2005 | ORIGINATION FEE | 217.60 | 12/2005 | -217.60 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | 217.60 | | .00 | | | .00 | .00 |
| 12/15/2005 | CLOSING COST FEE | 41.00 | 12/2005 | -41.00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | 258.60 | | .00 | | | .00 | .00 |
| 12/15/2005 | INITIAL DRAW | 59,641.40 | 12/2005 | -59,641.40 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 02/10/2006 | BILLING ADJUSTMNT | 29.29 | 12/2005 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 02/14/2006 | REGULAR PAYMENT | 1,017.32 | 02/2006 | 177.48 | 839.84 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,722.52 | | .00 | | | .00 | .00 |
| 03/03/2006 | PAYMENT REVERSAL | -1,017.32 | 02/2006 | -177.48 | -839.84 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 03/03/2006 | REGULAR PAYMENT | 839.84 | 02/2006 | .00 | 839.84 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 03/07/2006 | REGULAR PAYMENT | 504.60 | 03/2006 | .00 | 504.60 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 04/14/2006 | REGULAR PAYMENT | 559.61 | 04/2006 | .00 | 559.61 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 05/15/2006 | REGULAR PAYMENT | 553.87 | 05/2006 | .00 | 553.87 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 06/16/2006 | REGULAR PAYMENT | 572.33 | 06/2006 | .00 | 572.33 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 07/14/2006 | REGULAR PAYMENT | 566.18 | 07/2006 | .00 | 566.18 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 08/15/2006 | REGULAR PAYMENT | 597.77 | 08/2006 | .00 | 597.77 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 09/15/2006 | REGULAR PAYMENT | 597.77 | 09/2006 | .00 | 597.77 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 10/18/2006 | REGULAR PAYMENT | 578.49 | 10/2006 | .00 | 578.49 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 11/16/2006 | REGULAR PAYMENT | 597.77 | 11/2006 | .00 | 597.77 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |

Exhibit 1-3 359

Exhibit 1-3 360

| Transaction Date | Description | Total Payment | PMT/MO | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2006 | REGULAR PAYMENT | 578.49 | 12/2006 | .00 | 578.49 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 01/23/2007 | REGULAR PAYMENT | 597.77 | 01/2007 | .00 | 597.77 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 02/16/2007 | REGULAR PAYMENT | 597.77 | 02/2007 | .00 | 597.77 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 03/19/2007 | REGULAR PAYMENT | 539.92 | 03/2007 | .00 | 539.92 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 04/17/2007 | REGULAR PAYMENT | 597.77 | 04/2007 | .00 | 597.77 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 05/24/2007 | REGULAR PAYMENT | 578.49 | 05/2007 | .00 | 578.49 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 06/22/2007 | REGULAR PAYMENT | 597.77 | 06/2007 | .00 | 597.77 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 07/24/2007 | REGULAR PAYMENT | 578.49 | 07/2007 | .00 | 578.49 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,900.00 | | .00 | | | .00 | .00 |
| 07/24/2007 | MISC. POSTING | 19.28 | 07/2007 | 19.28 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 08/16/2007 | REGULAR PAYMENT | 597.72 | 08/2007 | .00 | 597.72 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 09/20/2007 | REGULAR PAYMENT | 597.58 | 09/2007 | .00 | 597.58 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 10/22/2007 | REGULAR PAYMENT | 578.30 | 10/2007 | .00 | 578.30 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 11/23/2007 | REGULAR PAYMENT | 572.15 | 11/2007 | .00 | 572.15 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 12/20/2007 | REGULAR PAYMENT | 541.39 | 12/2007 | .00 | 541.39 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 12/26/2007 | PAYMENT REVERSAL | -541.39 | 12/2007 | .00 | -541.39 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 01/22/2008 | REGULAR PAYMENT | 1,156.76 | 01/2008 | .00 | 1,100.82 | .00 | .00 | .00 | 55.94 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 02/21/2008 | REGULAR PAYMENT | 545.23 | 02/2008 | .00 | 545.23 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |
| 03/20/2008 | REGULAR PAYMENT | 450.74 | 03/2008 | .00 | 450.74 | .00 | .00 | .00 | .00 | .00 |
| | | | | 59,880.72 | | .00 | | | .00 | .00 |

333