# Exhibit 2

Exhibit 2    473

# DECLARATION OF NOTE HOLDER

Re:   TS #     21-62485
      Borrower(s):  GABRIEL MARQUEZ VARGAS, AN UNMARRIED MAN
      Property:    4611 S 164TH ST
                  TUKWILA, WASHINGTON 98188-3216

The undersigned beneficiary or agent for the beneficiary declares under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

1. I am employed as Director of Loss Mitigation by Real Time Resolutions, Inc. ("Servicer for Beneficiary"). I am duly authorized to make this declaration on behalf of the Beneficiary.

2. The Beneficiary understands that the trustee foreclosing the deed of trust securing the above referenced loan will rely on this Declaration before issuing the notice of default.

3. RRA CP Opportunity Trust 1 By: Real Time Resolutions, Inc.; Its: Attorney-in-Fact is the holder of the Promissory Note dated 12/7/2005 executed by GABRIEL MARQUEZ VARGAS, AN UNMARRIED MAN (the "borrower") in favor of COUNTRYWIDE HOME LOANS, INC., in the principal amount of $59,900.00.

4. The Beneficiary has possession of the original note.

Signed on     _4/5/2022_     at Dallas, Texas.

REAL TIME RESOLUTIONS, INC.

David Rosas, Director of Loss Mitigation, Declarant