# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GABRIEL MARQUEZ VARGAS,<br><br>Plaintiff,<br><br>vs.<br><br>RRA CP OPPORTUNITY TRUST 1, REAL TIME RESOLUTIONS, INC., and NORTH STAR TRUSTEE, LLC,<br><br>Defendants. | **CASE NO. 2:22-CV-01440-LK**<br><br>**DEFENDANT NORTH STAR TRUSTEE'S NOTICE OF JOINDER TO DEFENDANTS RRA CP OPPORTUNITY TRUST 1 AND REAL TIME RESOLUTIONS' MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**JANUARY 20, 2023** |

## I. NOTICE OF JOINDER TO MOTION TO DISMISS

A. <u>Notice of Joinder and Joinder to Defendants RRA CP Opportunity Trust 1 and Real Time Resolutions' Motion to Dismiss (Dkt. No. 27) Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).</u>

Defendant North Star Trustee, LLC ("NST") hereby gives notice of joinder, and actual joinder in Defendants RRA CP Opportunity Trust 1 and Real Time Resolutions' ("RRA Defendants") Motion to Dismiss (Dkt. No. 27) Plaintiff's First Amended Complaint (Dkt. Nos. 26 and 26-1, exhibits thereto) pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss").

NST'S JOINDER TO MOTION TO DISMISS

2:22-CV-01440-LK

-1-

**ZBS LAW, LLP**
11335 NE 122nd Way, Suite 105
Kirkland, WA 98034
206-209-0375

NST hereby joins, adopts, and incorporates by reference the Introduction, Facts, Statement of Issues, Legal Standard, Argument, and Conclusion sections from the RRA Defendants' Motion to Dismiss (Dkt. No. 27 and exhibits thereto) and its related proposed Order.

## II. CONCLUSION

For the foregoing reasons, Defendant NST respectfully requests that this Court grant Defendant NST's joinder and order dismissal, with prejudice and without leave to amend, Plaintiff's First Amended Complaint and all claims therein, against all Defendants.

ZBS LAW, LLP

DATED: December 29, 2022

By: */s/ Tom B. Pierce*
Tom B. Pierce WSBA #26730
tpierce@zbslaw.com

*/s/ Scott D. Crawford*
Scott D. Crawford WSBA #34978
scrawford@zbslaw.com

Attorneys for Defendant NST
11335 NE 122nd Way, Suite 105
Kirkland, WA 98034
Phone: 206-209-0375
Fax: 206-250-8870

NST'S JOINDER TO
MOTION TO DISMISS

2:22-CV-01440-LK

-2-

**ZBS LAW, LLP**
11335 NE 122nd Way, Suite 105
Kirkland, WA 98034
206-209-0375

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY under the penalty of perjury pursuant to the laws of the State of Washington that I am an employee of ZBS Law, LLP, and not a party to nor interested in the within matter; that on the 29th day of December 2022, service was made of the:

1. **DEFENDANT NORTH STAR TRUSTEE'S NOTICE OF JOINDER TO DEFENDANTS RRA CP OPPORTUNITY TRUST 1 AND REAL TIME RESOLUTIONS' MOTION TO DISMISS**
2. **[PROPOSED] ORDER GRANTING DEFENDANT NORTH STAR TRUSTEE'S JOINDER AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

( ) by serving the below following party/parties electronically through email;

( ) by depositing a copy in the United States Mail postage prepaid to the parties listed below;

(x) by electronic service: Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed below who are registered with the Court's EC/ECF system:

V. Omar Barraza, as attorney for
Plaintiff Gabriel Marquez Vargas
Barraza Law PLLC
10728 16th Ave SW
Seattle, WA 98146
omar@barrazalaw.com

Geana M. Van Dessel, as attorney for
Defendants RRA CP Opportunity Trust 1 and Real Time Resolutions, Inc.
Kutak Rock LLP
510 W. Riverside Ave., Suite 800
Spokane, WA 99201
Geana.VanDessel@KutakRock.com
SpokaneLitigationFilings@KutakRock.com

Dated: December 29, 2022

*/s/ Jessica Lindsey*
Jessica Lindsey, an employee of
ZBS Law, LLP

NST'S JOINDER TO
MOTION TO DISMISS

2:22-CV-01440-LK

-3-

**ZBS LAW, LLP**
11335 NE 122nd Way, Suite 105
Kirkland, WA 98034
206-209-0375