1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT SEATTLE
10

11  GABRIEL MARQUEZ VARGAS,          CASE NO. 2:22-CV-01440-LK

12              Plaintiff,           AMENDED ORDER GRANTING
         v.                          STIPULATION TO ENJOIN
13                                   TRUSTEE'S SALE
    RRA CP OPPORTUNITY TRUST 1, et al.,
14
                Defendant.
15

16      Pursuant to the parties' Stipulated Motion for Entry of Order Enjoining Trustee's Sale of

17  Real Property, Dkt. No. 51, the Court ORDERS the following:[1]

18      (a) the trustee's sale set March 17, 2023, relating to the nonjudicial foreclosure of the real

19          property located at 4611 S. 165th St, Tukwila, WA 98188 (the "Property"), shall be

20          restrained while this action is pending in the United States District Court for the

21          Western District of Washington, so long as Plaintiff Gabriel Marquez Vargas tenders

22          the amount of $700.00 to the Clerk of Court starting February 28, 2023 and by the 30th

23

24  [1] The Court amends its prior order, Dkt. No. 52, to add the following sentence at the end of the order: "The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $700 per month."

AMENDED ORDER GRANTING STIPULATION TO ENJOIN TRUSTEE'S SALE - 1

        day of each month thereafter;

(b) this stipulated order restraining the trustee's sale shall become null and void if Plaintiff fails to timely tender $700 to the Clerk on February 28, 2023 or by the 30th day of each month thereafter;

(c) if the Court dismisses this case or otherwise dissolves this stipulated order enjoining the nonjudicial sale of the Property, the parties agree that the foreclosing trustee may set a new sale date on no less than 45 days from the date of such order or dissolution, subject only to a stay pending appeal, a bankruptcy filing, or other agreement between the parties; and that,

(d) any new nonjudicial foreclosure sale shall comply with requirements and noticing of the new sale under RCW 61.24.130(3)(a) and (b).

The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $700 per month.

Dated this 1st day of March, 2023.

*Lauren King*

Lauren King
United States District Judge

AMENDED ORDER GRANTING STIPULATION TO ENJOIN TRUSTEE'S SALE - 2